# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER CONCERNING CLAIM CONSTRUCTION**

WHEREAS Plaintiff Eagle Pharmaceuticals, Inc. and Defendants Apotex Inc., Apotex Corp., Slayback Pharma LLC, and Baxter Healthcare Corporation have engaged in discussions relating to claim construction in the above-captioned actions;

WHEREAS during the parties' discussions relating to claim construction, the Defendants identified two terms as indefinite;

WHEREAS in accordance with the Scheduling Orders (C.A. No. 24-64, D.I. 34, D.I. 87, D.I. 90; C.A. No. 24-65, D.I. 29, D.I. 58, D.I. 60; C.A. No. 24-66-JLH, D.I. 29, D.I. 57, D.I. 59) entered in this case, the parties exchanged supplemental interrogatory responses using reasonable efforts to identify issues for claim construction;

WHEREAS the Defendants have agreed to challenge only one disputed term as indefinite during claim construction, and agreed to defer the adjudication of indefiniteness of issues that do not implicate claim construction to a later stage in the litigation; and

IT IS THEREFORE STIPULATED AND AGREED by and between the parties, through their undersigned counsel, and subject to the approval of the Court, that:

(1) The only indefiniteness challenge that Defendants will raise in connection with the claim construction briefing and the hearing on claim construction is a challenge relating to the claim term "wherein the bendamustine concentration in the composition is from about 25 mg/mL."

(2) All other indefiniteness issues that do not implicate claim construction shall be deferred to a later stage in the litigation.

(3) Defendants reserve the right, and are permitted to raise the issue of indefiniteness of the one other identified claim term ("wherein the total impurities resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C.") as well as other issues of indefiniteness identified by Defendants in Slayback's supplemental interrogatory responses of

2

October 7, 2024 and Baxter and Apotex's supplemental interrogatory responses of November 1, 2024, and any of Defendants' future supplemental interrogatory responses, non-infringement contentions, or invalidity contentions, including Defendants' final non-infringement contentions or final invalidity contentions, and Plaintiff reserves the right to raise all arguments in opposition to assertions of indefiniteness at a later stage of the litigation if such arguments are raised.

(4) The parties agree that this deferral is made without waiver by any party of any arguments regarding the definiteness of terms.

Dated: November 7, 2024

| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *Daniel M. Silver*<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Maliheh Zare (#7133)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>mzare@mccarer.com<br><br>*Attorneys for Plaintiffs* | By: /s/ *Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Andrew M. Moshos (#6685)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>amoshos@potteranderson.com<br><br>*Attorneys for Defendant Baxter Healthcare Corporation* |
| MORRIS JAMES LLP | SMITH KATZENSTEIN & JENKINS LLP |
| By: */s/Kenneth L. Dorsney*<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | By: /s/Daniel A. Taylor<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendant Slayback Pharma LLC* |

3

IT IS SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge