# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 5, 2024, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS' ANSWERING CLAIM CONSTRUCTION BRIEF

DECLARATION OF JUDAH BELLIN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.'S OPENING CLAIM CONSTRUCTION BRIEF WITH EXHIBITS 10-13

**BY EMAIL**

Daniel M. Silver
Alexandra M. Joyce
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

Deepro R. Mukerjee
Lance A. Soderstrom
Katten Muchin Rosenman LLP
50 Rockefeller Center
New York, NY 10020-1605
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Rachel L. Schweers
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
rachel.schweers@katten.com

Andrew Miller
Ajay Kayal
Connie Huttner
Robyn Ast-Gmoser
Windels Marx Lane &Mittendorf, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com

Christopher B. Ferenc
Katten Muchin Rosenman LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006-3404
christopher.ferenc@katten.com

Jitendra Malik
Joseph M. Janusz
Katten Muchin Rosenman LLP
550 South Tyron Street, Suite 2900
Charlotte, NC 28202
jitty.malik@katten.com
joe.janusz@katten.com

Kenneth L. Dorsney
Cortlan S. Hitch
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Neal C. Belgam
Daniel A. Taylor
1000 West Street, Suite 1501
Wilmington, DE 19801
Nbelgam@skjlaw.com
Dtaylor@skjlaw.com

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Martin J. Black<br>Judah Bellin<br>DECHERT LLP<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104<br>(215) 994-4000 | By: /s/ *Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Andrew M. Moshos (#6685)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    amoshos@potteranderson.com |
| Amanda K. Antons<br>DECHERT LLP<br>35 W Wacker Drive Suite 3400<br>Chicago, IL 60601<br>(312) 646-5800 | *Attorneys for Defendant*<br>*Baxter Healthcare Corporation* |

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated:  December 10, 2024
11914838