**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>  Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SLAYBACK PHARMA LLC,<br><br>  Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>  Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 6, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS' SURREPLY CLAIM CONSTRUCTION BRIEF

**BY EMAIL**

| | |
|---|---|
| Daniel M. Silver | Christopher B. Ferenc |
| Alexandra M. Joyce | Katten Muchin Rosenman LLP |
| McCarter & English, LLP | 1919 Pennsylvania Ave., N.W., Suite 800 |
| Renaissance Centre | Washington, DC 20006-3404 |
| 405 N. King Street, 8th Floor | christopher.ferenc@katten.com |
| Wilmington, DE 19801 | |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | |
| Deepro R. Mukerjee | Jitendra Malik |
| Lance A. Soderstrom | Joseph M. Janusz |
| Katten Muchin Rosenman LLP | Katten Muchin Rosenman LLP |
| 50 Rockefeller Center | 550 South Tyron Street, Suite 2900 |
| New York, NY 10020-1605 | Charlotte, NC 28202 |
| deepro.mukerjee@katten.com | jitty.malik@katten.com |
| lance.soderstrom@katten.com | joe.janusz@katten.com |
| Rachel L. Schweers | Kenneth L. Dorsney |
| Lauren Eiten | Cortlan S. Hitch |
| Katten Muchin Rosenman LLP | Morris James LLP |
| 525 W. Monroe Street | 500 Delaware Avenue, Suite 1500 |
| Chicago, IL 60661 | Wilmington, Delaware 19801 |
| rachel.schweers@katten.com | kdorsney@morrisjames.com |
| lauren.eiten@katten.com | chitch@morrisjames.com |
| Andrew Miller | Neal C. Belgam |
| Ajay Kayal | Daniel A. Taylor |
| Connie Huttner | 1000 West Street, Suite 1501 |
| Robyn Ast-Gmoser | Wilmington, DE 19801 |
| Windels Marx Lane &Mittendorf, LLP | Nbelgam@skjlaw.com |
| One Giralda Farms | Dtaylor@skjlaw.com |
| Madison, NJ 07940 | |
| amiller@windelsmarx.com | |
| akayal@windelsmarx.com | |
| chuttner@windelsmarx.com | |
| rast-gmoser@windelsmarx.com | |
| Alex Grabowski | Kelly Anne Welsh |
| Kenneth G. Schuler | Susan Y. Tull |
| Marc N. Zubick | Latham & Watkins LLP |
| Latham & Watkins LLP | 555 Eleventh Street, NW, Suite 1000 |
| 330 North Wabash Avenue, Suite 2800 | Washington, D.C. 20004 |
| Chicago, IL 60611 | kelly.welsh@lw.com |
| alex.grabowski@lw.com | susan.tull@lw.com |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |

OF COUNSEL:

Martin J. Black
Judah Bellin
DECHERT LLP
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000

Amanda K. Antons
DECHERT LLP
35 W Wacker Drive Suite 3400
Chicago, IL 60601
(312) 646-5800

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated:  January 7, 2025
11968005

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Defendant*
*Baxter Healthcare Corporation*