# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>　　　　Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SLAYBACK PHARMA LLC,<br><br>　　　　Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>　　　　Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

**APPENDIX TO JOINT CLAIM CONSTRUCTION BRIEF**

## TABLE OF EXHIBITS

| Ex. # | Title |
|---|---|
| Ex. 1 | U.S. Patent No. 11,844,783 |
| Ex. 2 | U.S. Patent No. 11,872,214 |
| Ex. 3 | Certified File History of U.S. Patent No. 11,872,214, Reply to Office Action dated June 14, 2023 |
| Ex. 4 | Certified File History of U.S. Patent No. 11,872,214, Final Office Action dated July 11, 2023 |
| Ex. 5 | Certified File History of U.S. Patent No. 11,872,214, Original Application Claims dated December 14, 2022 |
| Ex. 6 | Certified File History of U.S. Patent No. 11,872,214, Reply to Office Action dated November 8, 2023 |
| Ex. 7 | Certified File History of U.S. Patent No. 11,872,214, Reply to Office Action dated July 28, 2023 |
| Ex. 8 | Certified File History of U.S. Patent No. 11,872,214, Non-Final Office Action dated August 21, 2023 |
| Ex. 9 | Certified File History of U.S. Patent No. 11,872,214, Non-Final Office Action dated March 14, 2023 |
| Ex. 10 | U.S. Patent No. 9,265,831 |
| Ex. 11 | U.S. Patent No. 9,572,797 |
| Ex. 12 | U.S. Patent Publication No. 2011/0190363 (Drager et. al.) |
| Ex. 13 | Excerpts of Certified File History of U.S. Patent No. 11,844,783<br>- Original Application Claims dated December 14, 2022<br>- Non-Final Office Action dated March 21, 2023<br>- Reply to Office Action dated June 16, 2023<br>- Final-Office Action dated July 11, 2023 |

Dated: January 8, 2025

| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Philip A. Rovner* |
| Daniel M. Silver (#4758) | Philip A. Rovner (#3215) |
| Alexandra M. Joyce (#6423) | Andrew M. Moshos (#6685) |
| Maliheh Zare (#7133) | Hercules Plaza |
| Renaissance Centre | P.O. Box 951 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | (302) 984-6000 |
| (302) 984-6300 | provner@potteranderson.com |
| dsilver@mccarter.com | amoshos@potteranderson.com |
| ajoyce@mccarter.com | |
| mzare@mccarer.com | *Attorneys for Defendant Baxter Healthcare Corporation* |
| *Attorneys for Plaintiff* | |
| MORRIS JAMES LLP | SMITH KATZENSTEIN & JENKINS LLP |
| */s/ Kenneth L. Dorsney* | */s/ Daniel A. Taylor* |
| Kenneth L. Dorsney (#3726) | Neal C. Belgam (No. 2721) |
| Cortlan S. Hitch (#6720) | Daniel A. Taylor (No. 6934) |
| 500 Delaware Avenue, Suite 1500 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 652-8400 |
| kdorsney@morrisjames.com | nbelgam@skjlaw.com |
| chitch@morrisjames.com | dtaylor@skjlaw.com |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *Attorneys for Defendant Slayback Pharma LLC* |