

|  |  |
|---|---|
| **Daniel M. Silver**<br>Wilmington Office Managing Partner<br><br>T. 302-984-6331<br>F. 302-691-1260<br><br>dsilver@mccarter.com | McCarter & English, LLP<br><br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717<br><br>www.mccarter.com |

January 8, 2025

**VIA CM/ECF**

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17, Room 6312
Wilmington, DE 19801-3555

Re: *Eagle Pharmaceuticals, Inc. v. Apotex, Inc. et al.*, C.A. No. 24-64-JLH;
*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, C.A. No. 24-65-JLH;
*Eagle Pharmaceuticals, Inc. v. Baxter Healthcare Corp.*, C.A. No. 24-66-JLH

Dear Judge Hall:

I write on behalf of Plaintiff Eagle Pharmaceuticals, Inc. and Defendants Apotex, Inc., Apotex Corp., Slayback Pharma LLC, and Baxter Healthcare Corp. regarding the January 30, 2025 consolidated *Markman* hearing in the above-referenced cases.

The parties do not intend to present live testimony at the hearing. The parties respectfully request that the Court allocate 2 hours for the *Markman* hearing, to be divided equally between Plaintiff (60 minutes) and Defendants (60 minutes, collectively).

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)