

|  |  |
|---|---|
| **Daniel M. Silver** <br> Wilmington Office Managing Partner <br><br> T. 302-984-6331 <br> F. 302-691-1260 <br><br> dsilver@mccarter.com | McCarter & English, LLP <br><br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, DE 19801-3717 <br><br> www.mccarter.com |

January 10, 2025

**VIA CM/ECF**

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17, Room 6312
Wilmington, DE 19801-3555

Re:   *Eagle Pharmaceuticals, Inc. v. Apotex, Inc. et al.*, C.A. No. 24-64-JLH;
*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, C.A. No. 24-65-JLH;
*Eagle Pharmaceuticals, Inc. v. Baxter Healthcare Corp.*, C.A. No. 24-66-JLH

Dear Judge Hall:

Pursuant to the Court's Scheduling Order (C.A. No. 24-64-JLH, D.I. 34, ¶ 15), Plaintiff Eagle Pharmaceuticals, Inc. and Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex"), Slayback Pharma LLC ("Slayback"), and Baxter Healthcare Corp. ("Baxter") respectfully submit this Joint Interim Status Report addressing the nature of the matters in issue and the progress of discovery to date.

In these coordinated patent litigation cases, Plaintiff is asserting U.S. Patent Nos. 11,844,783 and 11,872,214. On January 17, 2024, Plaintiff filed complaints in C.A Nos. 24-64-JLH, 24-65-JLH, and 24-66-JLH against Defendants. On June 10, 2024, the Court entered a scheduling order coordinating the three cases. C.A. No. 24-64-JLH, D.I. 34.

Although these cases concern pharmaceuticals, they are not Hatch-Waxman litigations. Defendants have already launched products. As a result, these cases involve damages issues and will likely also involve dispositive motions and/or jury trials.

The parties substantially completed document production on December 18, 2024. The parties are currently reviewing those productions to identify any outstanding discovery disputes and prepare for fact depositions.

Earlier this week, on January 8, 2025, the parties filed their Joint Claim Construction Brief (C.A. No. 24-64-JLH, D.I. 98). A *Markman* hearing is scheduled for January 30, 2025.

Fact discovery is scheduled to close on August 1, 2025. Expert discovery is scheduled for the fall of 2025 and will close on December 12, 2025. Thereafter, a period for dispositive motion briefing will start on January 23, 2026.

January 10, 2025<br>
Page 2

The pretrial conferences for the trials relating to Apotex, Slayback, and Baxter are scheduled for July 13, 2026; September 22, 2026; and December 7, 2026, respectively. The corresponding trials are scheduled for July 20, 2026, September 28, 2026, and December 14, 2026.

There are presently no disputes pending before the Court. Counsel for the parties are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)