# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING
MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S
<u>MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES</u>**

The Court having considered Plaintiff Eagle Pharmaceuticals, Inc.'s Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

1

IT IS SO ORDERED this _____ day of January, 2025 that:

1.    The Motion is GRANTED, and for purposes of the January 30, 2025 Markman hearing in the above-captioned cases, the following person is exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use his electronic devices:

- Jacob Whitt

2.    The person listed in Paragraph 1 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
United States District Judge