# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 4, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE OF RULE 30(b)(6) DEPOSITION OF PLAINTIFF EAGLE PHARMACEUTICALS, INC.

NOTICE OF SUBPOENA OF BAKER HOSTETLER LLP

NOTICE OF SUBPOENA OF CHRISTINA JORDAN

DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE OF DEPOSITION OF JULIA DATILLO

DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE OF DEPOSITION OF JOHN DEIGHAN

DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE OF DEPOSITION OF BENJAMIN LEVY

NOTICE OF SUBPOENA OF STEPHANIE LODISE

NOTICE OF SUBPOENA OF LUCAS AND MERCANTI LLP

DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE OF DEPOSITION OF REED MCCLUNG

NOTICE OF SUBPOENA OF MICHAEL MERCANTI

DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE OF DEPOSITION OF DANIEL O'CONNOR

NOTICE OF SUBPOENA OF PHILIP CHRISTOPHER BUXTON

NOTICE OF SUBPOENA OF SCIDOSE LLC

NOTICE OF SUBPOENA OF SRIKANTH SUNDARAM

NOTICE OF SUBPOENA OF THERDOSE PHARMA PVT. LTD.

**BY EMAIL**

Daniel M. Silver
Alexandra M. Joyce
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

Wyley S. Proctor
McCarter & English, LLP
265 Franklin St.
Boston, MA 02110
wproctor@mccarter.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Martin J. Black<br>Judah Bellin<br>DECHERT LLP<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104<br>(215) 994-4000 | By: /s/ *Philip A. Rovner*<br>　　Philip A. Rovner (#3215)<br>　　Andrew M. Moshos (#6685)<br>　　Hercules Plaza<br>　　P.O. Box 951<br>　　Wilmington, DE  19899<br>　　(302) 984-6000<br>　　provner@potteranderson.com<br>　　amoshos@potteranderson.com |
| Amanda K. Antons<br>DECHERT LLP<br>35 W Wacker Drive Suite 3400<br>Chicago, IL 60601<br>(312) 646-5800 | *Attorneys for Defendant<br>Baxter Healthcare Corporation* |
| Noah M. Leibowitz<br>DECHERT LLP<br>Three Bryant Park,<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3538 | |

Dated:  February 5, 2025
12034411