**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | C.A. No. 24-64-JLH |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| APOTEX INC., AND APOTEX CORP, | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC., | C.A. No. 24-65-JLH |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | C.A. No. 24-66-JLH |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| BAXTER HEALTHCARE CORPORATION, | |
| Defendant. | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on February 13, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

RE-NOTICE OF SUBPOENA OF BAKER HOSTETLER LLP

RE-NOTICE OF SUBPOENA OF CHRISTINA JORDAN

RE-NOTICE OF SUBPOENA OF STEPHANIE LODISE

RE-NOTICE OF SUBPOENA OF LUCAS AND MERCANTI LLP

RE-NOTICE OF SUBPOENA OF MICHAEL MERCANTI

RE-NOTICE OF SUBPOENA OF SCIDOSE LLC

**BY EMAIL**

Daniel M. Silver
Alexandra M. Joyce
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

Wyley S. Proctor
McCarter & English, LLP
265 Franklin St.
Boston, MA 02110
wproctor@mccarter.com

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Martin J. Black
Judah Bellin
DECHERT LLP
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000

By:  /s/ *Philip A. Rovner*
  Philip A. Rovner (#3215)
  Andrew M. Moshos (#6685)
  Hercules Plaza
  P.O. Box 951
  Wilmington, DE  19899
  (302) 984-6000
  provner@potteranderson.com
  amoshos@potteranderson.com

Amanda K. Antons
DECHERT LLP
35 W Wacker Drive Suite 3400
Chicago, IL 60601
(312) 646-5800

*Attorneys for Defendant*
*Baxter Healthcare Corporation*

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated:  February 13, 2025
12046192