# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 25, 2025 a true and correct copy of *Plaintiff's Third Set of Common Interrogatories to Defendants Apotex Inc., Apotex Corp., Slayback Pharma LLC, and Baxter Healthcare Corporation* was served on the following counsel in the manner indicated:

ME1 52247987v.1

**VIA EMAIL:**
Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Center
New York, NY 10020-1605
Deepro.mukerjee@katten.com
Lance.soderstrom@katten.com

Jitendra Malik
Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tyron Street, Suite 2900
Charlotte, NC 28202
Jitty.malik@katten.com
Joe.janusz@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Avenue, NW Suite 800
Washington, DC 20006
Christopher.ferenc@katten.com

Rachel L. Schweers
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
Rachel.schweers@katten.com

*Attorneys for Defendants Apotex, Inc. and Apotex Corp.*

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Nbelgam@skjlaw.com
Dtaylor@skjlaw.com

ME1 52247987v.1

Andrew Miller
Ajay Kayal
Connie Huttner
Robyn Ast-Gmoser
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com


Jason A. Lief
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
alief@windelsmarx.com


*Attorneys for Defendant Slayback Pharma LLC*

Philip A. Rovner
Andrew M. Moshos
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
amoshos@potteranderson.com


Martin J. Black
Judah Bellin
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Martin.black@dechert.com
Judah.bellin@dechert.com


Amanda K. Antons
DECHERT LLP
230 Northgate Street #209
Lake Forest, IL 60045
Amanda.antons@dechert.com

Noah M. Leibowtiz
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Noah.leibowitz@dechert.com

*Attorneys for Defendant Baxter Healthcare Corporation*

| | |
|---|---|
| Dated: February 25, 2025 | **MCCARTER & ENGLISH, LLP** |
| | */s/ Daniel M. Silver* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Daniel G. Brown | Maliheh Zare (#7133) |
| Kelly A. Welsh | 405 N. King Street, 8th Floor |
| Susan Y. Tull | Wilmington, DE 19801 |
| LATHAM & WATKINS LLP | (302) 984-6300 |
| 555 Eleventh Street, NW, Suite 1000 | dsilver@mccarter.com |
| Washington, DC 20004 | ajoyce@mccarter.com |
| daniel.brown@lw.com | mzare@mccarter.com |
| kelly.welsh@lw.com | |
| susan.tull@lw.com | *Attorneys for Plaintiff in C.A. Nos. 24-64-JLH and 24-65-JLH* |
| Kenneth G. Schuler | |
| Marc N. Zubick | |
| Alex Grabowski | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |

<table>
<tr><td>OF COUNSEL:<br><br>Wyley S. Proctor<br>MCCARTER & ENGLISH, LLP<br>265 Franklin Street<br>Boston, MA 02110<br>(617) 449-6500<br>wproctor@mccarter.com</td><td>**MCCARTER & ENGLISH, LLP**<br><br>*/s/ Daniel M. Silver*<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Maliheh Zare (#7133)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>mzare@mccarter.com<br><br>*Attorneys for Plaintiff in*<br>*C.A. No. 24-66-JLH*</td></tr>
</table>