# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Delaware Local Rule 83.7, the appearance of Susan Y. Tull, of Latham & Watkins LLP, attorney for Plaintiff Eagle Pharmaceuticals, Inc. ("Plaintiff") is hereby withdrawn. The law firms of Latham & Watkins LLP and McCarter & English, LLP will continue to represent Plaintiff in the above captioned matters.

ME1 52946021v.1

| | |
|---|---|
| Dated: April 28, 2025 | MCCARTER & ENGLISH, LLP |
| *Of Counsel*: | /s/ *Alexandra M. Joyce* |
| | Daniel M. Silver (#4758) |
| Daniel G. Brown | Alexandra M. Joyce (#6423) |
| Kelly A. Welsh | Maliheh Zare (#7133) |
| LATHAM & WATKINS LLP | Renaissance Centre |
| 555 Eleventh Street, NW, Suite 1000 | 405 N. King Street, 8th Floor |
| Washington, DC 20004 | Wilmington, Delaware 19801 |
| daniel.brown@lw.com | (302) 984-6300 |
| kelly.welsh@lw.com | dsilver@mccarter.com |
| | ajoyce@mccarter.com |
| Kenneth G. Schuler | mzare@mccarter.com |
| Marc N. Zubick | |
| Alex Grabowski | *Counsel for Plaintiff* |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |

ME1 52946021v.1