### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP., <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |

**MOTION FOR TELECONFERENCE**
**TO RESOLVE DISCOVERY DISPUTES**

Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle") respectfully moves this Court to schedule a teleconference to address outstanding discovery disputes in these matters:

1. Plaintiff's request to compel Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") and Slayback Pharma LLC ("Slayback") to provide samples of their respective NDA products.

2. Plaintiff's request to compel Apotex to produce communications between its sales force regarding the sale, marketing, pricing and/or promotion of its NDA product.

3. Plaintiff's request to compel Apotex to answer Eagle's Common Interrogatories Nos. 12 and 13.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on April 23, 2025 regarding Dispute No. 3:

> **Delaware Counsel:**
> Alexandra M. Joyce (McCarter & English, LLP) for Eagle.
> Cortlan Hitch (Morris James LLP) for Apotex.
> **Lead Counsel:**
> Alex Grabowski, Ramya Vallabhaneni, and Rushabh Shah (Latham & Watkins LLP) for Eagle.
> Lauren Eiten (Katten Muchin Rodenman LLP) for Apotex.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on April 8, 2025 regarding Dispute Nos. 1 and 2:

> **Delaware Counsel:**
> Alexandra M. Joyce (McCarter & English, LLP) for Eagle.
> Cortlan Hitch (Morris James LLP) for Apotex.
> **Lead Counsel:**
> Alex Grabowski, Ramya Vallabhaneni, and Rushabh Shah (Latham & Watkins LLP) for Eagle.
> Christopher Ferenc and Lauren Eiten (Katten Muchin Rodenman LLP) for Apotex.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on April 2, 2025 regarding Dispute No. 1:

> **Delaware Counsel:**
> Alexandra M. Joyce (McCarter & English, LLP) for Eagle.
> Neil Belgam (Smith Katzenstein Jenkins LLP) for Slayback.

**Lead Counsel:**

Alex Grabowski and Ramya Vallabhaneni (Latham & Watkins LLP) for Eagle.

Robyn Ast-Gmoser (Windels Marx Lane & Mittendorf, LLP) for Slayback.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on September 19, 2024 regarding Disputes Nos. 1 and 2.

**Delaware Counsel:**

Alexandra M. Joyce (McCarter & English, LLP) for Eagle.

Cortlan Hitch (Morris James LLP) for Apotex.

**Lead Counsel:**

Alex Grabowski, Kelly A. Welsh, Susan Y. Tull (Latham & Watkins LLP) and Wyley Proctor (McCarter & English, LLP) for Eagle.

Christopher Ferenc and Rachel Schweers (Katten Muchin Rodenman LLP) for Apotex.

The parties are available for a teleconference on the following dates (or otherwise at the Court's convenience):

- April 30, 2025
- May 1, 2025
- May 2, 2025

3

| | |
|---|---|
| Dated: April 28, 2025 | **MCCARTER & ENGLISH, LLP** |
| | |
| | */s/ Daniel M. Silver* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Daniel G. Brown | Maliheh Zare (#7133) |
| Kelly A. Welsh | 405 N. King Street, 8th Floor |
| Susan Y. Tull | Wilmington, DE 19801 |
| LATHAM & WATKINS LLP | (302) 984-6300 |
| 555 Eleventh Street, NW, Suite 1000 | dsilver@mccarter.com |
| Washington, DC 20004 | ajoyce@mccarter.com |
| daniel.brown@lw.com | mzare@mccarter.com |
| kelly.welsh@lw.com | |
| susan.tull@lw.com | *Attorneys for Plaintiff in C.A. Nos. 24-64-JLH and 24-65-JLH* |
| Kenneth G. Schuler | |
| Marc N. Zubick | |
| Alex Grabowski | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |