# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on April 29, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE OF DEPOSITION OF RICHARD GAROFALO

DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE OF DEPOSITION OF JEFFREY LOVESY

**BY EMAIL**

| | |
|---|---|
| Daniel M. Silver | Wyley S. Proctor |
| Alexandra M. Joyce | McCarter & English, LLP |
| Maliheh Zare | 265 Franklin St. |
| McCarter & English, LLP | Boston, MA 02110 |
| Renaissance Centre | wproctor@mccarter.com |
| 405 N. King Street, 8th Floor | EagleLitigation@McCarter.com |
| Wilmington, DE 19801 | |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | |
| mzare@mccarter.com | |

LATHAM & WATKINS LLP
Eaglebendamustinelitigation.lwteam@lw.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Martin J. Black<br>Judah Bellin<br>DECHERT LLP<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104<br>(215) 994-4000 | By: /s/ *Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Andrew M. Moshos (#6685)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    amoshos@potteranderson.com |
| Amanda K. Antons<br>DECHERT LLP<br>35 W Wacker Drive Suite 3400<br>Chicago, IL 60601<br>(312) 646-5800 | *Attorneys for Defendant<br>Baxter Healthcare Corporation* |
| Noah M. Leibowitz<br>DECHERT LLP<br>Three Bryant Park,<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3538 | |

Dated: April 29, 2025
12199537

3