**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-64-JLH |
| v. | **JURY TRIAL DEMANDED** |
| APOTEX INC., AND APOTEX CORP, | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-65-JLH |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |

### STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES

WHEREAS, Plaintiffs and Defendants have each raised discovery disputes for Court resolution pursuant to the Court's discovery procedures, and the Court has entered letter briefing schedules to address the parties' respective disputes (*see* D.I. 108 and D.I. 113 in C.A. No. 24-65-JLH);

WHEREAS, the parties met and conferred on May 6, 2025 and are still conferring regarding the issues Plaintiff has raised with the Court;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, and subject to the approval of the Court, that the deadlines below are extended as follows:

1) The letter briefing schedule the address Plaintiffs' discovery disputes is extended by two days as follows (D.I. 113 in C.A. No. 24-65-JLH):

    i. Plaintiffs' Opening Discovery Dispute letter is extended to May 9, 2025;

    ii. Defendants' Responsive Discovery Dispute letter is extended to May 16, 2025; and

    iii. Plaintiffs' Reply Discovery Dispute letter is extended to May 21, 2025.

Dated: May 7, 2025

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Maliheh Zare (#7133)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarer.com

*Attorneys for Plaintiff*

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

SMITH KATZENSTEIN &
JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant*
*Slayback Pharma LLC*

ME1 53060833v.1

IT IS SO ORDERED this _____ day of _____, 2025.


_____
United States District Judge