

| | |
|---|---|
| **Daniel M. Silver** <br> Wilmington Office Managing Partner <br><br> T. 302-984-6331 <br> F. 302-691-1260 <br><br> dsilver@mccarter.com | McCarter & English, LLP <br><br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, DE 19801-3717 <br><br> www.mccarter.com |

May 21, 2025

**VIA CM/ECF**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17, Room 6312
Wilmington, DE 19801-3555

**Re:** *Eagle Pharmaceuticals, Inc. v. Apotex, Inc. et al.*, **C.A. No. 24-64-JLH;**
*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, **C.A. No. 24-65-JLH; and**
*Eagle Pharmaceuticals, Inc. v. Baxter Healthcare Corporation,* **C.A. No. 24-66-JLH**

Dear Judge Burke:

      Pursuant to the Court's Standing Order Regarding Courtroom Opportunities for Newer Attorneys and the Court's Oral Order (D.I. 127 in C.A. No. 24-64-JLH; D.I. 108 in C.A. No. 24-65-JLH; and D.I. No. 101 in C.A. No. 24-66-JLH), Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle") hereby provides notice that, if the Court were to set argument on the discovery disputes raised by Defendants and briefed by the parties (D.I. Nos. 145, 151, 155 in C.A. 24-64-JLH; D.I. Nos. 123, 129, 133 in C.A. No. 24-65-JLH; and D.I. Nos. 104, 110, 111 in C.A. No. 24-66-JLH) ("Defendants' Discovery Motion"), Eagle intends to have a newer attorney (or multiple newer attorneys) argue issues raised in the Defendants' Discovery Motion.

      Depending on the Court's availability for oral argument, if scheduled, Kelly Welsh and/or Michelle Chin of Latham & Watkins intend to argue all or part the issues raised in Defendants' Discovery Motion. Ms. Welsh graduated from law school in 2023 and Ms. Chin graduated from law school in 2021. They have each been substantially involved in these matters and will be prepared to present Eagle's positions during the argument, should argument be scheduled. To the extent any Baxter-specific issues arise, senior counsel of record for Eagle from McCarter & English, LLP will address those issues.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)