# EXHIBIT 19



Elements of Organic Chemistry

Henry Zimmerman / Isaak Zimmerman

EAGLEBEN-SA_00288234



Copyright © 1977 by Benziger Bruce & Glencoe, Inc.

Printed in the United States of America

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

Glencoe Press
A division of Benziger Bruce & Glencoe, Inc.
17337 Ventura Boulevard
Encino, California 91316
Collier Macmillan Canada, Ltd.

Library of Congress Catalog Card Number: 74-14434

ISBN 0-02-479010-6

# Contents

Preface ............................................................................. xiii

## 1
## General Principles 1

1.1 Historical Development .......................................... 1
1.2 Organic Chemistry: A Modern Definition ............... 2
1.3 The Uniqueness of Carbon ...................................... 3
1.4 The Structure of the Atom ...................................... 4
1.5 The Electronic Configuration ................................. 6
1.6 Chemical Bonding: The Octet Rule ........................ 7
1.7 The Lewis Electron Dot Diagram ........................... 11
1.8 Single, Double, and Triple Bonds .......................... 12
1.9 Bond Strength and Bond Length ............................ 13
1.10 Shapes of Organic Molecules: Hybridization of Atomic Orbitals ... 15
1.11 Molecular and Structural Formulas ....................... 23
1.12 Condensed Structural Formulas ............................ 25
1.13 Isomerism and Functional Groups ........................ 25
1.14 Types of Organic Reactions ................................... 27
    Problems .............................................................. 28

## 2
## Alkanes 29

2.1 Structure and Nomenclature of Alkanes ................ 29
2.2 The Alkyl Groups .................................................. 34
2.3 Conformation of Alkanes ....................................... 36
2.4 The IUPAC System of Nomenclature ..................... 38
2.5 Sources of Alkanes ................................................ 43
2.6 Physical Properties of Alkanes .............................. 48
2.7 Preparation of Alkanes .......................................... 49
2.8 Reactions of Alkanes ............................................. 53
2.9 The Cycloalkanes .................................................. 62
    Problems .............................................................. 67

EAGLEBEN-SA_00288235

Certain ester hormones, known as **juvenile hormones**, also control the various stages of development of insects and can therefore be used as powerful pesticides in blocking the growth of harmful species. For example, the juvenile hormone methyl-10,11-epoxyfarnesoate blocks the sexual development of the Cecropia moth and prevents it from reproducing itself, thus eventually destroying the species.

Methyl-10,11-epoxyfarnesoate (a juvenile hormone)

Other interesting esters that have been isolated from insect sources have good possibilities as powerful pesticides. Their strong odors are believed to act as sex attractants (sex pheromones). For example, the complicated ester shown below is secreted by the female gypsy moth (*Portheria dispar*).

Sex attractant of the female gypsy moth

It is an extremely potent sex attractant, and with it a single female can attract males from a distance of up to three miles.

Sex attractants can be used to trap harmful insects. The pheromones are placed so as to attract the insects to an area where they can be easily destroyed.

### C  Fibers

In 1940 British scientists, extending the work of Carothers,* found that fibers spun from the polymeric ester polyethylene terephthalate, formed from the reaction of terephthalic acid and ethylene glycol, have extremely desirable properties. They have great strength, stiffness, and remarkable resistance to creasing. This *polyester*, manufactured under the trade names Terylene, Fortrel, and Dacron, is heat-settable and permits permanent creases to be introduced in garments made from it. Because of this property, garments made of Dacron polyester are also referred to as *permanent press* garments. They can be washed safely in washing machines without causing any wrinkling. The stiffness of Dacron fibers, however, may irritate the skin, so they usually

*Wallace Hume Carothers (1896–1937) was the director of an organic research laboratory at duPont de Nemours Co. His work led to the discovery of Nylon and Dacron.

are blended with wool or cotton to make them softer to the touch. The reaction for the synthesis of Dacron is shown below.

n HOOC—⟨benzene ring⟩—COOH + n HO—CH₂—CH₂—OH  —heat→

Terephthalic acid          Ethylene glycol

Polyethyleneterephthalate (Dacron, Terylene, Fortrel)

### D  Nomenclature

The nomenclature of esters was discussed earlier (section 14.14B). First the alkyl part of the alcohol is named; then the acid part is named, but the ending -*ic* is replaced by -*ate*. A few examples are shown below.

Common:    Methyl isovalerate          Methyl propionate
IUPAC:     Methyl 3-methylbutanoate    Methyl propanoate

### 15.4  PHYSICAL PROPERTIES OF ESTERS

Most esters are colorless, water-insoluble liquids. Their boiling points are lower than those of corresponding-molecular-weight carboxylic acids but similar to those of alkanes of comparable molecular weight. The comparison among the boiling points of ethyl acetate, butyric acid, and *n*-hexane will illustrate this point.

| NAME | STRUCTURE | B.PT (°C) | MOL. WT. |
|------|-----------|-----------|----------|
| Ethyl acetate | $CH_3$—C(=O)—$OC_2H_5$ | 77 | 88 |
| Butyric acid | $CH_3CH_2CH_2COOH$ | 164 | 88 |
| *n* Hexane | $CH_3(CH_2)_4CH_3$ | 86 | 86 |

Esters are excellent solvents for other organic compounds, and their main use is for this purpose. For example, in 1975 the United States production of ethyl acetate, a solvent for lacquers, was about 125 million pounds.

**Table 15.2    Physical properties of some esters**

| NAME | STRUCTURAL FORMULA | MOL. WT | M.PT (°C) | B.PT. (°C) | ODOR |
|---|---|---|---|---|---|
| Methyl formate | H COOCH$_3$ | 60 | −99 | 32 | Agreeable |
| Ethyl formate | H COOC$_2$H$_5$ | 74 | 80 | 54 | Rum |
| Methyl acetate | CH$_3$COOCH$_3$ | 74 | 98 | 57 | Fragrant |
| Methyl butyrate | CH$_3$(CH$_2$)$_2$COOCH$_3$ | 102 | 95 | 102 | Apple |
| Ethyl butyrate | CH$_3$(CH$_2$)$_2$COOC$_2$H$_5$ | 116 | 93 | 121 | Pineapple |
| n Pentyl butyrate | CH$_3$(CH$_2$)$_2$COOC$_5$H$_{11}$ | 158 | 73 | 185 | Apricot |
| n Octyl acetate | CH$_3$COO(CH$_2$)$_7$CH$_3$ | 172 | 39 | 210 | Orange |

## 15.5  PREPARATION OF ESTERS

There are several methods of preparing esters. They may be prepared (1) directly from carboxylic acids and alcohols (direct esterification), (2) from acyl chlorides and alcohols, or (3) from anhydrides and alcohols.

### A  Direct (Fisher) Esterification

Esters are commonly prepared by heating a mixture of an alcohol and a carboxylic acid in the presence of a strong mineral acid catalyst. This reaction is referred to as *direct esterification*, or *Fisher esterification*, after its discoverer

| Carboxylic acid | Alcohol | Ester | Water |

At the equilibrium point a substantial amount of ester, water, alcohol, and carboxylic acid is present together in the reaction flask. The reaction can be made to go completely in the direction of the products either by using an excess of reactants or by removing the water or the ester as they are formed. Conversely, the addition of water to the reaction, a process called *hydrolysis*, would push the equilibrium point in the direction of the reactants.

The structures of both the alcohol and the acid are important in affecting the rate of esterification. It has been experimentally determined that tertiary alcohols and acids with several alkyl groups on the α-carbon are almost completely unreactive in an esterification reaction. The order of reactivity of alcohols and acids is shown below.

Acids:    HCOOH > CH$_3$COOH > RCH$_2$COOH >
R$_2$CHCOOH > R$_3$CCOOH

*Reactivity toward esterification decreases*

CH$_3$OH > R CH$_2$OH > R$_2$CHOH > R$_3$COH

Alcohols:    1°    2°    3°

The decrease in reactivity is due to the bulkiness of the molecules, which prevents the reactants from approaching each other. Interaction of this type is referred to as *steric hindrance*.

The mechanism of esterification involves first the protonation of the carboxyl group by the acid catalyst. This is followed by nucleophilic addition of alcohol and the elimination of water to give the ester. This mechanism, which is illustrated in Figure 15.5, is consistent with the general mechanism of nucleophilic substitution of carboxylic acid derivatives that was illustrated in Figure 15.1.

(1) Protonation of the carboxyl group, which makes the carboxyl carbon positive

(2) Addition of alcohol nucleophile on positively charged carboxyl carbon

(3) Hydrogen ion transfer from alcohol moiety to OH group

(4) Elimination of water to give an ester

**Figure 15.5  Esterification mechanism**

Direct esterification may also involve the reaction between inorganic oxyacids and alcohols (section 7.4A). Esters of phosphoric acid, H$_3$PO$_4$, or substituted phosphoric acid, for example, are found in many biological systems. Dialkyl hydrogen phosphate esters are an integral part of nucleic acids,

EAGLEBEN-SA_00288237

432   Carboxylic Acid Derivatives

and adenosine triphosphate (ATP) is one of a group of "energy-rich" compounds found in the body.

$$R-O\!\!-\!\!\boxed{H + HO}\!\!-\!\!\overset{\displaystyle O}{\underset{\displaystyle OH}{P}}\!\!-\!\!\boxed{OH + H}\!\!-\!\!OR' \rightleftharpoons R-O\!\!-\!\!\overset{\displaystyle O}{\underset{\displaystyle OH}{P}}\!\!-\!\!O\!\!-\!\!R' + 2\,H_2O$$

Alcohol　　Phosphoric　　Alcohol　　Dialkyl hydrogen
　　　　　　acid　　　　　　　　　　phosphate found in
　　　　　　　　　　　　　　　　　　nucleic acids

### B  Esters from Acyl Chlorides

Another important method of preparing esters is by the reaction between acyl chlorides and alcohols. This reaction, which also involves nucleophilic substitution, gives a greater yield of ester than the Fisher esterification. This is because of the greater reactivity of acyl chlorides over carboxylic acids and also because the by-product hydrogen chloride escapes from the reaction flask, thus driving the reaction to the side of the products. As in the direct method, the reaction is limited to primary and secondary alcohols. Tertiary alcohols tend to dehydrate, forming alkenes under the influence of the reactive acyl chloride.

**General equation:**

$$R-\overset{\displaystyle O}{\underset{\displaystyle Cl}{C}} + H-OR' \rightarrow R-\overset{\displaystyle O}{\underset{\displaystyle OR'}{C}} + HCl\uparrow$$

Acyl　　　　Alcohol　　Ester
chloride

**Specific example:**

[benzoyl chloride + methanol → methyl benzoate + HCl↑]

Benzoyl　　Methanol　　Methyl benzoate　　+ HCl↑
chloride　　　　　　　(solvent for
　　　　　　　　　　cellulose esters)
　　　　　　　　　　OCH₃

### C  Esters from Anhydrides

A third method of preparing esters is by the reaction between anhydrides and alcohols. Anhydrides are reactive compounds and give a high yield of ester when reacted with primary and secondary alcohols. Tertiary alcohols primarily undergo dehydration to give alkenes. This reaction, like those of other carboxylic acid derivatives, provides another example of nucleophilic substitution, and follows the mechanism illustrated previously in Figure 15 4

15.5  Preparation of Esters  433

$$R-\overset{\displaystyle O}{C}\overset{\displaystyle\diagup}{\underset{\displaystyle R-\overset{\displaystyle O}{C}\diagup}{}} + H-OR' \rightarrow R-\overset{\displaystyle O}{\underset{\displaystyle OR'}{C}} + R-COOH$$

Anhydride　Alcohol　　Ester　　Carboxylic
　　　　　　　　　　　　　　　　acid

Because the most commonly available anhydride is acetic anhydride, this method is used only if an acetate ester is desired. For example, *n*-butyl acetate, an important solvent in the production of lacquers, and acetylsalicylic acid (aspirin), are made according to the reactions below.

$$CH_3-\overset{O}{C}\diagdown_{O}\diagup\overset{O}{C}-CH_3 + H-OCH_2CH_2CH_2CH_3 \rightarrow CH_3-\overset{O}{\underset{OCH_2CH_2CH_2CH_3}{C}} + CH_3COOH$$

Acetic　　　　　*n*-Butyl　　　　*n*-Butyl acetate　　　Acetic
anhydride　　　alcohol　　　　(solvent for lacquers)　　acid

$$CH_3-\overset{O}{C}\diagdown_{O}\diagup\overset{O}{C}-CH_3 + H\!\!-\!\!\overset{COOH}{\bigcirc} \rightarrow CH_3-\overset{O}{C}-O\!\!-\!\!\overset{COOH}{\bigcirc} + CH_3COOH$$

Salicylic　　　Acetylsalicylic
acid　　　　　　acid
　　　　　　　　(aspirin)

### D  Cyclic Esters: Lactones

When a carboxylic acid contains an —OH group on the fourth or fifth carbon of the alkyl chain, a spontaneous intramolecular esterification takes place, producing a cyclic ester, or **lactone**.



Common:  δ-Hydroxyvaleric acid
IUPAC:  5-Hydroxypentanoic acid          δ-Valerolactone

Common:  γ-Hydroxybutyric acid
IUPAC:  4-Hydroxybutanoic acid          γ-Butyrolactone

EAGLEBEN-SA_00288238

Some lactones are useful as intermediates in organic synthesis, and some occur naturally. Ascorbic acid (vitamin C) and the lactone of mevalonic acid (a biochemical precursor of cholesterol) are two important naturally occurring lactones.



L-Ascorbic acid
(vitamin C)

Lactone of mevalonic
acid
(precursor of cholesterol)

## 15.6  REACTIONS OF ESTERS

Basically, reactions of esters involve the same mechanism: the nucleophilic addition to the electron-deficient carbonyl carbon followed by the elimination of an alkoxide group.



Addition of
nucleophile

Elimination

Substitution
product

**Figure 15.6    General mechanism of nucleophilic substitution reactions of esters**

The attacking nucleophile, :N, may be $H_2O$, HO⁻, R⁻, or $NH_3$, and may result in hydrolysis, alcoholysis or transesterification, or ammonolysis, respectively. These reactions are usually catalyzed with strong mineral acid, and their mechanisms involve first the attack by H⁺ at the oxygen of the carbonyl group, rendering the carbonyl carbon even more susceptible to nucleophilic attack.



Attack at carbonyl
oxygen

Nucleophilic
addition

Elimination

Substitution
product

where :N = $H_2O$, R—OH, or $NH_3$

**Figure 15.7    General mechanism of acid-catalyzed substitution reactions of esters**

### A   Acid-Catalyzed Hydrolysis of Esters

The acid-catalyzed hydrolysis of esters is the reverse of acid-catalyzed esterification, and it yields a molecule of alcohol and a molecule of carboxylic acid. An excess of water is used in this reaction in order to drive the equilibrium to the right.

**General equation:**



Ester    Water    Carboxylic    Alcohol
acid

(1)  Attack by H⁺ on oxygen of carbonyl group



(2)  Addition of water nucleophile on electron deficient carbon



(3)  Hydrogen ion transfer from water moiety to $OC_2H_5$ group



(4)  Elimination of ethyl alcohol



(5)  Regeneration of proton catalyst, and formation of acetic acid



**Figure 15.8   Mechanism of acid-catalyzed hydrolysis of esters, shown for ethyl acetate, which yields acetic acid and ethyl alcohol**

EAGLEBEN-SA_00288239

**Specific example:**

$$CH_3-C\underset{OC_2H_5}{\overset{O}{\Vert}} + H_2O \text{ (excess)} \underset{}{\overset{H^+}{\rightleftharpoons}} CH_3-C\underset{OH}{\overset{O}{\Vert}} + C_2H_5OH$$

Ethyl acetate                              Acetic      Ethyl
                                           acid        alcohol

The mechanism for the specific example just given is illustrated in Figure 15.8. Notice that it is the reverse of the esterification mechanism shown in Figure 15.5.

### B  Alkaline Hydrolysis of Esters: Saponification

The hydrolysis of esters may also take place by treatment of the ester with an aqueous solution of a strong base such as sodium hydroxide, NaOH. The product of this reaction is a carboxylate salt, and the reaction is referred to as *saponification* (Latin: *sapo* = soap) because the sodium salt of long-chain fatty acids is a soap. We have discussed this particular reaction previously, in section 14.14A, so we will show only a general equation for the reaction here

**General Equation:**

$$R-C\underset{OR'}{\overset{O}{\Vert}} + NaOH \overset{H_2O}{\rightarrow} R-C\underset{O^-Na^+}{\overset{O}{\Vert}} + R\text{—OH}$$

Ester                          Carboxylate salt
                               (a soap)

The mechanism of base-catalyzed hydrolysis, which is also of the nucleophilic substitution type, is shown in Figure 15.9.

(1) Attack by OH⁻ nucleophile on electron-deficient carbonyl
    carbon

$$R-C\underset{OR'}{\overset{O}{\Vert}} + \text{⁻OH} \rightleftharpoons R-C\underset{OR'}{\overset{O:\text{⁻ Na}^+}{\underset{|}{\overset{|}{\text{OH}}}}}$$

(2) Elimination of OR⁻

$$R-C\underset{OR'}{\overset{O:\text{⁻ Na}^+}{\underset{|}{\overset{|}{\text{OH}}}}} \rightleftharpoons R-C\underset{OH}{\overset{O}{\Vert}} + \text{:⁻OR'} + \text{Na}^+$$

(3) Proton transfer to :⁻OR'

$$R-C\underset{O-H}{\overset{O}{\Vert}} + \text{:⁻OR'} + \text{Na}^+ \rightarrow R-C\underset{O^-\text{Na}^+}{\overset{O}{\Vert}} + H\text{—OR'}$$

Soap

**Figure 15.9**  Mechanism of base-catalyzed hydrolysis of esters

### C  Alcoholysis: Transesterification

Alcoholysis is the reaction between an ester and an alcohol in the presence of a strong acid catalyst to give an equilibrium mixture with another ester and alcohol. This reaction is also sometimes referred to as ester interchange, or **transesterification**.

$$R-C\underset{OR'}{\overset{O}{\Vert}} + H\text{—OR''} \overset{H^+}{\rightleftharpoons} R-C\underset{OR''}{\overset{O}{\Vert}} + R'\text{—OH}$$

The alcoholysis of polyvinyl acetate, [ $CH_2CH(OOCCH_3)$ ]$_n$, a thermoplastic high polymer used in latex paints, to polyvinyl alcohol (PVA), [ $CH_2CHOH$—]$_n$, a polymer used in making floor tiles, is an example of the practical value of this reaction.



Polyvinyl acetate   Methanol   Polyvinyl   Methyl
                               alcohol     acetate

The mechanism for the reaction is identical to that of the acid-catalyzed hydrolysis of esters and the acid-catalyzed esterification of acids.

### D  Ammonolysis

Ammonolysis is the reaction of esters with ammonia to give amides.

$$R-C\underset{OR'}{\overset{O}{\Vert}} + H\text{—NH}_2 \rightarrow R-C\underset{NH_2}{\overset{O}{\Vert}} + R'\text{—OH}$$

Ester      Ammonia      Amide

This reaction involves the nucleophilic addition of ammonia on the ester followed by the elimination of an alcohol molecule to give the substitution product  The mechanism is similar to that of the basic hydrolysis of esters. The amide group, $\overset{O}{\underset{N}{\overset{\Vert}{C}}}$ , is widely distributed in nature, especially in protein molecules.

### E  Reduction of Esters

In addition to nucleophilic substitution reactions, esters, like carboxylic acids, undergo another type of reaction, which is reduction to primary alcohols  They are reduced by lithium aluminum hydride, LiAlH₄, a powerful reducing

agent. The reduction of esters produces two moles of alcohol: one from the acid part of the ester, the other from the alcohol part.

**General equation:**  R—C(=O)OR' + LiAlH₄ → R CH₂OH + H OR'
1° Alcohol

**Specific example:**  CH₃—C(=O)OCH₃ + LiAlH₄ → CH₃CH₂OH + CH₃OH

Methyl acetate    Ethanol    Methanol

## F  Reaction with Grignard Reagents

Esters, like aldehydes and ketones, react with Grignard reagents, producing tertiary alcohols. The mechanism of the reaction is shown below.

[reaction scheme]

The reaction proceeds in stages. First the Grignard reagent reacts with the ester, forming a Grignard-ester adduct (1), which decomposes spontaneously to a ketone (2) by losing the elements of X—Mg  OR''. The ketone, once formed, reacts further with another mole of Grignard reagent (see section 11.3C), and upon hydrolysis gives a tertiary alcohol in which at least two of the three R groups are the same. A specific example for this reaction is shown below.

[reaction scheme]

Methyl acetate    Ethyl magnesium chloride

3-Methyl-3-pentanol
(a 3° alcohol)

## 15.7  AMIDES

### A  Nomenclature

The amides are carboxylic acid derivatives formed from the replacement of the —OH function of the carboxyl group by an amino group, NH₂. If the hydrogens of the amino group are replaced by one or two alkyl or aryl groups, the amide is referred to as an *N*-substituted or an *N,N*-disubstituted amide.



Simple amide    *N*-Substituted amide    *N,N*-Disubstituted amide

Simple amides are named by replacing the ending -*ic acid* or -*oic acid* from the corresponding carboxylic acid by the word *amide*. For example:

Common:    Acetamide    Benzamide    Isobutyramide
(from acetic acid)    (from benzoic acid)    (from isobutyric acid)
IUPAC:    Ethanamide    2-Methylpropanamide
(from ethanoic acid)    (from 2-methylpropanoic acid)

*N*-substituted amides are named by listing first the alkyl or aryl substituents on the nitrogen atom and then the parent amide. For example:

Common: *N*-Methylacetamide    *N*-Methyl-*N*-ethylacetamide
IUPAC:   *N*-Methylethanamide    *N*-Methyl-*N*-ethylethanamide

### B  Physical Properties and Occurrence of Amides

Because of their high degree of hydrogen bonding almost all the simple amides are solids at room temperature. Straight-chain amides of up to six carbons are water soluble. Beyond six carbons the water solubility decreases markedly for each addition of carbon, as occurs with other homologous series

Amides of biological importance do occur in nature in some plants and animals, and many are synthesized in the laboratory. For example, nicotinamide, the amide of nicotinic acid (Niacin), is essential in the diet to prevent pellagra. Acetanilide and its derivative *p*-hydroxyacetanilide are used as pain-killing remedies. Lidocaine (also called Xylocaine), 2,6, dimethyl-α-diethyl-aminoacetanilide, is a widely used local anesthetic.

EAGLEBEN-SA_00288241

# EXHIBIT 20

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)



(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
10 January 2002 (10.01.2002)

**PCT**

(10) International Publication Number
**WO 02/02125 A1**

(51) International Patent Classification⁷: **A61K 31/675**, A61P 35/00

(21) International Application Number: PCT/AU01/00789

(22) International Filing Date: 2 July 2001 (02.07.2001)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
PQ 8499      30 June 2000 (30.06.2000)    AU

(71) Applicant *(for all designated States except US)*: **DBL AUSTRALIA PTY LTD** [AU/AU]; 115 Sherriff Street, Underdale, S.A. 5032 (AU).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)*: **TAIT, Russell** [AU/AU]; 33 Campbell Road, Deepdene, VIC 3103 (AU). **MURPHY, Annette** [AU/AU]; 7 Rosemary Grove, Burwood, VIC 3125 (AU). **DAVEY, Greg** [AU/AU]; 13 McCubbin Street, Burwood, VIC 3125 (AU). **WHITTAKER, Darryl** [ZA/AU]; 1 Kara Walk, Vermont South, VIC 3133 (AU). **YE, Yuerong** [AU/AU]; 41 Lewis Street, Ormond, VIC 3204 (AU).

(74) Agent: **WATERMARK PATENT & TRADEMARK ATTORNEYS**; 290 Burwood Road, Hawthorn, VIC 3122 (AU).

(81) Designated States *(national)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW.

(84) Designated States *(regional)*: ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE, TR), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— with international search report

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

(54) Title: INJECTABLE COMPOSITION

(57) Abstract: This invention relates to the stabilisation of ifosfamide solutions used in the treatment of tumours as parenteral infusion solutions. In particular, there is provided a liquid pharmaceutical composition for parenteral administration comprising ifosfamide, solvent and optionally, conventional pharmaceutical carriers and excipients, wherein said solvent comprises 35-75 % lower alcohol (based on the total weight of the solvent) and 25-65 % polyol (based on the total weight of the solvent). Said composition is preferably stable at refrigeration temperatures and higher for at least 30 days and more preferably at least 180 days. The polyol solvent is preferably propylene glycol, glycerol and/or polyethylene glycol of MW 200-600. The lower alcohol solvent is preferably ethanol.

**WO 02/02125 A1**

JDG_BENDA_00003332

EAGLEBEN-SA_00077241

1

## INJECTABLE COMPOSITION

FIELD OF THE INVENTION

This invention relates to the stabilisation of pharmaceutical compositions used in the treatment of tumours, and particularly to the stabilisation of compositions
5   delivered by injection.

BACKGROUND

The oxazaphosphorins are one of the group of alkylating cytostatic agents related to the nitrogen mustards which are widely used in the chemotherapeutic treatment of tumours.    Oxazaphosphorins undergo electrophilic reactions with
10  biological molecules including DNA whereby the alkylated DNA is damaged with respect to its replication mechanisms.    Damaging the replication mechanisms ultimately effects cell viability leading to cell death.  Oxazaphosphorins are effective regardless of the point in the cell cycle at which they are introduced.   Rapidly proliferating tumour cells are especially sensitive to alkylating agents, and
15  consequently cell death because the speed of their replication is not matched by DNA repair mechanisms.

The oxazaphosphorin of particular interest in relation to this invention is ifosfamide.    Ifosfamide, a synthetic analogue of cyclophosphamide, has the chemical       name       (3-(2-chloroethyl)-2-[(2-chloroethyl)amino]tetrahydro-2H-1,3,2-
20  oxazaphosphorine-2-oxide) and is known to be effective against tumours, particularly germ cell tumours, sarcomas and lymphomas either as a single agent or in combination with other chemotherapeutic agents.     Anti tumour activity by Ifosfamide (also known as Holoxan(R)) has been shown in ovarian, cervical, lung and breast cancer.

25  Therapeutic administration of oxazaphosphorins is typically via injection. Ifosfamide is indicated for intravenous use only usually over a period of at least several hours due to its toxicity.  It is predominantly available in dry form and is supplied, for example, as a sterile, packaged dry powder for dissolution in water prior to administration, usually by infusion.  Oxazaphosphorins including ifosfamide
30  are however very subject to degradation by hydrolysis and accordingly prompt administration of such solutions is generally required.  Ifosfamide is relatively stable by comparison to cyclophosphamide.    However, prolonged storage of the dry

JDG_BENDA_00003333

EAGLEBEN-SA_00077242

WO 02/02125                                                    PCT/AU01/00789

2

powder may result in sintering and yellowing, which in turn leads to a reduction in dissolution rate and a decline in pH. Reconstitution of powder-filled oxazaphosphorin products (such as ifosfamide) is characteristically slow. Even with vigorous shaking, 30 minutes or more may be required to ensure complete solution

5    of the powder. Reconstitution times may be even longer if sintering or yellowing of the powder has taken place. Storage at elevated temperatures also leads to degradation, as does the use of temperature to speed the dissolution process. Although not directly related to degradation, any degree of discolouration is considered indicative of degradation and accordingly discoloured solutions of

10   oxazaphosphorins are generally discarded.

To overcome difficulties associated with the thermal and hydrolytic susceptibility, lyophilization of the drug has been tried. This process involves freeze drying, whereby ice is sublimed from frozen solutions leaving only the solid, dried components of the original liquid.

15   Lyophilization has several advantages over the previous dry powder formulations. Lyophilization permits pharmaceuticals which are unstable in aqueous solution, yet relatively stable in the solid state to be processed and filled into dosage containers in solution, taking advantage of the relative ease of processing a liquid, dried without elevated temperatures, thereby eliminating adverse thermal effects

20   and then stored in the dry state in which there are relatively few stability problems.

However, there are disadvantages associated with this process. Lyophilization requires sophisticated vacuum pumps, sterile, refrigerated chambers with meticulous thermal controls for cooling samples, condensers to trap the water vapor as it sublimes from the frozen solution, and thermocouple probes for

25   monitoring product temperature. The apparatus itself, the energy and the technicians required to run it become quite expensive on an industrial scale and raise the cost of the product accordingly.

Lyophilization is also inefficient. Lyophilization involves removing water from a frozen aqueous solution leaving a freeze-dried solid. The freeze dried solid is

30   delivered to the customer, who, when necessary, reconstitutes the drug as an aqueous solution. Clearly, if the lyophilization process could be circumvented, time and cost would be reduced.

JDG_BENDA_00003334

EAGLEBEN-SA_00077243

WO 02/02125                                                                PCT/AU01/00789

3

Finally, the lyophilized or dry powder product must be reconstituted. Reconstitution necessitates some degree of personnel exposure. This is particularly undesirable when the drug is a strongly cytotoxic antineoplastic agent such as the oxazaphosphorins including ifosfamide. This hazardous exposure is aggravated by
5  aerosolization of the cytotoxic agent that might occur during reconstitution. As a lyophilizate the drug must be dissolved prior to injection. This necessitates additional entry to the vial with a syringe to add the solubilizing liquid vehicle. With each accession of the vial small quantities of the drug become airborne and this is known as aerosolization. Such added exposure requires particular precautions
10  such as rubber gloves and masks. Furthermore, reconstitution introduces potential for dilution errors. This reconstitution can take up to 30 minutes, which is very inconvenient and time consuming. For these and other reasons producers and consumers alike prefer readily injectable liquid formulations of parenterally administered drugs.

15  Attempts have been made to provide a product which can be supplied in solution in a ready-to-dilute form but which is stable for a sustained period in the undiluted form. Such a product would be advantageous at least because of the ability of the user to omit the step(s) of dissolving or reconstituting a solid product prior to administration. However, the preparation of directly injectable stable
20  aqueous or water containing oxazaphosphorin solutions is not possible due to the instability of these compounds as mentioned hereinabove.

US 4952575 (ASTA PHARMA AKTIENGESELLSCHAFT) discloses solutions containing an oxazaphosphorin in which the active agent is dissolved in very high concentrations (up to 100%) of ethanol. Two examples are provided; one providing
25  a 25% cyclophosphamide solution containing 96% ethanol and the other providing a 25% ifosfamide solution also containing 96% ethanol. Ifosfamide is shown to have an annual decomposition rate of 0.3% at 20°C and cyclophosphamide is shown to have an annual degradation rate of 15% at 20°C when formulated according to this disclosure in 96% ethanol. Whilst high concentrations of ethanol reduce the
30  degradation of the oxazaphosphorin by hydrolysis, they lead to other problems arising from the volatility and flammability of the ethanol. Theoretically the formulation of this patent should avail the user of a product stable at room

JDG_BENDA_00003335

EAGLEBEN-SA_00077244

4

temperature. However, the volatility of ethanol at these temperatures leads to significant handling problems. In particular, higher volatility due to the use of pure ethanolic formulations may lead to greater difficulty in manufacturing and filling the product since weight loss, flammability and solvent extraction issues will be greater.

5    Furthermore, owing to the low viscosity and low surface tension of ethanol, too high a quantity of ethanol as solvent will lead to syringing difficulties; particularly, the solution may run out of the syringe during delivery.

US 4879286 (Lyphomed, Inc.) discloses ready-to-dilute solutions of cyclophosphamide which are formulated by dissolving the active agent in an organic

10   solvent such as a polyol. It is suggested that a desirably stable product can be achieved by a solvent of 50 – 100% organic polyol and 0 – 50% water. The water may be in part replaced by 10 – 30% ethanol based on the total weight of the formulation. The examples suggest that these solutions are stable at 4°C (refrigerator temperature) for several weeks but show insufficient stability at room

15   temperature or higher.

WO 99/18973 (STADA) discloses ifosfamide in a sodium chloride solution. The patent claims stability at refrigerated temperatures but tests show that at elevated temperatures (50°C), the product is unstable over any period longer than 4 weeks. This is corroborated by the document itself.

20   It is one aim of this invention to provide an ifosfamide solution in a ready-to-dilute form, which is stable at conventional handling temperatures over a sustained period. It is another aim of the invention to provide improved methods of delivering parenteral oncological medical treatments using ifosfamide.

SUMMARY OF THE INVENTION

25   Thus, in a first aspect of the invention there is provided a liquid pharmaceutical composition for parenteral administration comprising ifosfamide, solvent and optionally, conventional pharmaceutical carriers and excipients, wherein said solvent comprises 35–75% lower alcohol (based on the total weight of the solvent) and 25–65% polyol (based on the total weight of the solvent).

30   It is surprisingly found that the compositions according to the invention are chemically stable to hydrolysis, may be produced in low volume and with only a small quantity of excipients with the resultant logistical benefit of being easily

JDG_BENDA_00003336

EAGLEBEN-SA_00077245

WO 02/02125                                                                PCT/AU01/00789

5

packaged and transported, and the clinical benefit of both time and convenience including the fact that the need to reconstitute the product can be substantially avoided. In addition the composition of the invention has been found to have a viscosity ideally suited to delivery by syringe thereby allowing ease of handling. In
5  particular, the viscosity is sufficiently low as to allow easy handling with a syringe, but also sufficiently high as to reduce the likelihood of seepage of the product from a syringe. Loss of solvent through excessive evaporation is also substantially avoided.

Throughout this specification, the terms "comprises/comprising" should be
10  taken to specify the presence of stated features, integers, steps or components but does not preclude the presence or addition of one or more other features, integers, steps, components or groups thereof.

Furthermore, the term "liquid" when used throughout this specification should be taken to mean that the compositions of the invention are in a fluid state.

15  The term "stable" when used throughout this specification should be taken to mean that the liquid pharmaceutical compositions according to the invention are, in their state at a specified stage post manufacture, acceptable for pharmaceutical usage in a patient.

The term "lower alcohol" when used throughout this specification should be
20  taken to mean a $C_1$-$C_6$ alcohol which is not toxic for human use in a pharmaceutical context.

In one preferred embodiment of the invention the liquid pharmaceutical compositions are stable for at least 30 days at refrigeration temperatures and higher.

25  In a further preferred embodiment of the invention, the liquid pharmaceutical compositions of the invention comprise ifosfamide, solvent and optionally, conventional pharmaceutical carriers and excipients, wherein said solvent comprises 35 – 70% lower alcohol (based on the total weight of the solvent) and 30 – 65% polyol (based on the total weight of the solvent).

30  In a further preferred embodiment of the invention there is provided a liquid pharmaceutical composition comprising ifosfamide, solvent and optionally, conventional pharmaceutical carriers and excipients, wherein said solvent

JDG_BENDA_00003337

EAGLEBEN-SA_00077246

6

comprises 70% lower alcohol (based on the total weight of the solvent) and 30% polyol (based on the total weight of the solvent, and said ifosfamide in present in an amount of 40% w/w of the total composition.

In another preferred embodiment the composition may contain one or more additional active agents to facilitate delivery of a so-called cocktail of drugs; a strategy often used in treatment of tumours. For example, the active agent may comprise ifosfamide and another anti-cancer compound, or ifosfamide and an active ingredient such as an anti-emetic, a uroprotector or any other anti-neoplastic agent. The uroprotector mesna is preferred.

The ifosfamide is preferably used in crystalline form. However, it is also possible to use amorphous, semi-solid or oily forms of ifosfamide. The ifosfamide may be used in the form of a lyophilizate.

The concentration of the ifosfamide in the composition in accordance with the invention amounts in general to 0.1-80%(w/w), preferably 10-70%(w/w) and particularly to 20-60%(w/w). [w/w = weight/weight].

The lower alcohol according to the invention is preferably ethanol more preferably absolute ethanol.

The polyol according to the invention may be one or a mixture of polyols selected from the group comprising polyethylene glycol (PEG) of molecular weight 200-1000; glycofurol, butylene glycol, glycerol and propylene glycol. Preferably, the polyol is propylene glycol, glycerol or polyethylene glycol of molecular weight 200-600. In the case of higher molecular weight PEGs which are solid at room temperature, low molecular weight PEG, ethanol, water or propylene glycol may be added to render the combination liquid at room temperature.

In another preferred embodiment, the composition according to the invention is stable for at least 180 days. This embodiment provides a composition that is well suited to transport and storage with minimal risk of degradation. More preferably, the composition is one in which at least 95-100% ifosfamide is present after 180 days storage at 40°C or less.

Desirably, the composition is substantially anhydrous, i.e. less than 15% water, and preferably less than 10% water, although the presence of water per se is not prohibited. It should be recalled however that since the oxazaphosphorins are

JDG_BENDA_00003338

EAGLEBEN-SA_00077247

7

susceptible to hydrolysis, degradation may be minimised by limiting the presence of water.  For example, when the polyol used is PEG 400, up to 10% water might be present without substantial negative effect.

5      The composition according to the invention may also include substances for the purposes of preservation (when the composition is diluted), isotonicity adjustment, stabilisation (such as antioxidants), pH adjusters (buffers) (for when the composition is diluted), chelating agents  and other suitable excipients.

      The compositions in accordance with the invention may, for adjusting and stabilizing the pH value of the diluted solutions, contain physiologically acceptable 10 salts, physiologically acceptable alkalization mediums and/or physiologically acceptable acidization mediums.  Inorganic and/or organic acids and/or inorganic salts and/or organic salts and inorganic bases and/or organic bases can be used. The acid, neutral and alkaline salts and their hydrates can also be used.

      Examples of inorganic acids (mineral acids) may be but are not limited to 15 hydrochloric, acid, carbonic acid, and phosphoric acid.  ==Examples of inorganic bases may be but are not limited to ammonium hydroxide, alkali hydroxide like sodium hydroxide.==

      Examples of organic acids may be but are not limited to lactic acid, acetic acid, succinic acid, tartaric acid, ascorbic acid, malic acid, citric acid, fumaric acid, 20 glutamic acid, benzoic acid, methane-sulphonic acid and ethanoic-sulphonic acid. Examples of organic bases may be, but are not limited to tromethamine (trometamol) and N-methylglucamine (meglumine) and the corresponding bases of succinic acid, tartaric acid, ascorbic acid, malic acid, citric acid, fumaric acid, glutamic acid, benzoic acid, methane-sulphonic acid and ethanoic-sulphonic acid in 25 the form of their alkaline and alkaline earth salts.

      In the solutions in accordance with the invention, salts of organic bases such as but not limited to mineral acid salts of tromethamine (trometamol) and N-methylglucamine (meglumine), preferably trometamol hydrochloride and meglumine hydrochloride may also be used.

30      As the preferred components for adjusting and stabilizing the pH value of the solution, phosphoric acid and salts of phosphoric acid and their hydrates may be used.  Disodium hydrogen phosphate dihydrate and sodium dihydrogen phosphate

8

dihydrate are especially preferred.  Additional preferred buffer components may be but are not limited to sodium lactate, sodium acetate, sodium acetate trihydrate and trisodium citrate trihydrate.

5  ==Especially preferred buffer components, alkalization mediums and acidization mediums may be but are not limited to salts of phosphoric acid and phosphoric acid, hydrochloric acid and sodium hydroxide.==

For adjusting the isotonicity of the compositions, physiologically acceptable, ionic and/or non-ionic tonicisation mediums may be used.  The physiologically acceptable tonicity adjustment mediums may be but are not limited to at least one
10  carbohydrate that is selected from the group of 3-9C polyhydroxy alcohols.

In addition, this may involve one carbohydrate selected from the group of 5-10C monosaccharides, for example the pentitols, pentoses, hexitols and hexoses; this preferably involves dextrose, sorbitol or mannitol, with sorbitol and mannitol being especially preferred.  It may involve at least one carbohydrate selected from
15  the group of disaccharides, for example maltose, sucrose, lactose, maltobiose and maltotriose.  Preferably it involves maltose, sucrose or lactose.  The physiologically acceptable tonicity adjustment medium may also at least be one carbohydrate selected from the group of polysaccharides such as, for example, starch and dextran.

20  Further carbohydrates that are suitable as physiologically acceptable tonicity adjustment mediums may be selected from the group of cyclodextrins, for example from the alpha, beta and gamma cyclodextrins and their ethoxylated derivatives. Preferred are alpha, beta and gamma-cyclodextrins with alpha-cyclodextrins being especially preferred.

25  Suitable components for adjusting the tonicity therefore comprise, for example, glycerin (glycerol), threitol, trehalose, erythritol, pentaerythritol, erythrose, arabitol, arabinose, adonitol, xylitol, xylulose, sorbitol, sorbose, mannitol, mannose, dulcite, dextrose (glucose), fructose, maltose, sucrose, lactose, maltobiose, maltotriose, starch, hydroxyethyl starch (dextran), alpha, beta and gamma
30  cyclodextrins and their alkoxyethylated derivatives, preferably threitol, erythritol, arabitol, adonitol, xylitol, sorbitol, mannitol, dulcite, dextrose (glucose), fructose, maltose, sucrose and lactose and particularly sorbitol, mannitol, dextrose (glucose),

JDG_BENDA_00003340

EAGLEBEN-SA_00077249

# EXHIBIT 21

US 20050042285A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2005/0042285 A1
Ukai et al. (43) Pub. Date: **Feb. 24, 2005**

(54) **STABILIZED COMPOSITION COMPRISING A BENZIMIDAZOLE TYPE COMPOUND**

(75) Inventors: **Koji Ukai**, Gifu-shi (JP); **Masaki Ichikawa**, Ibaraki (JP); **Takashi Kato**, Aichi (JP); **Yukiko Sugaya**, Ibaraki (JP); **Yasuyuki Suzuki**, Ibaraki (JP); **Shigeru Aoki**, Gifu (JP); **Akira Kato**, Ibaraki (JP); **Masao Kawamura**, Saitama (JP); **Satoshi Fujioka**, Aichi (JP)

Correspondence Address:
NIXON & VANDERHYE, PC
1100 N GLEBE ROAD
8TH FLOOR
ARLINGTON, VA 22201-4714 (US)

(73) Assignee: **Eisai Co., Ltd.**, Tokyo (JP)

(21) Appl. No.: **10/938,554**

(22) Filed: **Sep. 13, 2004**

Related U.S. Application Data

(63) Continuation of application No. 09/462,633, filed on Jan. 27, 2000, now abandoned, filed as 371 of international application No. PCT/JP99/02098, filed on Apr. 20, 1999.

(30) **Foreign Application Priority Data**

Apr. 20, 1998 (JP) .......................................... 10-109288

**Publication Classification**

(51) Int. Cl.$^7$ ...................... **A61K 31/4439**; A61K 9/20
(52) U.S. Cl. .......................................... **424/464**; 514/338

(57) **ABSTRACT**

The present invention provides a chemically stable pharmaceutical preparation of a benzimidazole type compound. That is, the present invention relates to a composition comprising at least one substance selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone incorporated into a benzimidazole type compound or an alkali metal salt thereof.

JDG_BENDA_00003401

EAGLEBEN-SA_00077310

US 2005/0042285 A1

Feb. 24, 2005

1

## STABILIZED COMPOSITION COMPRISING A BENZIMIDAZOLE TYPE COMPOUND

### FIELD OF THE INVENTION

[0001] The present invention relates to pharmaceutical preparations of the solid dosage form for internal use comprising benzimidazole type compounds or alkali metal salts thereof.

### PRIOR ART

[0002] A benzimidazole type compound or an alkali metal salt thereof has a strong inhibitory action on the so-called proton pump, and it is widely used as a therapeutic agent for stomach ulcer, duodenal ulcer etc., by inhibiting gastric acid secretion. On the other hand, the benzimidazole type compound is chemically very unstable, so various measures have been invented for pharmaceutical manufacturing thereof. For example, JP-A 62-277322 discloses a process for producing a stabilized pharmaceutical composition comprising a basic inorganic salt of magnesium and/or calcium incorporated into a benzimidazole type compound, and JP-A 62-258320 discloses an oral pharmaceutical preparation prepared by incorporating an alkali compound into the portion of a core containing a benzimidazole type compound, then coating it with fillers for tablets soluble in water or rapidly degradable with water or with a polymeric and water-soluble film-forming compound, and further coating it with an enteric coating.

[0003] However, the stability of such pharmaceutical preparations is still insufficient even by the prior art described above, so there is demand for further improvements. That is, the object of the present invention is to further stabilize a pharmaceutical preparation of the solid dosage form for internal use comprising a benzimidazole type compound.

### DISCLOSURE OF THE INVENTION

[0004] The present invention relates to a composition comprising at least one selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone incorporated into a benzimidazole type compound represented by the structural formula (formula 1) below or an alkali metal salt thereof.

[0005] Formula 1

$$Het^1{-}S{-}CH_2{-}Het^2$$

[0006] In the formula 1, $Het^1$ is



[0007] $Het^2$ is



[0008] $R^1$ and $R^2$ are the same as or different from each other and are selected from a hydrogen, a methoxy and a difluoromethoxy, $R^3$ is selected from a hydrogen and a sodium, $R^4$, $R^5$ and $R^6$ are the same as or different from each other and are selected from a hydrogen, a methyl, a methoxy, a methoxypropoxy and a trifluoroethoxy.

[0009] Further, the present invention relates to a pharmaceutical preparation comprising a core which comprises at least one selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone incorporated into a benzimidazole type compound represented by formula 1 or an alkali metal salt thereof, is coated with an enteric coating.

[0010] Further, the present invention relates to a pharmaceutical preparation comprising a core which comprises at least one selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone incorporated into a benzimidazole type compound represented by formula 1 or an alkali metal salt thereof, coated with an intermediate coating and further with an enteric coating.

[0011] The present invention further relates to a pharmaceutical preparation comprising a core which comprises at least one selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone incorporated into a benzimidazole type compound represented by formula 1 or an alkali metal salt thereof, coated with an intermediate coating, further with an enteric coating and then with a moisture resistant coating.

[0012] The present invention relates to a pharmaceutical composition comprising (A) benzimidazole type compound represented by formula 1 or an alkali metal salt thereof and (B) at least one substance selected from the group consisting of sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone.

[0013] Further, the present invention relates to a pharmaceutical preparation comprising a core consisting of the composition described above and an enteric coating. The pharmaceutical preparation may comprise an intermediate coating, an enteric coating and a moisture resistant coating besides the core.

[0014] The moisture resistant coating is effective not only for the benzimidazole type compound but also for a drug whose decomposition is observed to be accelerated both in the presence of water and upon contact with gastric acid.

JDG_BENDA_00003402

EAGLEBEN-SA_00077311

US 2005/0042285 A1

2

Feb. 24, 2005

That is, the present invention relates to a pharmaceutical preparation comprising a core coated with an enteric coating and further with a moisture resistant coating, said core comprising a drug incorporated into it and the drug both being accelerated to be decomposed in the presence of water and being chemically unstable in gastric acid.

[0015]  Further, the present invention relates to a pharmaceutical preparation comprising a core coated with an intermediates coating, further with an enteric coating and then with a moisture resistant coating, said core comprising a drug incorporated into it and the drug both being accelerated to be decomposed in the presence of water and being chemically unstable in gastric acid.

[0016]  In the present invention, the benzimidazole type compounds or alkali metal salts thereof include e.g. rabeprazole, omeprazole, pantoprazole and lansoprazole, or sodium or potassium salts thereof. The structural formulae of these compounds are shown in formula 3.

[0017]  Formula 3



Rabeprazole

Omeprazole

Pantoprazole

Lansoprazole

[0018]  Hereinafter, the benzimidazole type compound or an alkali metal salt thereof is collectively referred to as benzimidazole type compound.

[0019]  The benzimidazole type compound in the present invention can be produced in a known method. For example, the compound can be produced by any methods disclosed in JP-A 52-62275, JP-A 54-141783, JP-A 1-6270 etc.

[0020]  Sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide and hydroxypropyl cellu-

lose in the present invention are mentioned in the Japanese Pharmacopoeia, and these are commercially available and easily obtainable. Aminoalkyl methaacrylate copolymer E, which is mentioned in the standards of non-medicines in the Japanese Pharmacopoeia, can be easily obtained. Further, crospovidone is a substance mentioned in the standards of pharmaceutical additives, and its commercial products of various grades with varying particle diameters are easily available, and their particle diameters can be regulated as necessary by a grinding device such as hammer mill.

[0021]  The blending ratio of the benzimidazole type compound to at least one selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone is 0.01 to 20 parts by weight, preferably 0.01 to 10 parts by weight, more preferably 0.1 to 10 parts by weight in total, to 1 part by weight of the benzimidazole type compound. In the present invention, sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone can be used alone or 2 or more of these additives can be used in combination. Among these, it is effective to incorporate sodium hydroxide, potassium hydroxide and/or sodium carbonate into the benzimidazole type compound and it is more effective to incorporate 1) crospovidone and 2) sodium hydroxide, potassium hydroxide and/or sodium carbonate into the benzimidazole type compound. The blending ratio of a combination of these additives is 0.01 to 20 parts by weight to 1 part by weight of the benzimidazole type compound, and preferably the ratio of crospovidone is 0.5 to 5 parts by weight, and the ratio of sodium hydroxide, potassium hydroxide and/or sodium carbonate is 0.01 to 2 parts by weight.

[0022]  The benzimidazole type compound when decomposed during storage under heating and humid conditions is observed to undergo significant coloring changes in particular. The composition and/or the pharmaceutical preparation of the invention comprising the above-described various additives incorporated into it possesses the particularly outstanding effect of not only improving the stability of the ingredients but also inhibiting the coloring changes.

[0023]  Conventionally used excipients such as lactose and mannitol can be used to prepare a pharmaceutical preparation by use of the invented composition comprising the benzimidazole type compound and at least one substance selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone incorporated thereto. Preferably, hydroxypropyl cellulose is used as a binder and crospovidone is used as a disintegrating agent.

[0024]  It is known that crospovidone used generally as a disintegrating agent, when finely ground, can reduce the disintegrating force and swelling force inherent in the original disintegrating agent. Finely ground crospovidone having small particle diameters is used as a stabilizer for the benzimidazole type compound in the present invention, and it can be added in a larger amount than the amount of a usual disintegrating agent (usually 10% or less). The average particle diameter of crospovidone is several $\mu$m to 50 $\mu$m, more preferably 4 $\mu$m to 50 $\mu$m.

3

[0025] Accordingly, the crospovidone used in the composition or in the pharmaceutical preparation according to the present invention is preferably crospovidone having small average particle diameters of several $\mu m$ to 50 $\mu m$, preferably 4 $\mu m$ to 50 $\mu m$. As a matter of course, finely ground crospovidone and usual crospovidone may be used in combination.

[0026] The crospovidone, though varying depending on manufacturer and lot number, often contains a slight amount of peroxides as impurities. The benzimidazole type compound is inherently liable to oxidation so that when blended along with crospovidone, it may contain an antioxidant.

[0027] The antioxidant includes, but is not limited to, sodium sulfite, sodium pyrosulfite, vitamin E, rongalite, thioglycerol, sodium thiosulfate, ascorbate and acetyl cysteine.

[0028] Further, the present invention relates to a pharmaceutical preparation comprising a core which comprises at least one substance selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone incorporated into a benzimidazole type compound represented by formula 1, coated with an enteric coating. In the present invention, the term "core" refers to tablets, granules etc. Further, the present invention encompasses a pharmaceutical preparation comprising a core coated with an enteric coating, said core comprising a benzimidazole type compound and at least one selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone laminated therein or coated thereon with spherical granules consisting, as seed granules, of refined white sugar, a mixture of white sugar and starch, or crystalline cellulose etc. The benzimidazole type compound is very unstable under acidic conditions, so when administered, the benzimidazole type compound is decomposed immediately in contact with gastric acid in the stomach, to lose its physiological activity. Accordingly, it should be formed as a pharmaceutical preparation not dissolved in the stomach, that is, a pharmaceutical preparation having a benzimidazole type compound-containing core coated with an enteric substance in order to prevent it from being decomposed in the stomach.

[0029] Further, the present invention relates to a pharmaceutical preparation comprising a core coated with an intermediate coating and further with an enteric coating, said core comprising at least one substance selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone incorporated into a benzimidazole type compound represented by formula 1. Since the enteric coating is made generally of an acidic substance, its direct contact with the benzimidazole type compound is not preferable. Accordingly, an inert intermediate coating can be provided between the core comprising a benzimidazole type compound and the enteric coating. The term "inert" refers to a substance not adversely affecting the stability of the benzimidazole type compound. The inert intermediate coating may be made of a water-soluble polymer, a water-soluble or water-disintegrating substance or a water-insoluble substance, and spe-

cific examples include hydroxypropyl cellulose, hydroxypropylmethyl cellulose, aminoalkyl methaacrylate copolymer E, lactose, mannitol, starch, crystalline cellulose, ethyl cellulose, vinyl acetate etc. When an intermediate coating made of a water-insoluble substance is applied, water-insoluble fine particles may be mixed in the coating, as disclosed in JP-A 1-290628.

[0030] In the present invention, the above-described pharmaceutical preparation coated with an enteric coating may be coated with a moisture resistant coating. The moisture resistant coating is a coating for inhibiting the passage of steam, and it is functionally a coating which in itself inhibits the transmission of steam or a coating which captures steam in the coating to inhibit the inflow of steam into the inside.

[0031] The moisture resistant coating possesses the function of defending the preparation against invasion of water into the benzimidazole type compound to improve its stability while preventing the cracking and deformation of tablets originating from the swelling of finely ground crospovidone upon moisture absorption.

[0032] The moisture resistant coating may be either a water-soluble coating or a water-insoluble coating, and this coating includes, but is not limited to, a coating consisting of e.g. polyvinyl acetal diethyl aminoacetate, HA Sankyo (a mixture of polyvinyl acetal diethyl aminoacetate, hydroxypropylmethyl cellulose, stearic acid and fumaric acid), polyvinyl alcohol etc., a coating comprising at least one of cellulose derivatives such as hydroxypropyl cellulose, hydroxypropylmethyl cellulose and ethyl cellulose incorporated into it, and/or a sugar coating based on white sugar.

[0033] The moisture resistant coating is useful not only for the benzimidazole type compound but also for a pharmaceutical preparation containing a drug having similar chemical properties. That is, its effect is observed to be significant when it is applied onto a pharmaceutical preparation containing a drug whose decomposition is observed to be accelerated both in the presence of water and upon contact with gastric acid.

[0034] That is, the present invention relates to a pharmaceutical preparation comprising a core which comprises a drug incorporated into it, the drug both being accelerated to be decomposed in the presence of water and being chemically unstable in gastric acid, coated with an enteric coating and further with a moisture resistant coating. Further, an intermediate coating may be coated between the enteric coating and the moisture resistant coating.

[0035] In the present invention, the effect is particularly outstanding where the benzimidazole type compound shown in formula 1 is rabeprazole.

[0036] That is, the present invention relates to a composition comprising sodium hydroxide, potassium hydroxide and/or sodium carbonate incorporated preferably into rabeprazole shown in formula 3 or an alkali metal salt thereof.

[0037] Further, the present invention relates to a composition comprising 1) crospovidone and 2) sodium hydroxide, potassium hydroxide and/or sodium carbonate incorporated preferably into rabeprazole shown in formula 3 or an alkali metal salt thereof.

JDG_BENDA_00003404

EAGLEBEN-SA_00077313

US 2005/0042285 A1

4

Feb. 24, 2005

[0038]   As described above, the crospovidone used is preferably finely ground until its average particle diameter is decreased to several $\mu m$ to 50 $\mu m$. Further, an antioxidant may be added to prevent the influence of trace peroxides contained in crospovidone, as described above. Accordingly, an antioxidant may be incorporated into the composition comprising 1) crospovidone and 2) sodium hydroxide, potassium hydroxide and/or sodium carbonate incorporated into rabeprazole or an alkali metal salt thereof.

[0039]   The present invention relates further to a pharmaceutical preparation comprising a core which comprises 1) crospovidone and 2) sodium hydroxide, potassium hydroxide and/or sodium carbonate incorporated preferably into rabeprazole shown in formula 3 or an alkali metal salt, coated with an enteric coating.

[0040]   The present invention relates further to a pharmaceutical preparation comprising a core which comprises 1) crospovidone and 2) sodium hydroxide, potassium hydroxide and/or sodium carbonate incorporated preferably into rabeprazole shown in formula 3 or an alkali metal salt, coated with an intermediate coating and further with an enteric coating.

[0041]   The present invention relates further to a pharmaceutical preparation comprising a core which comprises 1) crospovidone and 2) sodium hydroxide, potassium hydroxide and/or sodium carbonate incorporated preferably into rabeprazole shown in formula 3 or an alkali metal salt, coated with an intermediate coating, further with an enteric coating and then with a moisture resistant coating.

[0042]   The composition or the pharmaceutical preparation according to the present invention can be produced by any conventionally used processes.

[0043]   For example, at least one selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone is incorporated into a benzimidazole type compound or an alkali metal salt thereof, then excipients are added thereto, and the mixture granulated in a dry or wet granulating process, followed by adding a disintegrating agent such as crospovidone as necessary and subsequently tabletting the granules whereby the composition or the pharmaceutical preparation of the invention can be produced. Alternatively, for example, at least one substance selected from sodium carbonate, potassium carbonate, sodium hydroxide, potassium hydroxide, aminoalkyl methaacrylate copolymer E, arginine aspartate, hydroxypropyl cellulose and crospovidone is incorporated at high density into a benzimidazole type compound or an alkali metal salt to prepare benzimidazole-containing granules, while placebo granules not containing the benzimidazole type compound are separately prepared, and then both the granules are mixed followed by adding a disintegrating agent such as crospovidone as necessary and subsequently tabletting the granules. As a matter of course, these processes are non-limiting examples.

[0044]   In a concrete example, e.g. 100 g sodium rabeprazole as the benzimidazole type compound, 30 g sodium carbonate and 130 g mannitol are mixed, and hydroxypropyl cellulose dissolved in ethanol is gradually added to the mixture under stirring, followed by granulation, drying and screening through a 24-mesh screen. 30 g crospovidone and 2 g calcium stearate are added thereto, mixed and tabletted whereby tablets each weighing 135 mg can be obtained.

[0045]   These tablets are sprayed by using a fluidized-bed granulator with a solution of hydroxypropyl cellulose in ethanol and further with a solution of hydroxypropylmethyl cellulose phthalate or an enteric methacrylate copolymer in water/ethanol whereby enteric tablets provided with an intermediate coating can be produced.

[0046]   According to the present invention, it is possible to stabilize the very unstable benzimidazole type compound. Examples of this effect are shown below.

EXPERIMENTAL EXAMPLES

[0047]   50 mg sodium rabeprazole and 450 mg additives shown in the table below were mixed in a mortar.

[0048]   The mixture was introduced into a transparent glass vial and stored in a cold place or at 60° C. or 40 C under 75% relative humidity for 1 week and their content was determined by high performance liquid chromatography. Assuming that the content of the sample stored in the cold place is 100%, the degrees of the residual content under the respective conditions are shown in Tables 1 through 3. Further, their coloring changes were visually evaluated. The sodium rabeprazole used was amorphous in Table 1 and crystalline in Tables 2 and 3. In Table 1, low-substituted hydroxypropyl cellulose (expressed as L-HPC) used as a disintegrating agent in addition to amorphous sodium rabeprazole was blended in the control; in Table 2, a sample further incorporating aluminum hydroxide (expressed as Al(OH)$_3$ in the table) i.e. an alkaline inorganic salt used as an antacid agent was used; and in Table 3, a sample incorporating polyvinyl pyrrolidone (expressed as PVP in the table) was used as a binder.

TABLE 1

| Compatibility Test of Sodium Rabeprazole | | | |
| --- | --- | --- | --- |
| | | 60° C. | 40° C.-75% RH |
| Control | sodium rabeprazole (amorphous) | 99.1 | 93.9 |
| | sodium rabeprazole + L-HPC | 80.4 | 73.3 |
| The present application | sodium rabeprazole + crospovidone | 98.1 | 90.4 |

Unit: %

[0049]

TABLE 2

| Compatibility Test of (crystalline) Sodium Rabeprazole | | | |
| --- | --- | --- | --- |
| | | 60° C. | 40° C.-75% RH |
| Control | sodium rabeprazole (crystalline) | 99.8 | 91.8 |
| | sodium rabeprazole + L-HPC | 62.2 | 75.0 |
| | sodium rabeprazole + Al(OH)$_3$ | 36.9 | 26.2 |
| The present application | sodium rabeprazole + crospovidone | 93.3 | 89.5 |
| | sodium rabeprazole + Na$_2$CO$_3$ | 99.1 | 90.3 |
| | sodium rabeprazole + Arg.Asp | 97.5 | 90.7 |

Unit: %

JDG_BENDA_00003405

EAGLEBEN-SA_00077314

US 2005/0042285 A1                                                        Feb. 24, 2005

5

[0050]

TABLE 3

Compatibility Test of (Crystalline) Sodium Rabeprazole

|  |  | 60° C. | 40° C.-75% RH |
|---|---|---|---|
| Control | sodium rabeprazole (crystalline) | 97.3 | 86.9 |
|  | sodium rabeprazole + PVP | 89.5 | 67.7 |
| The present application | sodium rabeprazole + hydroxypropyl cellulose | 92.0 | 86.9 |
|  | sodium rabeprazole + Na₂CO₃ | 93.0 | 82.8 |
|  | sodium rabeprazole + NaOH | 91.6 | 98.8 |
|  | sodium rabeprazole + KOH | 92.6 | 96.8 |
|  | sodium rabeprazole + Eudragit E | 102.4 | 86.0 |
|  | sodium rabeprazole + K₂CO₃ | 104.5 | 81.3 |

Unit: %

[0051] Any coloring changes of the blended samples according to the present invention were lower than those of the controls. Further, it is evident from the results of content stability in Tables 1 through 3 that the ingredients used in the present invention, that is, sodium carbonate (expressed as Na₂CO₃ in the table), sodium carbonate (expressed as K₂CO₃ in the table) sodium hydroxide (expressed as NaOH in the table), potassium hydroxide (expressed as KOH), aminoalkyl methaacrylate copolymer E (expressed as Eudragit E®), arginine aspartate (expressed as Arg Asp in the table), hydroxypropyl cellulose and crospovidone stabilize the benzimidazole type compound.

[0052]    Effect of Sodium Carbonate in Tablets

[0053]    Tablets containing different amounts of sodium carbonate, obtained in Examples 4 to 9 shown below, were stored at 40° C. under 75% relative humidity for 1 week, and the contents of sodium rabeprazole in the tablets as determined by high performance liquid chromatography were shown in Table 4.

TABLE 4

Stability Evaluation of Tablet Formulations by Wet Granulation

| Formulation | Ex. 4 | Ex. 5 | Ex. 6 | Ex. 7 | Ex. 8 | Ex. 9 |
|---|---|---|---|---|---|---|
| (1 week) |  |  |  |  |  |  |
| cold place | 99.4 | 99.0 | 98.7 | 99.4 | 99.5 | 98.9 |
| 40° C.-75% RH | 83.8 | 85.7 | 85.1 | 92.5 | 92.8 | 95.5 |
| (1 month) |  |  |  |  |  |  |
| cold place | 99.7 | 99.7 | 99.7 | 99.7 | 99.7 | 99.6 |
| 25° C.-75% RH | 97.8 | 98.5 | 98.3 | 99.2 | 99.3 | 99.3 |

Unit: %

[0054] Because the stability of the content of sodium rabeprazole in the tablets is improved depending on the amount of sodium carbonate added, the effect of sodium carbonate added in the present invention is evident.

[0055]    Effect of Crospovidone in Tablets

[0056] Tablets containing different amounts of crospovidone powder, obtained in Examples 10 to 12 shown below, were stored at 40° C. under 75% relative humidity for 1 week, and the contents of sodium rabeprazole in the tablets as determined by high performance liquid chromatography

were shown in Table 5. The tablets were subject to less coloring change as the amount of the crospovidone powder added was increased.

TABLE 5

Stability of Crospovidone-Added Tablets by Wet Granulation

| Formulation | Ex. 10 | Ex. 11 | Ex. 12 |
|---|---|---|---|
| (1 week) |  |  |  |
| cold place | 99.7 | 99.7 | 99.7 |
| 40° C.-75% RH | 97.8 | 98.5 | 98.3 |
| (1 month) |  |  |  |
| cold place | 99.4 | 99.0 | 98.7 |
| 40° C.-75% RH | 83.8 | 85.7 | 85.1 |

Unit: %

[0057] It is evident that the stability of the benzimidazole type compound is improved by adding crospovidone.

Effect of Finely Ground Crospovidone in Tablets

[0058] Tablets containing crospovidone having a different average particle diameter, obtained in Examples 16 to 18 shown below, were stored in a cold place or at 25° C. under 75% relative humidity for 1 month and then evaluated for their thickness to evaluate the ratio of swelling of the tablets stored at 25° C. under 75% relative humidity to swelling of the tablets stored in the cold place. The results were that the ratios of swelling of the tablets containing crospovidone having average particle diameters of 51 μm, 12 μm and 6 μm were 1.61, 1.48 and 1.43, respectively.

[0059] As crospovidone is made fine powder having a small average particle diameter, the ratio of the swelling of the tablets is decreased. Therefore, the cracking or deformation resulting from the swelling of the tablets is reduced. Accordingly, it is evident that the particle size reduction of crospovidone contributes to improvement of stability of tablets.

[0060] Effect of a Moisture Resistant Coating Applied onto Tablets Coated with an Enteric Coating

[0061] Tablets coated with an enteric coating and tablets coated with both an enteric coating and a moisture resistant coating, obtained in Examples 19 to 20 shown below, were stored at 25° C. under 75% relative humidity for 1 week, and the content of a rabeprazole analogue in the tablets was determined by high performance liquid chromatography. The results indicated that the contents of the rabeprazole analogue in the tablets coated with an enteric coating and the tablets coated with both an enteric coating and a moisture resistant coating were 2.38% and 2.23%, respectively.

[0062] It is evident that the tablets coated with both an enteric coating and a moisture resistant coating possess stability equal to or higher than that of the tablets coated with an enteric coating.

[0063] Placebo tablets obtained in Examples 21 to 23 shown below were stored in a cold place or at 40° C. under 75% relative humidity for 1 week and then evaluated for their thickness to evaluate the ratio of swelling of the tablets stored at 40° C. under 75% relative humidity to swelling of the tablets stored in the cold place. The results indicated that

JDG_BENDA_00003406

EAGLEBEN-SA_00077315

the ratios of swelling of the tablets coated with an enteric coating, tablets prepared by coating said enteric coating-coated tablets with a moisture resistant coating, and tablets prepared by coating said enteric coating-coated tablets with a moisture resistant coating consisting of HA (Sankyo) (i.e., a mixture of polyvinyl acetal diethyl aminoacetate, hydroxypropylmethyl cellulose, macrogol and talc) were 1.15, 1.03 and 1.12, respectively.

[0064]   Since the degree of swelling of the tablets coated with both an enteric coating and a moisture resistant coating is smaller during storage than that of the tablets coated with an enteric coating only, it is evident that the stability in shape of the tablets is improved.

[0065]   Effect of an Antioxidant Added to the Portion of a Core Containing the Benzimidazole Type Compound

[0066]   Tablets containing a different amount of a peroxide, obtained in Examples 24 to 26 shown below, were measured for the content of a sodium rabeprazole analogue by high performance liquid chromatography. The results indicate that the amounts of the initial rabeprazole analogue in the tablets incorporating crospovidone containing 18 ppm, 190 ppm and 310 ppm peroxide were 0.65%, 0.88% and 1.13% respectively, indicating that as the amount of the peroxide in crospovidone is increased, the decomposition of sodium rabeprazole is promoted to increase the amount of the analogue.

[0067]   Further, 1 g crospovidone containing 201 ppm peroxide was accurately taken, and sodium sulfite (amounts: 4 levels i.e. no addition, 0.02%, 0.05% and 0.10%) was added thereto and mixed well, and the amount of the peroxide in the mixture was determined according to a test method described in the Japanese Pharmacopoeia. The results indicated that the amounts of the peroxide in the compositions wherein the amounts of sodium sulfite added were none, 0.02%, 0.05% and 0.10%, were 201 ppm, 184 ppm, 108 ppm, and 0 ppm respectively, indicating that as the amount of the sodium sulfite added was increased, the amount of the peroxide was reduced.

[0068]   From the foregoing, it is evident that the stability of the benzimidazole type compound in a pharmaceutical preparation is improved by adding the antioxidant to the portion of cores in tablets containing the benzimidazole type compound and crospovidone.

EXAMPLES

[0069]   Hereinafter, the present invention is described more in detail by reference to Examples, which however are not intended to limit the present invention.

Example 1

[0070]   10 g sodium carbonate and 100 g mannitol were added to and mixed with 10 g sodium rabeprazole, and 2.5 g hydroxypropyl cellulose dissolved in ethanol was gradually added to the mixture under stirring to make granules which were dried and screened followed by adding calcium stearate and tabletting to give tablets each weighing 120 mg containing 10 mg sodium rabeprazole.

Example 2

[0071]   The tablets obtained in Example 1 were sprayed by using a fluidized-bed granulator with a solution of 10 g hydroxypropylmethyl cellulose phthalate dissolved in a mixed solvent of water and ethanol (2:8), to produce enteric tablets.

Example 3

[0072]   The tablets obtained in Example 1 were sprayed by using a fluidized-bed granulator with a solution of hydroxypropylmethyl cellulose in ethanol, to produce enteric tablets in the same manner as in Example 2.

Examples 4 to 9

[0073]   0 to 10 g sodium carbonate and 15 to 90 g mannitol were added to and mixed with 10 g sodium rabeprazole, and 0.7 to 2 g hydroxypropyl cellulose dissolved in ethanol was gradually added to the mixture to make granules under stirring in a wet granulation process, thus preparing the active granules. Separately, 2 g hydroxypropyl cellulose dissolved in ethanol was gradually added to 100 g mannitol to produce granules under stirring in a wet process to prepare placebo granules. Then, the main-drug granules were mixed with the placebo granules, and 5% crospovidone and a slight amount of magnesium stearate were added thereto in a powdery form and tabletted to give tablets each weighing 100.5 mg containing 10 mg sodium rabeprazole. Each formulation is shown in Table 6.

TABLE 6

| Tablet Formation by Wet Granuration | | | | | | | |
|---|---|---|---|---|---|---|---|
| Formulation | | Ex. 4 | Ex. 5 | Ex. 6 | Ex. 7 | Ex. 8 | Ex. 9 |
| Active granule | sodium rabeprazole | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 |
| | anhydrous sodium carbonate | — | — | — | 5.0 | 5.0 | 10.0 |
| | mannitol | 82.0 | 30.0 | 20.0 | 25.0 | 15.0 | 20.0 |
| | hydroxypropyl cellulose | 2.0 | 1.0 | 0.7 | 1.0 | 0.7 | 1.0 |
| | (sub-total) | 94.0 | 41.0 | 30.7 | 41.0 | 30.7 | 41.0 |
| Placebo granule | mannitol | — | 52.0 | 62.1 | 52.0 | 62.1 | 52.0 |
| | hydroxypropyl cellulose | — | 1.0 | 1.2 | 1.0 | 1.2 | 1.0 |
| | (sub-total) | 0.0 | 53.0 | 63.3 | 53.0 | 63.3 | 53.0 |
| Powder added | crospovidone | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| | magnesium stearate | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| | (sub-total) | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 |
| total | | 100.5 | 100.5 | 100.5 | 100.5 | 100.5 | 100.5 |

Unit: mg

Examples 10 to 12

[0074]   Tablets were obtained in the same manner as in Examples 4 to 9 except that the amounts of crospovidone powder added were 3 levels, that is, 0, 2.5, and 5%. Each formulation is shown in Table 7.

US 2005/0042285 A1

7

Feb. 24, 2005

TABLE 7

Formulation of Crospovidone-Added Tablets by Wet Granulation

| | Formulation | Ex. 10 | Ex. 11 | Ex. 12 |
|---|---|---|---|---|
| Active granule | sodium rabeprazole (crystalline) | 10.0 | 10.0 | 10.0 |
| | anhydrous sodium carbonate | 5.0 | 5.0 | 5.0 |
| | mannitol | 25.0 | 25.0 | 25.0 |
| | hydroxypropyl cellulose | 1.0 | 1.0 | 1.0 |
| | (sub-total) | 41.0 | 41.0 | 41.0 |
| Placebo granule | mannitol | 56.9 | 54.4 | 52.0 |
| | hydroxypropyl cellulose | 1.1 | 1.1 | 1.0 |
| | (sub-total) | 58.0 | 55.5 | 53.0 |
| Powder added | crospovidone | — | 2.5 | 5.0 |
| | magnesium stearate | 1.5 | 1.5 | 1.5 |
| | (sub-total) | 1.5 | 4.0 | 6.5 |
| | total | 100.5 | 100.5 | 100.5 |

Unit: mg

## Examples 13 to 14

[0075]   According to the 2 formulations shown in Table 8, 0 to 50 g sodium carbonate, 79.3 to 84.3 g mannitol, 4.2 g crospovidone and 1.5 g magnesium stearate were added to 10 mg sodium rabeprazole, mixed well, and directly tabletted to give tablets each weighing 100 mg containing 10 mg sodium rabeprazole.

TABLE 8

Tablet Formulation by Direct Tabletting

| Formulation | Ex. 13 | Ex. 14 |
|---|---|---|
| sodium rabeprazole (crystalline) | 10.0 | 10.0 |
| anhydrous sodium carbonate | — | 5.0 |
| mannitol | 84.3 | 79.3 |
| crospovidone | 4.2 | 4.2 |
| magnesium stearate | 1.5 | 1.5 |
| total | 100.0 | 100.0 |

Unit: mg

## Example 15

[0076]   50 g sodium carbonate and 2 g magnesium stearate were added to 100 g sodium rabeprazole, mixed well to make granules under dry compression granulation process, to prepare main-drug granules. Separately, 76.3 g mannitol was added to and mixed well with 4.2 g crospovidone, and 2.3 g hydroxypropyl cellulose dissolved in ethanol was gradually added thereto to make granules under stirring in a wet process to prepare placebo granules. Then, the main-drug granules were mixed with the placebo granules, and a slight amount of magnesium stearate was added thereto in a powdery form and tabletted to give tablets each weighing 100 mg containing 10 mg sodium rabeprazole as shown in Table 9.

TABLE 9

Tablet Formulation by Dry Granulation

| | Formulation | Ex. 15 |
|---|---|---|
| Active granule | sodium rabeprazole (crystalline) | 10.0 |
| | anhydrous sodium carbonate | 5.0 |
| | magnesium stearate | 0.2 |
| | (sub-total) | 15.2 |
| Placebo granule | mannitol | 76.8 |
| | crospovidone | 4.2 |
| | hyroxypropyl cellulose | 2.3 |
| | (sub-total) | 83.3 |
| Powder added | magnesium stearate | 1.5 |
| | total | 100.0 |

Unit: mg

## Examples 16 to 18

[0077]   527 g crospovidone having a different average particle diameter and 20 g hydroxypropyl cellulose were mixed with 100 g sodium rabeprazole, and 3 g magnesium stearate was added thereto in a powdery form, followed by tabletting to give tablets each weighing 65 mg containing 10 mg sodium rabeprazole as shown in Table 10. Crospovidone used is a product of BASF Ltd., and its average diameter is 51 $\mu$m for Colidone CL™, 12 $\mu$m for Colidone CLM™ and 6 $\mu$m for a hammer mill-ground product of Colidone CLM™.

TABLE 10

Formulations Containing Crospovidone having Different Particle Diameters

| Formulation | Ex. 16 | Ex. 17 | Ex. 18 |
|---|---|---|---|
| sodium rabeprazole | 10.0 | 10.0 | 10.0 |
| crospovidone (colidone CL) | 52.7 | — | — |
| crospovidone (colidone CLM) | — | 52.7 | — |
| crospovidone (ground product of colidone CLM) | — | — | 52.7 |
| hydroxypropyl cellulose | 2.0 | 2.0 | 2.0 |
| magnesium stearate | 0.3 | 0.3 | 0.3 |
| (sub-total) | 65.0 | 65.0 | 65.0 |

Unit: mg
Note:
Average diameters
Crospovidone (Colidone CL): 51 $\mu$m
Crospovidone (Colidone CLM): 12 $\mu$m
Crospovidone (ground product of Colidone CLM): 6 $\mu$m

## Examples 19 to 20

[0078]   The portion of a core containing sodium rabeprazole was granulated with ethanol and coated with a water-insoluble intermediate coating containing ethyl cellulose, crospovidone and magnesium stearate. Further, the resulting granules were coated with a coating to give tablets coated with an enteric coating or with both an enteric coating and a moisture resistant coating. The formulation is shown in Table 11.

JDG_BENDA_00003408

EAGLEBEN-SA_00077317

US 2005/0042285 A1

8

Feb. 24, 2005

TABLE 11

Formulation of a Pharmaceutical Preparation Having an Enteric
Coating and a Moisture Resistant Coating Applied Thereon

| | Formulation | Ex. 19 | Ex. 20 |
|---|---|---|---|
| Core | sodium rabeprazole | 10.0 | 10.0 |
| | mannitol | 36.2 | 36.2 |
| | crospovidone | 15.6 | 15.6 |
| | sodium hydroxide | 0.1 | 0.1 |
| | anhydrous sodium carbonate | 5.0 | 5.0 |
| | hydroxypropyl cellulose | 2.0 | 2.0 |
| | magnesium stearate | 1.1 | 1.1 |
| | (sub-total) | 70.0 | 70.0 |
| Intermediate coating | ethyl cellulose | 0.5 | 0.5 |
| | crospovidone | 1.0 | 1.0 |
| | magnesium stearate | 0.1 | 0.1 |
| | (sub-total) | 1.6 | 1.6 |
| Enteric coating | hydroxypropyl cellulose | | |
| | cellulose phthalate | 8.0 | 8.0 |
| | monoglyceride | 0.8 | 0.8 |
| | talc | 0.75 | 0.75 |
| | titanium oxide | 0.4 | 0.4 |
| | yellow iron oxide | 0.05 | 0.05 |
| | (sub-total) | 10.0 | 10.0 |
| Moisture resistant coating | hydroxypropylmethyl cellulose | — | 3.0 |
| | macrogol | — | 0.6 |
| | talc | — | 1.4 |
| | (sub-total) | — | 5.0 |
| | total | 81.6 | 86.6 |

Unit: mg

### Examples 21 to 23

[0079] As placebo tablets not containing the benzimidazole type compound, tablets having a water-soluble intermediate layer of hydroxypropyl cellulose applied onto the portion of cores therein were prepared. The tablets were coated further with an enteric coating to prepare tablets coated with an enteric coating, and further the enteric coating-coated tablets were sprayed with white sugar or HA (Sankyo) to prepare tablets coated with a moisture resistant coating. The formulation is shown in Table 12.

TABLE 12

Placebo Formulation

| | Formulation | Ex. 21 | Ex. 22 | Ex. 23 |
|---|---|---|---|---|
| Core | mannitol | 31.8 | 31.8 | 31.8 |
| | crospovidone (colidone CLM) | 27.7 | 27.7 | 27.7 |
| | hydroxypropyl cellulose | 5.0 | 5.0 | 5.0 |
| | magnesium stearate | 0.5 | 0.5 | 0.5 |
| | (sub-total) | 65.0 | 65.0 | 65.0 |
| Intermediate coating | hydroxypropyl cellulose | 3.0 | 3.0 | 3.0 |
| Enteric coating | hydroxypropylmethyl cellulose phthalate | 8.0 | 8.0 | 8.0 |
| | monoglyceride | 0.8 | 0.8 | 0.8 |
| | talc | 0.75 | 0.75 | 0.75 |
| | titanium oxide | 0.4 | 0.4 | 0.4 |
| | yellow iron oxide | 0.05 | 0.05 | 0.05 |
| | (sub-total) | 10.0 | 10.0 | 10.0 |

TABLE 12-continued

Placebo Formulation

| | Formulation | Ex. 21 | Ex. 22 | Ex. 23 |
|---|---|---|---|---|
| Moisture resistant coating | white sugar | — | 10.0 | — |
| | HA (Sankyo)* | — | — | 10.0 |
| | total | 78.0 | 88.0 | 88.0 |

Unit: mg
Note:
HA (Sankyo)* A mixture of polyvinyl acetal diethyl aminoacetate, hydroxypropylmethyl cellulose, Macrogol and talc.

### Examples 24 to 26

[0080] Tablets containing crospovidone with different contents of sodium rabeprazole and a peroxide, sodium hydroxide and sodium carbonate were obtained by granulation in a wet process, according to the formulation in Table 13.

TABLE 13

Formulation Containing Crospovidone with
Different Contents of Peroxide

| Formulation | Ex. 24 | Ex. 25 | Ex. 26 |
|---|---|---|---|
| sodium rabeprazole | 10.0 | 10.0 | 10.0 |
| mannitol | 36.9 | 36.9 | 36.9 |
| crospovidone (INF-10)*1 | 14.0 | — | — |
| crospovidone (INF-10)*2 | — | 14.0 | — |
| crospovidone (colidone CLM)*3 | — | — | 14.0 |
| crospovidone (colidone CL) | 14.0 | 14.0 | 14.0 |
| sodium hydroxide | 0.5 | 0.5 | 0.5 |
| anhydrous sodium carbonate | 2.5 | 2.5 | 2.5 |
| hydroxypropyl cellulose | 2.0 | 2.0 | 2.0 |
| magnesium stearate | 1.1 | 1.1 | 1.1 |
| (total) | 70.0 | 70.0 | 70.0 |

Unit: mg
Note:
Crospovidone (INF-10)*1: (peroxide content: 18 ppm)
Crospovidone (INF-10)*2: (peroxide content: 190 ppm)
Crospovidone (Colidone CLM)*3: (peroxide content: 310 ppm)

### Example 27

[0081] 43.5 g finely ground crospovidone and 6 g hydroxypropyl cellulose were added to 30 g sodium rabeprazole, mixed well, and then a solution of sodium hydroxide in ethanol (solution of 1.5 g sodium hydroxide dissolved in ethanol) was gradually added to the mixture under stirring to make granules, followed by drying and subsequent regulation of the size of granules in a small type speed mill. 3% crospovidone and 1.6% magnesium stearate were added to the regulated granules, mixed and tabletted into tablets each weighing 70 mg containing 10 mg sodium rabeprazole.

### Example 28

[0082] The tablets obtained in Example 27 were coated by using a fluidized-layer granulator with a hydrous ethanol solution containing hydroxypropyl cellulose and a slight amount of magnesium stearate, to give tablets having 2 mg

9

intermediate coating laminated thereon. Then, the tablets coated with the intermediate coating were sprayed by using a fluidized-layer granulator with a hydrous ethanol solution containing hydroxypropyl cellulose phthalate, monoglyceride, talc and titanium oxide, to give enteric tablets coated with 10 mg enteric coating.

Example 29

[0083]   The enteric tablets obtained in Example 28 were sprayed by using a fluidized-layer granulator with purified water containing hydroxypropylmethyl cellulose, Macrogol 6000™ and talc to give tablets coated with 5 mg moisture resistant coating.

**1-15.** (Canceled).

**16.** A composition comprising (A) rabeprazole or an alkali metal salt thereof and (B) sodium hydroxide, wherein the composition comprises 1 part by weight of (A) and 0.01 to 2 parts by weight of (B).

**17.** A composition comprising (A) rabeprazole or an alkali metal salt thereof, (B) crospovidone and sodium hydroxide, wherein the composition comprises 1 part by weight of (A), 0.01 to 2 parts by weight of sodium hydroxide and 0.5 to 5 parts by weight of crospovidone.

**18.** A pharmaceutical preparation comprising a core consisting of the composition as claimed in claim 16 or **17** and an enteric coating thereon.

**19.** A pharmaceutical preparation comprising a core consisting of the composition as claimed in claim 16 or **17**, an intermediate coating and an enteric coating.

**20.** A pharmaceutical preparation comprising a core consisting of the composition as claimed in claim 16 or **17**, an intermediate coating, an enteric coating and a moisture resistant coating.

**21.** The pharmaceutical composition of claim 16 or **17** wherein components (A) and (B) are uniformly mixed with each other.

**22.** The pharmaceutical composition of claim 16 or **17** wherein (A) is mixed with a portion of (B) to form granules, then a further amount of (B) is added to the granules and mixed, then the mixture is formed into a tablet.

**23.** The pharmaceutical composition of claim 16 or **17** wherein (A) is mixed with a portion of (B) and formed into a core, then a further amount of (B) is coated as a layer onto the core.

**24.** A pharmaceutical preparation comprising a core consisting of the composition as claimed in claim 17 and an enteric coating.

**25.** A pharmaceutical preparation comprising a core consisting of the composition as claimed in claim 17, an intermediate coating and an enteric coating.

**26.** A pharmaceutical preparation comprising a core consisting of the composition as claimed in claim 17, an intermediate coating, an enteric coating and a moisture-resistant coating.

**27.** The composition according to claim 17, which further comprises an antioxidant.

**28.** The pharmaceutical preparation according to any one of claims **24**, **25** or **26**, wherein the core further comprises an antioxidant.

**29.** A pharmaceutical preparation comprising a core which comprises the composition of claim 16 or **17** coated with an enteric coating and further with a moisture-resistant coating.

**30.** A pharmaceutical preparation comprising a core which comprises the composition of claim 16 or **17** coated with an intermediate coating, further with an enteric coating and then with a moisture-resistant coating.

**31.** A composition comprising (A) rabeprazole or an alkali metal salt thereof and (B) sodium hydroxide, wherein the composition comprises 1 part by weight of (A) and 0.01 to 0.5 parts by weight of (B).

**32.** A composition comprising (A) rabeprazole or an alkali metal salt thereof, (B) crospovidone and sodium hydroxide, wherein the composition comprises 1 part by weight of (A), 0.01 to 0.5 parts by weight of sodium hydroxide and 0.5 to 5 parts by weight of crospovidone.

**33.** The composition according to claim 31 or **32** which comprises 1 part by weight of (A) and 0.05 parts by weight of (B).

*     *     *     *     *

# EXHIBIT 22

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                    Assignment ID: PATI1019100
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY INTEREST |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Eagle SubI LLC, a Delaware Corporation | 03/31/2025 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Company Name: | LSI Financing LLC |
| Street Address: | c/o Blue Owl Capital Corporation |
| Internal Address: | 399 Park Avenue, 37th Floor |
| City: | New York |
| State/Country: | NEW YORK |
| Postal Code: | 07677 |

### PROPERTY NUMBERS Total: 18

| Property Type | Number |
|---|---|
| Patent Number: | 9265831 |
| Patent Number: | 11872214 |
| Patent Number: | 12138248 |
| Patent Number: | 9572796 |
| Patent Number: | 9572797 |
| Patent Number: | 10010533 |
| Patent Number: | 11103483 |
| Patent Number: | 11844783 |
| Patent Number: | 9000021 |
| Patent Number: | 9579384 |
| Patent Number: | 9034908 |
| Patent Number: | 10052385 |
| Patent Number: | 9144568 |
| Patent Number: | 9597397 |
| Patent Number: | 9597398 |
| Patent Number: | 9597399 |
| Patent Number: | 9572887 |
| Patent Number: | 9572888 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 949-451-3843 |
| **Email:** | oluwatosin.ademoye@wolterskluwer.com |
| **Correspondent Name:** | Abby Quinio |
| **Address Line 1:** | 3161 Michelson Drive, Suite 1200 |
| **Address Line 4:** | Irvine, CALIFORNIA 92612 |

| | |
|---|---|
| **NAME OF SUBMITTER:** | Oluwatosin Ademoye |
| **SIGNATURE:** | /Oluwatosin Ademoye/ |
| **DATE SIGNED:** | 05/14/2025 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 35**

source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page1.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page2.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page3.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page4.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page5.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page6.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page7.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page8.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page9.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page10.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page11.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page12.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page13.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page14.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page15.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page16.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page17.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page18.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page19.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page20.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page21.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page22.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page23.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page24.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page25.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page26.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page27.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page28.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page29.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page30.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page31.tiff
source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page32.tiff

source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page33.tiff

source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page34.tiff

source=Eagle - IP Patent Cover Page (as of 05.14.2025)#page35.tiff

Form **PTO-1595** (Rev. 6-18)
OMB No. 0651-0027 (exp. 10/31/2024)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

## RECORDATION FORM COVER SHEET
# PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies)**

Eagle SubI LLC, a Delaware Corporation

Additional name(s) of conveying party(ies) attached? ☐ Yes ☐ No

**2. Name and address of receiving party(ies)**

Name: LSI Financing LLC

Internal Address: _____

_____

Street Address: c/o Blue Owl Capital Corporation

399 Park Avenue, 37th Floor

City: New York

State: NY

Country: USA          Zip: 07677

Additional name(s) & address(es) attached? ☐ Yes ☐ No

**3. Nature of conveyance/Execution Date(s):**

Execution Date(s) March 31, 2025

☐ Assignment          ☐ Merger
☒ Security Agreement  ☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other_____

**4. Application or patent number(s):**   ☐ This document serves as an Oath/Declaration (37 CFR 1.63).

A. Patent Application No.(s)              B. Patent No.(s)

See attached

Additional numbers attached? ☒ Yes ☐ No

**5. Name and address to whom correspondence concerning document should be mailed:**

Name: Abby Quinio

Internal Address: 3161 Michelson Drive, Suite 1200

_____

Street Address: 3161 Michelson Dive, Suite 1200

_____

City: Irvine

State: CA          Zip: 92612

Phone Number: 949-451-3843

Docket Number: _____

Email Address: aquinio@gibsondunn.com

**6. Total number of applications and patents involved:** See attaached

**7. Total fee** (37 CFR 1.21(h) & 3.41)   $_____

☐ Authorized to be charged to deposit account
☐ Enclosed
☐ None required (government interest not affecting title)

**8. Payment Information**

Deposit Account Number _____

Authorized UserName_____

**9. Signature:**

*Abby Quinio*
Signature

April 1, 2025
Date

Abby Quinio
Name of Person Signing

Total number of pages including cover sheet, attachments, and documents: ☐

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
**Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450**

US-DOCS\158185303.2

## SCHEDULE I
## TO
## PATENT SECURITY AGREEMENT

[See attached]

*Execution Version*

## PATENT SECURITY AGREEMENT

This PATENT SECURITY AGREEMENT dated as of March 31, 2025 (this "Agreement"), among Eagle Sub1 LLC, a Delaware limited liability company (the "Grantor") and LSI Financing LLC, in its capacity as Purchaser Representative for the Secured Parties party to the Security Agreement referred to below (in such capacity, the "Purchaser Representative").

WHEREAS, the Grantor and the Secured Party are party to that certain Royalty Purchase Agreement, dated as of the date hereof (as the same may be amended, restated, supplemented or otherwise modified from time to time, the "Purchase Agreement"), pursuant to which the Secured Party purchased the Royalty (as defined therein) from the Grantor;

WHEREAS, in order to satisfy the conditions of the Purchase Agreement, Grantor and Purchaser Representative are party to that certain Pledge and Security Agreement, dated as of the date hereof (the "Security Agreement"), pursuant to which Grantor granted a security interest in the Collateral (as defined therein) to Purchaser Representative for the benefit of the Secured Parties. Terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Security Agreement or Purchase Agreement, as applicable.

NOW, THEREFORE, in consideration of the premises and to induce the Secured Parties to fulfill their obligations under the Purchase Agreement, Grantor hereby agrees with Purchaser Representative as follows:

SECTION 1.  Terms.  Capitalized terms used in this Agreement and not otherwise defined herein have the meanings specified in the Security Agreement or Purchase Agreement, as applicable.

SECTION 2.  Grant of Security Interest.  As security for the payment or performance, as the case may be, in full of the Obligations, the Grantor hereby grants to the Purchaser Representative, its successors and assigns, for the benefit of the Secured Parties, a security interest (the "Security Interest") in all of such Grantor's right, title and interest in, to and under the Patents listed on Schedule I (the "Patent Collateral").

SECTION 3.  Security Agreement.  The Security Interest granted to the Purchaser Representative herein is granted in furtherance, and not in limitation, of the security interests granted to the Purchaser Representative pursuant to the Security Agreement. The Grantor hereby acknowledges and affirms that the rights and remedies of the Purchaser Representative with respect to the Patent Collateral are more fully set forth in the Security Agreement, the terms and provisions of which are hereby incorporated herein by reference as if fully set forth herein. In the event of any conflict between the terms of this Agreement and the Security Agreement, the terms of the Security Agreement shall govern.

SECTION 4.  **THIS AGREEMENT SHALL BE GOVERNED BY, CONSTRUED AND INTERPRETED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK, EXCEPT AS REQUIRED BY MANDATORY PROVISIONS OF LAW AND EXCEPT TO THE EXTENT THAT THE VALIDITY AND PERFECTION OR THE PERFECTION AND THE EFFECT OF PERFECTION OR NON-PERFECTION OF THE SECURITY INTEREST CREATED HEREBY,**

**OR REMEDIES HEREUNDER, IN RESPECT OF THE PATENT COLLATERAL ARE GOVERNED BY THE LAW OF A JURISDICTION OTHER THAN THE STATE OF NEW YORK.**

SECTION 5.  Each Party irrevocably submits to the jurisdiction of the courts of the State of New York and of the United States sitting in the State of New York, and of the courts of its own corporate domicile with respect to any and all Proceedings.  Each Party irrevocably waives, to the fullest extent permitted by law, any objection which it may now or hereafter have to the laying of venue of any Proceeding and any claim that any Proceeding has been brought in an inconvenient forum.  Any process or summons for purposes of any Proceeding may be served on the Seller by mailing a copy thereof by registered mail, or a form of mail substantially equivalent thereto, addressed to it at its address as provided for Notices hereunder.

SECTION 6.  **EACH PARTY HEREBY IRREVOCABLY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING, CLAIM OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED UNDER THIS AGREEMENT (WHETHER BASED ON CONTRACT, TORT OR ANY OTHER THEORY). THIS WAIVER SHALL APPLY TO ANY SUBSEQUENT AMENDMENTS, RENEWALS, SUPPLEMENTS OR MODIFICATIONS TO THIS AGREEMENT. EACH PARTY HERETO (A) CERTIFIES THAT NO REPRESENTATIVE, AGENT OR ATTORNEY OF THE OTHER PARTY HERETO HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE OTHER PARTY HERETO WOULD NOT, IN THE EVENT OF LITIGATION, SEEK TO ENFORCE THE FOREGOING WAIVER AND (B) ACKNOWLEDGES THAT IT AND THE OTHER PARTY HERETO HAVE BEEN INDUCED TO ENTER INTO THIS ASSIGNMENT BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS <u>SECTION 6</u>.**

SECTION 7.  Each party hereto irrevocably and unconditionally waives any right it may have to claim or recover in any legal action, suit or proceeding with respect to this Agreement any special, exemplary, punitive or consequential damages.

SECTION 8.  Any provision of this Agreement, which is prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining portions hereof or thereof or affecting the validity or enforceability of such provision in any other jurisdiction.

SECTION 9.   Section headings herein are included for convenience of reference only and shall not constitute a part of this Agreement for any other purpose.

SECTION 10. This Agreement may be executed in any number of counterparts and by the different parties hereto on separate counterparts, each of which shall be deemed an original, but all of such counterparts taken together shall constitute one and the same agreement.

Delivery of an executed counterpart of this Agreement by facsimile or electronic mail shall be equally effective as delivery of an original executed counterpart.

[Signature Pages Follow]

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement as of the day and year first above written.

**EAGLE SUB1 LLC**, as Grantor

By: _Christopher Krawtschuk_
480514F9EC7B41B...
Name: Christopher Krawtschuk
Title: Treasurer

**LSI FINANCING LLC**,
as Purchaser Representative

By: _____
Name:
Title:

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement as of the day and year first above written.

**EAGLE SUB1 LLC**, as Grantor

By: _____
     Name:
     Title:

**LSI FINANCING LLC**,
as Purchaser Representative

By: _____
     Name:   Pamela A Gregorski
     Title:   Manager

**Schedule IV – Eagle Patent Rights**

| TITLE | COUNTRY | STATUS | APPL. NO | APPL. DATE | PATENT NUMBER | GRANT DATE | EXPECTED EXPIRATION DATE | OWNER |
|---|---|---|---|---|---|---|---|---|
| FORMULATIONS OF BENDAMUSTINE | PCT | Closed | PCT/US2011/022958 | 1/28/2011 | | | | Eagle Pharmaceuticals, Inc./Nagesh R. Palepu/Philip Christopher Buxton |
| Formulations of Bendamustine | Canada | Issued | CA 2,787,568 | 1/28/2011 | CA 2787568 | 4/2/2019 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| Formulations Of Bendamustine | European Patent Office | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Albania | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Austria | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Belgium | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 2/2/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Bulgaria | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Switzerland | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Cyprus | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Czechia | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Germany | Issued | 602011030971.4 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Denmark | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Estonia | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Spain | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Finland | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | France | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 2/2/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | United Kingdom | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |

*Schedule IV – Eagle Patent Rights: Page 1 of 28*

| TITLE | COUNTRY | STATUS | APPL. NO | APPL. DATE | PATENT NUMBER | GRANT DATE | EXPECTED EXPIRATION DATE | OWNER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Maint. fee due 1/28/2026 | |
| FORMULATIONS OF BENDAMUSTINE | Greece | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Croatia | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Hungary | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Ireland | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Iceland | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/27/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Italy | Issued | 502017000000798 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Lithuania | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Luxembourg | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 2/2/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Latvia | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Monaco | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 2/2/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | North Macedonia | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Malta | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Netherlands | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Norway | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Poland | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Portugal | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Romania | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |

| TITLE | COUNTRY | STATUS | APPL. NO | APPL. DATE | PATENT NUMBER | GRANT DATE | EXPECTED EXPIRATION DATE | OWNER |
|---|---|---|---|---|---|---|---|---|
| FORMULATIONS OF BENDAMUSTINE | Serbia | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Sweden | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Slovenia | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Slovakia | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | San Marino | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Turkey | Issued | 11737745.7 | 1/28/2011 | 2528602 | 10/5/2016 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| Formulations Of Bendamustine | European Patent Office | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Albania | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Austria | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Belgium | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 2/2/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Bulgaria | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Cyprus | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Czechia | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Denmark | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Estonia | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Spain | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Finland | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | France | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 2/2/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | United Kingdom | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |

*Schedule IV – Eagle Patent Rights: Page 3 of 28*

| TITLE | COUNTRY | STATUS | APPL. NO | APPL. DATE | PATENT NUMBER | GRANT DATE | EXPECTED EXPIRATION DATE | OWNER |
|---|---|---|---|---|---|---|---|---|
| FORMULATIONS OF BENDAMUSTINE | Greece | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Croatia | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Hungary | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Iceland | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Italy | Issued | 502021000049763 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Lithuania | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Latvia | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | North Macedonia | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| Formulations Of Bendamustine | Malta | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Netherlands | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Norway | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Poland | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Portugal | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Romania | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Serbia | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Sweden | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/31/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Slovenia | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Slovakia | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 Maint. fee due 1/28/2026 | Eagle Pharmaceuticals, Inc. |

*Schedule IV – Eagle Patent Rights: Page 4 of 28*

| TITLE | COUNTRY | STATUS | APPL. NO | APPL. DATE | PATENT NUMBER | GRANT DATE | EXPECTED EXPIRATION DATE | OWNER |
|---|---|---|---|---|---|---|---|---|
| FORMULATIONS OF BENDAMUSTINE | San Marino | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Turkey | Issued | 16020363.4 | 1/28/2011 | 3158991 | 3/17/2021 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| Formulations Of Bendamustine | European Patent Office | Published | 21162804.5 | 1/28/2011 | | | | Eagle Pharmaceuticals, Inc. |
| Formulations Of Bendamustine | Japan | Issued | 2012-551333 | 1/28/2011 | 5795600 | 8/21/2015 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| Formulations of Bendamustine | Japan | Issued | 2015-160351 | 1/28/2011 | 6133943 | 4/28/2017 | 1/28/2031 | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | United States of America | Issued | 13/016,473 | 1/28/2011 | 8609707 | 12/17/2013 | 08/11/2031 Maint. fee due 6/17/2025 | Eagle Pharmaceuticals, Inc. (Lien at 41095/0554 and License at 35696/0856) |
| FORMULATIONS OF BENDAMUSTINE | United States of America | Issued | 14/031,879 | 9/19/2013 | 9265831 | 2/23/2016 | 01/28/2031 Maint. fee due 8/23/2027 | Eagle Pharmaceuticals, Inc. (Lien at 41095/0554 and License at 35696/0856) |
| Formulations Of Bendamustine | United States of America | Issued | 18/081,251 | 12/14/2022 | 11872214 | 1/16/2024 | 01/28/2031 Maint. fee due 7/16/2027 | Eagle Pharmaceuticals, Inc. (Lien at 68873/0898; No inventor assignment but assignment recorded in connection with predecessor and Eagle Pharmaceuticals, Inc. first named applicant) |
| Formulations Of Bendamustine | United States of America | Published | 18/498,259 | 10/31/2023 | | | | Eagle Pharmaceuticals, Inc. (Lien at 68873/0898; No inventor assignment but assignment recorded in connection with predecessor and Eagle Pharmaceuticals, Inc. first named applicant) |
| Formulations Of Bendamustine | United States of America | Issued | 18/646,171 | 4/25/2024 | 12138248 | 11/12/2024 | 01/28/2031 Maint. fee due 5/12/2028 | Eagle Pharmaceuticals, Inc. (Lien at 68873/0898; No inventor assignment but assignment recorded in connection with predecessor and Eagle Pharmaceuticals, Inc. first named applicant) |

*Schedule IV – Eagle Patent Rights: Page 5 of 28*

| TITLE | COUNTRY | STATUS | APPL. NO | APPL. DATE | PATENT NUMBER | GRANT DATE | EXPECTED EXPIRATION DATE | OWNER |
|---|---|---|---|---|---|---|---|---|
| Formulations Of Bendamustine | United States of America | Published | 18/646,329 | 4/25/2024 | | | | Eagle Pharmaceuticals, Inc. (Lien at 68873/0898; No inventor assignment but assignment recorded in connection with predecessor and Eagle Pharmaceuticals, Inc. first named applicant) |
| Formulations Of Bendamustine | United States of America | Pending | 18/910,904 | 10/9/2024 | | | | Eagle Pharmaceuticals, Inc. (Record unavailable) |
| Formulations of Bendamustine | United States of America | Issued | 15/013,424 | 2/2/2016 | 9572796 | 2/21/2017 | 01/28/2031 Maint. fee due 8/21/2028 | Eagle Pharmaceuticals, Inc. (Lien at 41095/0554; No inventor assignment but assignment recorded in connection with predecessor and Eagle Pharmaceuticals, Inc. first named applicant) |
| Formulations of Bendamustine | United States of America | Issued | 15/013,436 | 2/2/2016 | 9572797 | 2/21/2017 | 01/28/2031 Maint. fee due 8/21/2028 | Eagle Pharmaceuticals, Inc. (Lien at 41095/0554; No inventor assignment but assignment recorded in connection with predecessor and Eagle Pharmaceuticals, Inc. first named applicant) |
| Formulations of Bendamustine | United States of America | Issued | 15/432,335 | 2/14/2017 | 10010533 | 7/3/2018 | 01/28/2031 Maint. fee due 1/5/2026 | Eagle Pharmaceuticals, Inc. (Lien at 43346/0871; No inventor assignment but assignment recorded in connection with predecessor and Eagle Pharmaceuticals, Inc. first named applicant) |
| Formulations of Bendamustine | United States of America | Closed (Abandoned) | 16/015,580 | 6/22/2018 | | | | Eagle Pharmaceuticals, Inc. |
| Formulations Of Bendamustine | United States of America | Closed (Abandoned) | 16/015,656 | 6/22/2018 | | | | Eagle Pharmaceuticals, Inc. |

| TITLE | COUNTRY | STATUS | APPL. NO | APPL. DATE | PATENT NUMBER | GRANT DATE | EXPECTED EXPIRATION DATE | OWNER |
|---|---|---|---|---|---|---|---|---|
| Formulations of Bendamustine | United States of America | Issued | 16/509,920 | 7/12/2019 | 11103483 | 8/31/2021 | 01/28/2031 Maint. fee due 2/28/2029 | Eagle Pharmaceuticals, Inc. (Lien at 61513/0804; No inventor assignment but assignment recorded in connection with predecessor and Eagle Pharmaceuticals, Inc. first named applicant) |
| Formulations Of Bendamustine | United States of America | Closed (Abandoned) | 17/412,623 | 8/26/2021 | | | | Eagle Pharmaceuticals, Inc. |
| Formulations Of Bendamustine | United States of America | Issued | 18/081,238 | 12/14/2022 | 11844783 | 12/19/2023 | 01/28/2031 Maint. fee due 6/21/2027 | Eagle Pharmaceuticals, Inc. (Lien at 68873/0898; No inventor assignment but assignment recorded in connection with predecessor and Eagle Pharmaceuticals, Inc. first named applicant) |
| Formulations of Bendamustine | United States of America | Closed | 61/598,729 | 2/14/2012 | | | | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | PCT | Closed | PCT/US2013/026187 | 2/14/2013 | | | | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Canada | Closed | CA 2,864,118 | 2/14/2013 | | | | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | European Patent Office | Closed | 13749829.1 | 2/14/2013 | | | | Eagle Pharmaceuticals, Inc. |
| FORMULATIONS OF BENDAMUSTINE | Japan | Closed | 2014-556835 | 2/14/2013 | | | | Eagle Pharmaceuticals, Inc. |
| Formulations of Bendamustine | United States of America | Closed (Abandoned) | 13/767,672 | 2/14/2013 | | | | Eagle Pharmaceuticals, Inc. |
| METHOD OF TREATING BENDAMUSTINE-RESPONSIVE CONDITIONS IN PATIENTS REQUIRING REDUCED VOLUMES FOR ADMINISTRATION | Japan | Issued | 2015-501814 | 3/15/2013 | 6224064 | 10/13/2017 | 2/14/2033 | Eagle Pharmaceuticals, Inc. |
| METHOD OF TREATING BENDAMUSTINE-RESPONSIVE CONDITIONS IN PATIENTS REQUIRING REDUCED VOLUMES FOR ADMINISTRATION | Japan | Issued | 2017-193917 | 3/15/2013 | 6381761 | 8/10/2018 | 2/14/2033 | Eagle Pharmaceuticals, Inc. |