# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 5, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

BAXTER HEALTHCARE CORP.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S COMMON INTERROGATORY NO. 3 AND SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S COMMON INTERROGATORIES NOS. 1, 6, AND 8-9 TO DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.
[HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY/SUBJECT TO D. DEL. L.R. 26.2]

BAXTER HEALTHCARE CORP.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
PLAINTIFF'S SECOND AND THIRD SET OF COMMON INTERROGATORIES (NOS 10-12)
TO DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC,
AND BAXTER HEALTHCARE CORP.
[HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY/SUBJECT TO D. DEL. L.R. 26.2]

**BY EMAIL**

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>Maliheh Zare<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>mzare@mccarter.com | Wyley S. Proctor<br>Alexander T. Hornat<br>McCarter & English, LLP<br>265 Franklin St.<br>Boston, MA 02110<br>wproctor@mccarter.com<br>ahornat@mccarter.com<br>EagleLitigation@McCarter.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Martin J. Black
Judah Bellin
DECHERT LLP
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000

Amanda K. Antons
DECHERT LLP
230 Northgate Street #209,
Lake Forest, IL 60045
(312) 646-5800

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated: June 5, 2025
12277894

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Defendant*
*Baxter Healthcare Corporation*