# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 31, 2025 a true and correct copy of *Plaintiffs' Objections and Responses to Defendants' First Set of Common Requests for Admission to Plaintiff Eagle Pharmaceuticals, Inc.* was served on the following counsel in the manner indicated:

ME1\56468365.v1

**VIA EMAIL:**

Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Center
New York, NY 10020-1605
Deepro.mukerjee@katten.com
Lance.soderstrom@katten.com

Jitendra Malik
Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tyron Street, Suite 2900
Charlotte, NC 28202
Jitty.malik@katten.com
Joe.janusz@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Avenue, NW Suite 800
Washington, DC 20006
Christopher.ferenc@katten.com

Rachel L. Schweers
Lauren Eiten
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
Rachel.schweers@katten.com
Lauren.eiten@katten.com

*Attorneys for Defendants Apotex, Inc. and Apotex Corp.*

Neal C. Belgam  
Daniel A. Taylor  
SMITH KATZENSTEIN & JENKINS LLP  
1000 West Street, Suite 1501  
Wilmington, DE 19801  
Nbelgam@skjlaw.com  
Dtaylor@skjlaw.com  

Andrew Miller  
Ajay Kayal  
Connie Huttner  
Robyn Ast-Gmoser  
WINDELS MARX LANE & MITTENDORF, LLP  
One Giralda Farms  
Madison, NJ 07940  
amiller@windelsmarx.com  
akayal@windelsmarx.com  
chuttner@windelsmarx.com  
rast-gmoser@windelsmarx.com  

Jason A. Lief  
Alan II Pollack  
WINDELS MARX LANE & MITTENDORF, LLP  
156 West 56th Street  
New York, NY 10019  
alief@windelsmarx.com  
apollack@windelsmarx.com  

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*  

Philip A. Rovner  
Andrew M. Moshos  
POTTER ANDERSON & CORROON LLP  
P.O. Box 951  
Wilmington, DE 19899  
provner@potteranderson.com  
amoshos@potteranderson.com  

Martin J. Black  
Judah Bellin  
DECHERT LLP  
Cira Centre, 2929 Arch Street  
Philadelphia, PA 19104  
Martin.black@dechert.com  
Judah.bellin@dechert.com  

ME1\56468365.v1

Amanda K. Antons
DECHERT LLP
35 w. Wacker Drive, Suite 3700
Chicago, IL 60601
Amanda.antons@dechert.com

Noah M. Leibowtiz
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Noah.leibowitz@dechert.com

*Attorneys for Defendant Baxter Healthcare Corporation*

| | |
|---|---|
| Dated: July 31, 2025 | **MCCARTER & ENGLISH, LLP** |
| | */s/ Alexandra M. Joyce* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Daniel G. Brown | Maliheh Zare (#7133) |
| Susan Y. Tull | 405 N. King Street, 8th Floor |
| Kelly A. Welsh | Wilmington, DE 19801 |
| LATHAM & WATKINS LLP | (302) 984-6300 |
| 555 Eleventh Street, NW, | dsilver@mccarter.com |
| Suite 1000 Washington, D.C. 20004 | ajoyce@mccarter.com |
| daniel.brown@lw.com | mzare@mccarter.com |
| susan.tull@lw.com | |
| kelly.welsh@lw.com | *Attorneys for Plaintiffs* |
| | . |
| Kenneth G. Schuler | |
| Marc N. Zubick | |
| Alex Grabowski | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| | |
| *Attorneys for Plaintiffs* | |
| *in C.A. Nos. 24-64-JLH and 24-65-JLH* | |

ME1\56468365.v1

OF COUNSEL:

Wyley S. Proctor
Alexander Hornat
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6529
wproctor@mccarter.com
ahornat@mccarter.com

*Attorneys for Plaintiffs in C.A. No. 24-66-JLH*