## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendant. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S FOURTH SET OF REQUESTS FOR PRODUCTION (NOS. 65-71) TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.**

**DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S SUPPLEMENTAL NOTICE OF RULE 30(B)(6) DEPOSITION OF PLAINTIFF EAGLE PHARMACEUTICALS, INC.**

were served upon the attorneys listed below via electronic mail on this 22nd day of August, 2025

prior to 5:00 p.m. Eastern:

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
MCCARTER & ENGLISH, LLP
405 N. King St., 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

*Attorneys for Plaintiff*

Daniel G. Brown
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
daniel.brown@lw.com

Marc N. Zubik
Alex Grabowski
Kenneth Schuler
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
marc.zubick@lw.com
alex.grabowski@lw.com
kenneth.schuler@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
brett.sandford@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
kelly.welsh@lw.com
EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com

*Attorneys for Plaintiff*

2

Dated: August 22, 2025

                           */s/ Kenneth L. Dorsney*
                           Kenneth L. Dorsney (#3726)
                           Cortlan S. Hitch (#6720)
                           **MORRIS JAMES LLP**
                           500 Delaware Avenue, Suite 1500
                           Wilmington, DE 19801
                           (302) 888-6800
                           kdorsney@morrisjames.com
                           chitch@morrisjames.com

                           *Attorneys for Defendants*
                           *Apotex Inc. and Apotex Corp.*