IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**APOTEX'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' NOTICE OF THIRD-PARTY SUBPOENAS AS SERVED IN C.A. NO. 24-65 AND C.A. NO. 24-66**

were served upon the attorneys listed below via electronic mail on the 11th day of September, 2025

prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>Maliheh Zare<br>MCCARTER & ENGLISH, LLP<br>405 N. King St., 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>mzare@mccarter.com<br><br>*Attorneys for Plaintiff* | Daniel G. Brown<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>daniel.brown@lw.com<br><br>Marc N. Zubik<br>Alex Grabowski<br>Kenneth Schuler<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>marc.zubick@lw.com<br>alex.grabowski@lw.com<br>kenneth.schuler@lw.com<br><br>Brett M. Sandford<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>brett.sandford@lw.com<br><br>Kelly A. Welsh<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>kelly.welsh@lw.com<br>EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com<br><br>*Attorneys for Plaintiff* |

Dated: September 12, 2025

        */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
**MORRIS JAMES LLP**
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

3