# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendant. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on September 18, 2025, the following document was served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S FOURTH SET OF REQUESTS FOR PRODUCTION (NOS. 65 - 67) TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.

**BY EMAIL**

| | |
|---|---|
| Daniel M. Silver | Wyley S. Proctor |
| Alexandra M. Joyce | Alexander T. Hornat |
| Maliheh Zare | McCarter & English, LLP |
| McCarter & English, LLP | 265 Franklin St. |
| Renaissance Centre | Boston, MA 02110 |
| 405 N. King Street, 8th Floor | wproctor@mccarter.com |
| Wilmington, DE 19801 | ahornat@mccarter.com |
| dsilver@mccarter.com | EagleLitigation@McCarter.com |
| ajoyce@mccarter.com | |
| mzare@mccarter.com | |

LATHAM & WATKINS LLP
Eaglebendamustinelitigation.lwteam@lw.com

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| Martin J. Black | By: /s/ *Philip A. Rovner* |
| Judah Bellin |     Philip A. Rovner (#3215) |
| DECHERT LLP |     Andrew M. Moshos (#6685) |
| Cira Centre, 2929 Arch St. |     Hercules Plaza |
| Philadelphia, PA 19104 |     P.O. Box 951 |
| (215) 994-4000 |     Wilmington, DE  19899 |
| |     (302) 984-6000 |
| Amanda K. Antons |     provner@potteranderson.com |
| DECHERT LLP |     amoshos@potteranderson.com |
| 230 Northgate Street #209, | |
| Lake Forest, IL 60045 | *Attorneys for Defendant* |
| (312) 646-5800 | *Baxter Healthcare Corporation* |

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated:  September 18, 2025
12467386