# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## AMENDED MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTES

Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC ("Eagle") respectfully move this Court to schedule a teleconference to address outstanding discovery disputes in these matters:

As to all Defendants:

- The parties' dispute regarding Eagle's proposed cross-use of financial documents produced by each of the Defendants pursuant to the protective order in these coordinated actions, and related subpoenas to Defendants.

As to Defendant Apotex:

- Apotex and Eagle's dispute regarding Apotex's responses to Eagle's Rule 30(b)(6) Deposition Topics 17, 30, 31, 39, and 40.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on at least the following dates:

As to dispute with all Defendants:

Dates and Durations:

On August 29, 2025 for around 40 minutes; and
On September 19, 2025 for around 20 minutes.

Delaware Counsel:

Alexandra M. Joyce and Maliheh Zare (McCarter & English, LLP) for Plaintiffs.

Cortlan S. Hitch (Morris James LLP) for Defendants Apotex, Inc. and Apotex Corp.

Daniel A. Taylor (Smith Katzenstein & Jenkins LLP) for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.

Philip Rovner (Potter Anderson & Corroon LLP) for Baxter Healthcare Corporation.

Lead Counsel:

Brett M. Sandford (Latham & Watkins LLP) and Wyley Proctor (McCarter & English, LLP) for Plaintiffs.

Christopher B. Ferenc and Lauren Eiten (Katten Muchin Rosenman LLP) for Defendants Apotex, Inc. and Apotex Corp.

        Constance S. Huttner, Jason A. Lief, and Robyn Ast-Gmoser (Windels Marx Lane & Mittendorf, LLP) for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.

        Judah Bellin (Dechert LLP) for Baxter Healthcare Corporation.

As to dispute with Defendant Apotex:

    Date and Duration:

        On August 26, 2025 for around 70 minutes.

    Delaware Counsel:

        Maliheh Zare (McCarter & English, LLP) for Plaintiffs.

        Cortlan S. Hitch (Morris James LLP) for Defendants Apotex, Inc. and Apotex Corp.

    Lead Counsel:

        Brett M. Sandford, Alex Grabowski and Kelly Welsh (Latham & Watkins LLP) for Plaintiffs.

        Christopher B. Ferenc and Lauren Eiten (Katten Muchin Rosenman LLP) for Defendants Apotex, Inc. and Apotex Corp.

The parties also conferred and discussed these disputes by email.

All parties are available for a teleconference on October 21, 2025. If that date is not convenient for the Court, the parties are also available on November 10, 2025.

These disputes are the ninth and tenth discovery or protective order disputes which have been brought before the Court.

| | |
|---|---|
| Dated: October 7, 2025 | **MCCARTER & ENGLISH, LLP** |
| | */s/ Daniel M. Silver* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Daniel G. Brown | Maliheh Zare (#7133) |
| Kelly A. Welsh | 405 N. King Street, 8th Floor |
| LATHAM & WATKINS LLP | Wilmington, DE 19801 |
| 555 Eleventh Street, NW, | (302) 984-6300 |
| Suite 1000 Washington, D.C. 20004 | dsilver@mccarter.com |
| daniel.brown@lw.com | ajoyce@mccarter.com |
| kelly.welsh@lw.com | mzare@mccarter.com |
| | |
| Kenneth G. Schuler | *Attorneys for Plaintiffs* |
| Marc N. Zubick | . |
| Alex Grabowski | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| | |
| Brett M. Sandford | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street | |
| San Francisco, CA 94111 | |
| (415) 391-0600 | |

*Attorneys for Plaintiffs*
*in C.A. Nos. 24-64-JLH and 24-65-JLH*

OF COUNSEL:

Wyley S. Proctor
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6529
wproctor@mccarter.com

*Attorneys for Plaintiffs in C.A. No. 24-66-JLH*

4