**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>        Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>        Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE

WHEREAS, pursuant to the Court's October 2, 2025 Oral Orders in the above-captioned cases (D.I. 219, D.I. 220 in C.A. No. 24-64-JLH; D.I. 190 in C.A. No. 24-65-JLH), the parties have conferred and exchanged proposals;

WHEREAS, the parties require a one-week extension to continue to confer on both issues regarding (1) samples of Defendants Apotex Inc. and Apotex Corp.'s ("Apotex") NDA Product and Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.'s NDA Product, and (2) Apotex's sales, marketing, pricing and/or promotion communications;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, and subject to the approval of the Court, the deadline to submit the joint letter in compliance with the October 2, 2025 Oral Orders is extended to October 16, 2025 (from October 9, 2025).

Dated:  October 9, 2025

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | MORRIS JAMES LLP |
| */s/ Alexandra M. Joyce* | */s/ Kenneth L. Dorsney* |
| Daniel M. Silver (#4758) | Kenneth L. Dorsney (#3726) |
| Alexandra M. Joyce (#6423) | Cortlan S. Hitch (#6720) |
| Maliheh Zare (#7133) | 3205 Avenue North Boulevard, Suite 100 |
| Renaissance Centre | Wilmington, DE 19803 |
| 405 N. King Street, 8th Floor | (302) 888-6800 |
| Wilmington, Delaware 19801 | kdorsney@morrisjames.com |
| (302) 984-6300 | chitch@morrisjames.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendants Apotex Inc. and* |
| mzare@mccarter.com | *Apotex Corp.* |
| | |
| *Attorneys for Plaintiffs* | |
| | SMITH KATZENSTEIN & JENKINS LLP |
| | */s/ Daniel A. Taylor* |
| | Neal C. Belgam (No. 2721) |
| | Daniel A. Taylor (No. 6934) |
| | 1000 West Street, Suite 1501 |
| | Wilmington, DE 19801 |
| | (302) 652-8400 |
| | nbelgam@skjlaw.com |
| | dtaylor@skjlaw.com |
| | |
| | *Attorneys for Defendants Slayback* |
| | *Pharma LLC and Azurity* |
| | *Pharmaceuticals, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge

ME1\58444728.v1