# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., and EAGLE SUB1 LLC<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

**JOINT LETTER TO THE HONORABLE CHRISTOPHER J. BURKE FROM THE PARTIES REGARDING SAMPLES AND SALES COMMUNICATIONS**

Dear Judge Burke:

Pursuant to the Court's Oral Orders in the above-captioned cases (D.I. 219, D.I. 220 in C.A. No. 24-64-JLH; D.I. 190 in C.A. No. 24-65-JLH), we write on behalf of the parties regarding the discovery disputes related to: (1) samples of Defendants Apotex Inc. and Apotex Corp.'s ("Apotex") NDA Product and Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.'s ("Slayback") NDA Product (collectively, "Defendants"), and (2) Apotex's sales, marketing, pricing and/or promotion communications.

The parties have met and conferred on the issues and have come to agreements to resolve all disputes.

The parties thank the Court for its time and attention to these matters.

Dated: October 16, 2025

<table>
<tr><td>

**MCCARTER & ENGLISH, LLP**

*/s/ Maliheh Zare*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Maliheh Zare (#7133)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

*Attorneys for Plaintiffs*

**MORRIS JAMES LLP**

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

</td><td>

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

</td></tr>
</table>