# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ramya Sri Vallabhaneni of Latham & Watkins LLP to represent Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC in these matters.

ME1\58708298.v1

<table>
<tr><td>Dated: October 31, 2025</td><td>**MCCARTER & ENGLISH, LLP**</td></tr>
<tr><td></td><td>*/s/ Alexandra M. Joyce*</td></tr>
<tr><td>OF COUNSEL:</td><td>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)</td></tr>
<tr><td>Daniel G. Brown<br>Kelly A. Welsh<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW,<br>Suite 1000 Washington, D.C. 20004<br>daniel.brown@lw.com<br>kelly.welsh@lw.com</td><td>Maliheh Zare (#7133)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>mzare@mccarter.com</td></tr>
<tr><td>Kenneth G. Schuler<br>Marc N. Zubick<br>Alex Grabowski<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-7700<br>kenneth.schuler@lw.com<br>marc.zubick@lw.com<br>alex.grabowski@lw.com</td><td>*Attorneys for Plaintiffs*</td></tr>
<tr><td>Brett M. Sandford<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 200<br>San Francisco, CA 94111<br>Brett.sandford@lw.com</td><td></td></tr>
</table>

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 10/31/2025

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-2931
ramya.vallabhaneni@lw.com