IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT BAXTER HEALTHCARE CORPORATION'S MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

Defendant Baxter Healthcare Corporation respectfully requests an exemption from the Court's May 17, 2024 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following persons may bring their personal electronic

devices to the Discovery Conference scheduled for November 7, 2025 at 1:00 p.m., in Courtroom 2B before Judge Eleanor G. Tennyson in this matter:  Martin J. Black (Lead Counsel for Baxter, admitted *pro hac vice*) and Judah Bellin (Lead Counsel for Baxter, admitted *pro hac vice*).

Lead Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Martin J. Black<br>Judah Bellin<br>DECHERT LLP<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104<br>(215) 994-4000 | By: /s/ *Philip A. Rovner*<br>   Philip A. Rovner (#3215)<br>   Andrew M. Moshos (#6685)<br>   Hercules Plaza<br>   P.O. Box 951<br>   Wilmington, DE  19899<br>   (302) 984-6000 |
| Amanda K. Antons<br>DECHERT LLP<br>230 Northgate Street #209,<br>Lake Forest, IL 60045<br>(312) 646-5800 | provner@potteranderson.com<br>amoshos@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Baxter Healthcare Corporation* |
| Noah M. Leibowitz<br>DECHERT LLP<br>Three Bryant Park,<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3538 | |

Dated:  October 31, 2025
12542064

IT IS SO ORDERED, this _____ day of _____ 2025.

_____
Magistrate Judge