**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC, | |
| Plaintiffs, | C.A. No. 24-64-JLH (CONSOLIDATED) |
| v. | **JURY TRIAL DEMANDED** |
| APOTEX INC., AND APOTEX CORP., | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC, | |
| Plaintiffs, | C.A. No. 24-65-JLH (CONSOLIDATED) |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC., | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC, | |
| Plaintiffs, | C.A. No. 24-66-JLH (CONSOLIDATED) |
| v. | **JURY TRIAL DEMANDED** |
| BAXTER HEALTHCARE CORPORATION, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF
## CERTAIN CO-COUNSEL ADMITTED PRO HAC VICE

PLEASE TAKE NOTICE that pursuant to Delaware Local Rule 83.7, the appearance of

Daniel G. Brown, Esq. of Latham &Watkins, LLP, attorney for Plaintiffs Eagle Pharmaceuticals,

Inc. and Eagle Sub1 LLC ("Plaintiffs") is hereby withdrawn.  Other counsel of record at the law

firms of Latham & Watkins LLP and McCarter & English, LLP will continue to represent Plaintiffs

in the above captioned matters.


Date: January 9, 2026                                          **MCCARTER & ENGLISH, LLP**

                                                               */s/ Alexandra M. Joyce*
OF COUNSEL:                                                    Daniel M. Silver (#4758)
                                                               Alexandra M. Joyce (#6423)
Wyley S. Proctor                                               405 N. King Street, 8th Floor
MCCARTER & ENGLISH, LLP                                        Wilmington, DE 19801
265 Franklin Street                                            (302) 984-6300
Boston, MA 02110                                               dsilver@mccarter.com
(617) 449-6529                                                 ajoyce@mccarter.com
wproctor@mccarter.com

                                                               *Attorneys for Plaintiffs*
Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW,
Suite 1000 Washington, D.C. 20004
kelly.welsh@lw.com


Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
Nathan Fuller
Manuela Burek
Hanna Bondarowicz
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
michelle.chin@lw.com
nathan.fuller@lw.com
manuela.burek@lw.com
hanna.bondarowicz@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 200
San Francisco, CA 94111
Brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com