IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE
OF DEPOSITION OF JEFFREY LOVESY**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(1) and the Local Court Rules for the United States District Court for the District of Delaware, Defendants Apotex Inc. and Apotex Corp. ("Apotex"), Slayback Pharma LLC ("Slayback")

1

and Baxter Healthcare Corporation ("Baxter") will take the deposition of Jeffrey Lovesy.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on February 6, 2026 at 11:00 a.m. CT, by remote video conference, or at another date, time, and/or location mutually agreed upon by the parties. The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oaths under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated: January 27, 2026

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES LLP |
|---|---|
| By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Andrew M. Moshos (#6685)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    amoshos@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Baxter Healthcare Corporation* | By: */s/ Kenneth L. Dorsney*<br>    Kenneth L. Dorsney (#3726)<br>    Cortlan S. Hitch (#6720)<br>    3205 Avenue North Boulevard, Suite 100<br>    Wilmington, DE 19803<br>    (302) 888-6800<br>    kdorsney@morrisjames.com<br>    chitch@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Apotex Inc. and Apotex Corp.* |

SMITH KATZENSTEIN & JENKINS LLP

By: */s/ Daniel A. Taylor*
    Neal C. Belgam (#2721)
    Daniel A. Taylor (#6934)
    1000 West Street, Suite 1501
    Wilmington, DE 19801
    nbelgam@skjlaw.com
    dtaylor@skjlaw.com

*Attorneys for Defendant*
*Slayback Pharma LLC*