# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>　　　　Defendants. | C.A. No. 24-64-JLH<br><br>**(CONSOLIDATED)**<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SLAYBACK PHARMA LLC,<br><br>　　　　Defendant. | C.A. No. 24-65-JLH<br><br>**(CONSOLIDATED)**<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>　　　　Defendant. | C.A. No. 24-66-JLH<br><br>**(CONSOLIDATED)**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

　　The undersigned hereby certifies that copies of the following document:

　　**DEFENDANTS' JOINT OPENING EXPERT REPORT OF
　　DAVID E. BUGAY ON INVALIDITY**

were served upon the attorneys listed below via electronic mail on the 6th day of February, 2026:

<div style="display: flex;">

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
405 N. King St., 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

</div>

Marc N. Zubik
Alex Grabowski
Kenneth Schuler
Michelle Chin
Nathan Fuller
Manuela Burek
Hanna Bondarowicz
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
marc.zubick@lw.com
alex.grabowski@lw.com
kenneth.schuler@lw.com
michelle.chin@lw.com
nathan.fuller@law.com
manuela.burek@lw.com
hanna.bondarowicz@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 100200
ramya.vallabhaneni@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
brett.sandford@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
kelly.welsh@lw.com
EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com

*Attorneys for Plaintiff*

2

Dated: February 9, 2026

                                                                         */s/ Kenneth L. Dorsney*
                                                              Kenneth L. Dorsney (#3726)
                                                              Cortlan S. Hitch (#6720)
                                                              MORRIS JAMES LLP
                                                              3205 Avenue North Boulevard, Suite 100
                                                              Wilmington, DE 19803
                                                              (302) 888-6800
                                                              kdorsney@morrisjames.com
                                                              chitch@morrisjames.com

                                                              *Attorneys for Defendants*
                                                              *Apotex Inc. and Apotex Corp.*