## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>        Defendants. | C.A. No. 24-64-JLH |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>        Defendants. | C.A. No. 24-65-JLH |

### SLAYBACK AND APOTEX'S JOINT MOTION TO EXCLUDE THE REASONABLE ROYALTY TESTIMONY OF DR. CHRISTOPHER VELLTURO PURSUANT TO FEDERAL RULE OF EVIDENCE 702

Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. ("Slayback") and Defendants Apotex, Inc. and Apotex Corp. ("Apotex") (collectively, "Defendants") jointly move the Court under Federal Rule of Evidence 702 to exclude the reasonable royalty testimony of Dr. Christopher Vellturo, an expert witness for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively "Eagle"), and any other Eagle witness that relies on the testimony of Dr. Christopher Vellturo. The grounds for this motion are set forth in Defendant Slayback's opening brief, filed contemporaneously.[1]

---

[1] Pursuant to D. Del. LR 7.1.1, the undersigned hereby certifies that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion.

Dated: June 5, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ [DRAFT]*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Of Counsel:*

Ajay Kayal
Jason A. Lief
Andrew J. Miller
Alan H. Pollack
Daniel E. Forchheimer
Robyn Ast-Gmoser
Kiersten A. Fowler
Audrey R. Sparschu

**WINDELS MARX LANE & MITTENDORF, LLP**

180 Park Ave
Florham Park, NJ 07932
(973) 966-3200

156 West 56th Street
New York, NY 10019
(212) 237-1000

akayal@windelsmarx.com
jlief@windelsmarx.com
amiller@windelsmarx.com
apollack@windelsmarx.com
dforchheimer@windelsmarx.com
rast-gmoser@windelsmarx.com
kfowler@windelsmarx.com
asparschu@windelsmarx.com

*Attorneys for Defendants Slayback Pharma*

**MORRIS JAMES LLP**

*/s/ Kenneth Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Of Counsel:*

Deepro Murkerjee
Jitendra Malik
Joseph M. Janusz
Lance A. Soderstrom
Matthew T. Messina
Rachel L. Schweers
Christopher B. Ferenc

**KATTEN MUCHIN ROSENMAN LLP**

50 Rockefeller Center
New York, NY 10020
(212) 940-8800

550 South Tryon Street, Suite 2900
Charlotte, NC 28202
(704) 444-2000

1919 Pennsylvania Ave., NW., Suite 800
Washington, DC 20006
(202) 625-3500

525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200

deepro.mukerjee@katten.com
jitty.malik@katten.com
joe.janusz@katten.com
lance.soderstrom@katten.com

*LLC and Azurity Pharmaceuticals, Inc.*

matthew.messina@katten.com
rachel.schweers@katten.com
christopher.ferenc@katten.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

3