**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-64-JLH |
| APOTEX INC. and APOTEX CORP., | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-65-JLH |
| SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., | |
| Defendants. | |

**JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE REDACTIONS**

WHEREAS, on June 5, 2025, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC ("Plaintiffs" or "Eagle"), Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. ("Slayback"), and Defendants Apotex, Inc. and Apotex Corp. ("Apotex") (collectively, "the Parties") filed various dispositive motions and motions to exclude, including a number of briefs and exhibits filed under seal for the following motions:

- Apotex's Motion for Summary Judgment of Noninfringement. (C.A No. 24-64, D.I. 360 (Motion); D.I. 361 (Opening Brief); D.I. 362 (Concise Statement of Facts); D.I. 363–366 (Declaration));

- Eagle's Motion for Summary Judgment Regarding Infringement. (C.A. No. 24-64, D.I. 338 (Motion); D.I. 340 (Opening Brief); D.I. 341 (Concise Statement of Facts); D.I. 342 (Declaration));

- Eagle's Motion for Summary Judgment Regarding Damages. (C.A. No. 24-64. D.I. 343) (Motion); D.I. 344 (Opening Brief); D.I. 345 (Concise Statement of Facts); D.I. 346 (Declaration));

- Eagle's Motion to Exclude Expert Testimony of Dr. S. Craig Dyar (C.A. No. 24-64, D.I. 349) (Motion); D.I. 350 (Opening Brief); D.I. 351 (Declaration));

- Eagle's Motion to Exclude Expert Testimony of Dr. George Korenko (C.A. No. 24-64, D.I. 352) (Motion); D.I. 353 (Opening Brief); D.I. 355 (Declaration)));

- Apotex and Slayback's Joint Motion for Summary Judgment on Partial Damages. (C.A. No. 24-64, D.I. 367 (Motion); D.I. 368 (Opening Brief); D.I. 369 (Concise Statement of Facts); D.I. 370–374 (Declarations); and C.A No. 24-65, D.I. 371 (Motion); D.I. 374 (Opening Brief); D.I. 376 (Concise Statement of Facts); D.I. 377, 379-381 and 382 (Declarations));

- Slayback and Apotex's Joint Motion to Exclude Expert Testimony of Dr. Christopher Vellturo. (C.A. No. 24-64, D.I. 335 (Motion); D.I. 336 (Opening Brief); D.I. 337 (Declaration); and C.A No. 24-65, D.I. 339 (Motion); D.I. 340 (Opening Brief); D.I. 341 and 342 (Declarations));

- Slayback and Apotex's Joint Motion to Exclude Expert Testimony of Dr. Jeffrey D. Kittendorf. (C.A. No. 24-64, D.I. 347 (Motion); D.I. 348 (Opening Brief); D.I. 354 and 358 (Declarations); and C.A No. 24-65, D.I. 349 (Motion); D.I. 351 (Opening Brief); D.I. 353 and 357 (Declarations));

- Slayback's Motion for Summary Judgment of Non-Infringement. (C.A No. 24-65, D.I. 344 (Motion); D.I. 347 (Opening Brief); D.I. 362 (Concise Statement of Facts); D.I. 365–370, 372-373, 375, 378 (Declaration));

- Eagle's Motion to Exclude Expert Testimony of James Malakowski. (C.A. No. 24-65, D.I. 343 (Motion); D.I. 345 (Opening Brief); D.I. 346 (Declaration));

- Eagle's Motion to Exclude Expert Testimony of Dr. Patrick Sinko. (C.A. No. 24-65, D.I. 348 (Motion); D.I. 350 (Opening Brief); D.I. 352 (Declaration));

- Eagle's Motion to Exclude Expert Testimony of David Bugay (C.A. No. 24-64, D.I. 356 (Motion); D.I. 357 (Opening Brief); D.I. 359 (Declaration) and C.A. No. 24-65, D.I. 355 (Motion); D.I. 359 (Opening Brief); D.I. 361 (Declaration));

- Eagle's Motion to Exclude Expert Testimony of Dr. Brian Smith (C.A. No. 24-65, D.I. 383 (Motion); D.I. 384 (Opening Brief); D.I. 385 (Declaration));

- Eagle's Motion for Summary Judgment regarding Damages (C.A. No. 24-65, D.I. 354 (Motion); D.I. 356 (Opening Brief); D.I. 358 (Concise Statement of Facts); D.I. 360 (Declaration));

- Eagle's Motion for Summary Judgment regarding Infringement (C.A. 24-65, D.I. 363 (Motion); D.I. 364 (Opening Brief); D.I. 386 (Concise Statement of Facts); D.I. 387 (Declaration)).

WHEREAS, pursuant to Local Rule 5.1.3 and the Court's CM/ECF Procedures, "[a] redacted version of the sealed civil document shall be filed electronically, within 7 days after the filing of the original sealed document." District of Delaware Administrative Procedures Governing Filing and Service by Electronic Means, ¶ (G)(1);

WHEREAS, redacted versions of these sealed documents are currently due to be filed on Friday, June 12, 2026; and

WHEREAS, in view of the volume of documents requiring redactions and the Parties' approval, the Parties have agreed to extend this deadline for filing redactions by 7 days to June 22, 2026;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline to submit redacted versions of the various briefs and declarations described above is extended to June 22, 2026 (from June 12, 2026).

4

Dated: June 12, 2026

**MCCARTER & ENGLISH, LLP**

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC*

**SMITH KATZENSTEIN & JENKINS LLP**

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

**MORRIS JAMES LLP**

/s/ Cortlan S. Hitch
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

IT IS SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge

5