## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

       Plaintiffs,

       v.

APOTEX INC. and APOTEX CORP.,

       Defendants.

C.A. No. 24-64-JLH (Consolidated)

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

       Plaintiffs,

       v.

SLAYBACK PHARMA LLC and AZURITY
PHARMACEUTICALS, INC.,

       Defendants.

C.A. No. 24-65-JLH (Consolidated)

## JOINT STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO FILE REDACTIONS

WHEREAS, on June 29, 2026, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC ("Plaintiffs" or "Eagle"), Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. ("Slayback"), and Defendants Apotex, Inc. and Apotex Corp. ("Apotex") (collectively, "the Parties") filed, and the Court approved, a stipulation extending the time to file public versions of opening dispositive and *Daubert* papers [D.I. 380];

WHEREAS, the parties are continuing to confer regarding proposed redactions, and need more time to confer and exchange proposed redactions;

ME1\61802470.v1

WHEREAS, in view of the volume of documents requiring redactions and the ongoing dispositive and *Daubert* briefing occurring under seal, the Parties have agreed to extend the deadline for filing redactions for all dispositive and *Daubert* motions and supporting papers;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline to submit redacted versions of the parties dispositive and *Daubert* papers, including all motions, briefing, declarations, and exhibits associated therewith, is extended to and including August 7, 2026, which is two weeks after dispositive and *Daubert* briefing is due to be completed.

ME1\61802470.v1

Dated: July 8, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Eagle Pharmaceuticals,
Inc. and Eagle Sub1 LLC*

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma
LLC and Azurity Pharmaceuticals, Inc.*

**MORRIS JAMES LLP**

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc.
and Apotex Corp.*

IT IS SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge

3