**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>    Defendants. | C.A. No. 24-64-JLH<br><br>**UNREDACTED PUBLIC VERSION** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>    Defendants. | C.A. No. 24-65-JLH<br><br>**UNREDACTED PUBLIC VERSION** |

**DECLARATION OF DANIEL FORCHHEIMER, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE REASONABLE ROYALTY TESTIMONY OF DR. CHRISTOPHER VELLTURO PURSUANT TOFEDERAL RULE OF EVIDENCE 702**

I, Daniel Forchheimer, hereby declare as follows:

1.  I am an attorney at Windels Marx Lane & Mittendorf LLC.  I am familiar with the facts and record in the above captioned case.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the March 16, 2026 Expert Report of Dr. Patrick Sinko.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the March 6, 2026 Expert Report of Christopher A. Vellturo, Ph.D.

1

4. Attached hereto as Exhibit 3 is a true and correct copy of the February 13, 2015 Exclusive License Agreement between Eagle Pharmaceuticals, Inc. and Cephalon, Inc. (EAGLEBEN-SA_00072300-400).

5. Attached hereto as Exhibit 4 is a true and correct copy of the March 16, 2026 Expert Report of James Malackowski.

6. Attached hereto as Exhibit 5 is a true and correct copy of United States Patent No. 11,872,214.

7. Attached hereto as Exhibit 6 is a true and correct copy of United States Patent No. 11,103,483.

8. Attached hereto as Exhibit 7 is a true and correct copy of the transcript from the deposition of Christopher A. Vellturo, Ph.D.

9. Attached hereto as Exhibit 8 is a true and correct copy of the transcript from the deposition of James Malackowski.

10. Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. 11,844,783 (the '783 Patent).

11. Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 9,572,796 (the '796 Patent)

Dated: June 5, 2026

/s/ [DRAFT]
Daniel Forchheimer
**WINDELS MARX LANE & MITTENDORF LLC**
180 Park Avenue
Florham Park, NJ 07932
(973) 966-3200

.

2