**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-64-JLH |
| APOTEX INC. and APOTEX CORP., | **UNREDACTED PUBLIC VERSION** |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-65-JLH |
| SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., | **UNREDACTED PUBLIC VERSION** |
| Defendants. | |

**DECLARATION OF MATTHEW T. MESSINA IN SUPPORT OF DEFENDANTS SLAYBACK AND APOTEX'S JOINT MOTION TO EXCLUDE THE REASONABLE ROYALTY TESTIMONY OF DR. CHRISTOPHER VELLTURO PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

I, Matthew T. Messina, declare as follows:

1. I am an attorney with the law firm Katten Muchin Rosenman LLP and counsel to Defendants Apotex Inc. and Apotex Corp. (together, "Apotex") in the above-captioned matter. I make this declaration in support of Defendants Slayback and Apotex's Joint Motion to Exclude the reasonable royalty testimony of Dr. Christopher Vellturo pursuant to Federal Rule of Evidence 702.

2. Attached as **Exhibit 11** is a true and correct copy of excerpts from the Supplemental Expert Report of Dr. Christopher A. Vellturo, Ph.D.

3. Attached as **Exhibit 12** is a true and correct copy of excerpts from the Expert Report

of Dr. George Korenko, Ph.D.

Dated: June 5, 2026

*/s/ Matthew T. Messina*
Matthew T. Messina