**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>    Defendants. | C.A. No. 24-64-JLH<br><br>**UNREDACTED PUBLIC VERSION** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>    Defendants. | C.A. No. 24-65-JLH<br><br>**UNREDACTED PUBLIC VERSION** |

**DECLARATION OF MATTHEW T. MESSINA, ESQ. IN SUPPORT OF DEFENDANTS SLAYBACK AND APOTEX'S REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE REASONABLE ROYALTY TESTIMONY OF DR. CHRISTOPHER VELLTURO**

I, Matthew T. Messina, declare as follows:

1.      I am an attorney with the law firm Katten Muchin Rosenman LLP and counsel to Defendants Apotex Inc. and Apotex Corp. (together, "Apotex") in the above-captioned matter. I make this declaration in support of Defendants' Reply in Further Support of Their Motion to Exclude the Reasonable Royalty Testimony of Dr. Christopher Vellturo (D.I. 339 in 24-cv-0064).

2.      Attached as **Exhibit 13** is a true and correct copy of excerpts of the deposition transcript Dr. George Korenko, Ph.D., dated May 26, 2026.

Dated: July 20, 2026

_/s/ Matthew T. Messina_____
Matthew T. Messina