**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **UNREDACTED PUBLIC VERSION** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH <br><br> **UNREDACTED PUBLIC VERSION** |

**DECLARATION OF DANIEL FORCHHEIMER, ESQ. IN SUPPORT OF DEFENDANTS SLAYBACK AND APOTEX'S REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE REASONABLE ROYALTY TESTIMONY OF DR. CHRISTOPHER VELLTURO**

I, Daniel Forchheimer, hereby declare as follows:

1.  I am an attorney at Windels Marx Lane & Mittendorf LLC. I am familiar with the facts and record in the above captioned case.

2.  Attached as **Exhibit 14** is a true and correct copy of excerpts of the February 6, 2026 Opening Expert Report of Dr. Bernhardt Trout, Ph.D.

1

Dated: July 20, 2026

/s/ Daniel Forchheimer
Daniel Forchheimer
**WINDELS MARX LANE &
MITTENDORF LLC**
180 Park Avenue
Florham Park, NJ 07932
(973) 966-3200