**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br> v. <br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br> **(CONSOLIDATED)** <br> **JURY TRIAL DEMANDED** <br> ██████████ |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br> v. <br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br> **(CONSOLIDATED)** <br> **JURY TRIAL DEMANDED** <br> ██████████ |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PARTIAL DAMAGES

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH KATZENSTEIN & JENKINS LLP
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Attorneys for Defendants
*Slayback Pharma LLC*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

Dated: June 5, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br> v. <br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br> **(CONSOLIDATED)** <br> **JURY TRIAL DEMANDED** <br> ███████████████ |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br> v. <br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br> **(CONSOLIDATED)** <br> **JURY TRIAL DEMANDED** <br> ███████████████ |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PARTIAL DAMAGES

Pursuant to Federal Rule of Civil Procedure 56, Defendants Apotex Inc., Apotex Corp, Slayback Pharma LLC, and Azurity Pharmaceuticals, Inc. hereby move for summary judgment on partial damages for the reasons set forth in their Opening Brief filed concurrently herewith.

Dated: June 5, 2026

Of Counsel:
Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Center
New York, NY 10020-1605
212.940.8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jitendra Malik
Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP 550
South Tryon Street, Suite 2900
Charlotte, NC 28202
704.444.2000
jitty.malik@katten.com
joe.janusz@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave., NW., Suite 800
Washington, DC 20006
202.625.3500
christopher.ferenc@katten.com

Rachel L. Schweers
Matthew T. Messina
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St.
Chicago, IL 60661
312.902.5200
rachel.schweers@katten.com
matthew.messina@katten.com

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH KATZENSTEIN & JENKINS LLP
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants*
*Slayback Pharma LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br>v.<br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br>**(CONSOLIDATED)**<br>**JURY TRIAL DEMANDED**<br>█████████████ |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br>v.<br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br>**(CONSOLIDATED)**<br>**JURY TRIAL DEMANDED**<br>█████████████ |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PARTIAL DAMAGES

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in Defendants Apotex Inc., Apotex Corp, Slayback Pharma LLC, and Azurity Pharmaceuticals, Inc. Opening Brief in Support of their Motion for Summary Judgment on Partial Damages, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment is granted.

SO ORDERED this _____ day of _____, 2026.

_____

United States District Court Judge