**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br> v. <br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br> **(CONSOLIDATED)** <br> **JURY TRIAL DEMANDED** <br> ██████████████ |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br> v. <br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br> **(CONSOLIDATED)** <br> **JURY TRIAL DEMANDED** <br> ██████████████ |

**DEFENDANTS' CONCISE STATEMENT OF FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
OF PARTIAL DAMAGES**

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH KATZENSTEIN & JENKINS LLP
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Attorneys for Defendants
*Slayback Pharma LLC*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants
Apotex Inc. and Apotex Corp.*

Dated: June 5, 2026

All exhibits cited in the concurrently-filed Declarations of Matthew T. Messina and Robyn Ast-Gmoser.

1. Defendants' alleged infringement began on January 16, 2024, upon the issuance of U.S. Patent No. 11,872,214 (the "'214 patent"). *See, e.g.*, Ex. 1; Ex. 2.

**EAGLE'S FINANCIAL DIFFICULTIES UNRELATED TO BENDAMUSTINE**

2. In 2021, Eagle reported nearly ▮▮▮▮▮▮ in cash and cash equivalents ("cash balance"). Ex. 3 ¶ 100 (citing Ex. 4 at F-3; Ex. 5 at F-3; Ex. 6 at F-4; Ex. 7 at F-4; Ex. 8 at F-5; Ex. 9 at F-4; Ex. 10 at 00347450; Ex. 11 at 0036658). By 2023, Eagle's cash balance was reported at ▮▮▮ ▮▮▮ *Id.* Eagle's debt increased in 2022 and 2023. *Id.*

3. In March 2020, Eagle's board approved a common stock repurchase program (the "Share Repurchase Program") providing for ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮. Ex. 10 at 00347480. From August 2016 through the third quarter of 2023, Eagle r▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮. *Id.*

4. On November 9, 2023, Eagle announced it would delay the release of its Q3 2023 results pending review of potential adjustments relating to the reporting of sales of PEMFEXY®, expecting to revise its 2023 full year guidance downward. Ex. 3 ¶ 98 (citing Ex. 12). That same day, Eagle filed SEC Form 12b-25, stating it was "reviewing and expect[ed] potential adjustments to reserves for returns and price adjustments of approximately $15.0 million to $20.0 million. *Id.* (citing Ex. 13 at 2). Eagle reported that "these potential adjustments primarily relate to returns and a price adjustment for PEMFEXY® substantially stemming from slower-than anticipated pull-through from one wholesale customer predominantly due to expiry of inventory." Ex. 13 at 2; Ex. 3 ¶ 98; Ex. 14 at 16:4–17:11.

5.      On November 27, 2023, Eagle received notice from Nasdaq that, due to the delay in the third quarter 2023 filing, Eagle was no longer in compliance with continued listing requirements for timely filing of all periodic financial reports with the SEC. Ex. 3 ¶ 98 (citing Ex. 15). On the same day, Eagle announced that its founder, president, and CEO Scott Tarrif would resign: "'After consideration of various alternatives, including termination with or without cause, the Board accepted Mr. Tarriff's resignation. Mr. Tarriff will be on leave until his last day of employment with the Company on December 31, 2023.'" Ex. 3 ¶ 98 (citing Ex. 16).

6.      On December 12, 2023, Eagle's audit committee stated that the previously published Q2 2023 financial report, as filed with the SEC, "should no longer be relied upon and should be restated." Ex. 3 ¶ 98 (citing Ex. 17 at 2).

7.      On April 12, 2024, Eagle announced that it received a notice of deficiency from Nasdaq for failing to file its 2023 annual report. Ex. 3 ¶ 98 (citing Ex. 18). In that announcement, Eagle stated there could be no assurance that it would "'be able to regain compliance or maintain compliance with the rule or other listing requirements.'" *Id.*

8.      In May 2024, Eagle received a notice from Nasdaq initiating a process to delist Eagle's securities because Eagle had failed to timely file its quarterly report (Form 10-Q) for the quarter ended September 30, 2023, and also failed to timely file its annual report (Form 10-K) for the year ended Dember 31, 2023. Ex. 3 ¶ 98 (citing Ex. 19). Eagle's stock was suspended from trading on October 3, 2024 and on November 15, 2024, Eagle announced that it intended to delist its stock from Nasdaq. Ex. 3 ¶ 98 (citing Ex. 20).

9.      In November 2024, Eagle recruited Christopher Krawtschuk as CFO, with Mr. Krawtschuk's principal task being to correct Eagle's financial statement errors from 2022 and 2023. *See* Ex. 14 at 15:1–16:4.

10. ███████████████████████████████████████████████████

███████████████████████████████

11. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███

12. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████

13.     By November 21, 2024, Eagle's Audit Committee concluded that its audited consolidated financial statements for the fiscal year ended December 31, 2022 and its unaudited financial statements for quarters ended June 30, 2022, September 30, 2022, and March 31, 2023 should not "'be relied upon and the financial statements should be restated.'" Ex. 3 ¶ 98 (citing Ex. 27 at 2.)

**THE J.P. MORGAN CREDIT AGREEMENT, WHICH EAGLE WAS IN DEFAULT AS OF DECEMBER 31, 2023 AND DECEMBER 31, 2024**

14.     On November 1, 2022, Eagle entered into a Third Amended and Restated Credit Agreement (the "Credit Agreement) with JPMorgan Chase Bank, N.A. ("JPMorgan") as administrative agent. Ex. 10 at 00347477.

15.     As a result of Eagle's financial reporting errors from 2022 and 2023 relating to PEMFEXY®, Eagle was unable to produce its 2024 financial statement. *See id.* at 00347478; Ex. 14 at 33:3–8.

16.     Eagle was "in default of the Credit Agreement as of December 31, 2023 and December 31, 2023" because "the financial statements for the fiscal periods within the Non-Reliance Period previously delivered to the Administrate Agent and the Lenders did not present fairly in all material

3

respects the financial condition and results of operations which is an event of default under the Credit Agreement." Ex. 10 at 00347478.

17.    In August 2024, Eagle entered into the Limited Waiver and Fourth Amendment to Third Amended and Restated Credit Agreement (the "Fourth Amendment Agreement"), which, among other things required ███████████████████████████████████████ under the Fourth Amendment Agreement. *Id.* at 00347480.

18.    JPMorgan also accelerated repayment of its loan, forcing Eagle to ███████████ from December 2024 to September 2025. *Id.* at 00347479.

19.    Eagle did not have audited financial statements for 2023 and 2024 until July 24, 2025, when Eagle obtained an independent auditor report from BDO and audited consolidated financial statements for the years ended December 31, 2023 and 2024 ("BDO Audit"). *See generally id.*

**EAGLE TURNS TO ALTERNATIVE FINANCING FROM BLUE OWL BECAUSE IT DID NOT HAVE AUDITED FINANCIAL STATEMENTS AND WAS IN DEFAULT**

20.    ████████████████████████████████████████████ ███████████████ to its default on the Credit Agreement. Ex. 14 at 35:4–9 ████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████████

21.    ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████████████

22.    ████████████████████████████████████████████ and Eagle officially entered into the Blue Owl Agreement on March 31, 2025, monetizing BENDEKA® royalties for an upfront cash payment of ███████████. *See* Ex. 21; Ex. 10 at 00347499; Ex. 22; Ex. 25 at ¶ 168; Ex. 26 ¶ 164; *see generally* Ex. 24.

4

23.    Eagle entered into the Blue Owl Agreement to secure the capital necessary to meet its obligations under the JPMorgan Credit Agreement, namely, using "the net proceeds from the transaction to reply in full [Eagle's] existing Third Amended and Restated Credit Agreement, dated November 1, 2022 . . . including the remaining balance under a drawn term loan of ███████, as well as ███████ under a revolving credit facility." Ex. 22 at 00367197–98; Ex. 25 ¶ 169; Ex. 26 ¶ 165.

24.    During the first quarter of 2025, Eagle repaid $5.0 million of the amount outstanding under the term loan. Ex. 10 at 00347499. On March 31, 2025, the net proceeds from the Blue Owl Agreement were used to repay, in full, all amounts outstanding under the Credit Agreement, which included $32.5 million under the term loan and $25.0 million under the revolving loans. *Id.* In connection with the repayment, the Credit Agreement was terminated and may no longer be utilized for borrowings. *Id.*

25.    Between $9–$10 million of the funds were used for other corporate purposes. Ex. 14 at 37:25–38:20; *see also* Ex. 21 at 00367198.

26.    As of October 2025, ████████████████████ ████████████ Ex. 11 at_00366590. In financial statements, Eagle ████████████ ████████████████████████ ████████████ *Id.*; Ex. ¶ 105.

### EAGLE WAS SUBJECT TO CIVIL LITIGATION

27.    In December 2023, Eagle, its former CEO, and its former CFO were named as defendants in *Miller v. Eagle Pharmaceuticals, Inc. et al.*, a putative class action filed in the United States District Court for the District of New Jersey. Ex. 10 at 00347497; Ex. 11 at 00366603; *see generally* Ex. 23. The plaintiffs in that action alleged that Eagle violated federal securities laws by failing to disclose material adverse facts about Eagle's business, operations, and prospects relating to

its product PEMFEXY® during the period of August 8, 2023 through November 28, 2023. Ex. 10 at

00347497; Ex. 11 at 00366603; *see generally* Ex. 23.

Dated: June 5, 2026

| | |
|---|---|
| Of Counsel: | ___/s/ Kenneth L. Dorsney___ |
| Deepro R. Mukerjee | Kenneth L. Dorsney (#3726) |
| Lance A. Soderstrom | Cortlan S. Hitch (#6720) |
| KATTEN MUCHIN ROSENMAN LLP | MORRIS JAMES LLP |
| 50 Rockefeller Center | 3205 Avenue North Boulevard, Suite 100 |
| New York, NY 10020-1605 | Wilmington, DE 19803 |
| 212.940.8800 | (302) 888-6800 |
| deepro.mukerjee@katten.com | kdorsney@morrisjames.com |
| lance.soderstrom@katten.com | chitch@morrisjames.com |
| | |
| Jitendra Malik | *Attorneys for Defendants* |
| Joseph M. Janusz | *Apotex Inc. and Apotex Corp.* |
| KATTEN MUCHIN ROSENMAN LLP 550 | |
| South Tryon Street, Suite 2900 | |
| Charlotte, NC 28202 | |
| 704.444.2000 | |
| jitty.malik@katten.com | |
| joe.janusz@katten.com | |
| | |
| Christopher B. Ferenc | |
| KATTEN MUCHIN ROSENMAN LLP | |
| 1919 Pennsylvania Ave., NW., Suite 800 | |
| Washington, DC 20006 | |
| 202.625.3500 | ___/s/ Daniel A. Taylor___ |
| christopher.ferenc@katten.com | Neal C. Belgam (No. 2721) |
| | Daniel A. Taylor (No. 6934) |
| Rachel L. Schweers | SMITH KATZENSTEIN & JENKINS LLP |
| Matthew T. Messina | 1000 N. West Street, Suite 1501 |
| KATTEN MUCHIN ROSENMAN LLP | Wilmington, DE 19801 |
| 525 W. Monroe St. | (302) 652-8400 |
| Chicago, IL 60661 | nbelgam@skjlaw.com |
| 312.902.5200 | dtaylor@skjlaw.com |
| rachel.schweers@katten.com | |
| matthew.messina@katten.com | *Attorneys for Defendants* |
| | *Slayback Pharma LLC* |

6