## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br>**(CONSOLIDATED)**<br>**JURY TRIAL DEMANDED**<br>██████████████ |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br>**(CONSOLIDATED)**<br>**JURY TRIAL DEMANDED**<br>██████████████ |

### DECLARATION OF ROBYN AST-GMOSER, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH KATZENSTEIN & JENKINS LLP
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Attorneys for Defendants
*Slayback Pharma LLC*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

Dated: June 5, 2026

I, Robyn Ast-Gmoser, hereby declare as follows:

1. I am an attorney at Windels Marx Lane & Mittendorf LLC.  I am familiar with the facts and record in the above captioned case.

2. Attached hereto as Exhibit 26 is a true and correct copy of *excerpts* from March 6, 2026 Expert Report of Christopher A. Vellturo, Ph.D directed to Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.


Dated: June 5, 2026

/s/ Robyn H. Ast-Gmoser
Robyn Ast-Gmoser
**WINDELS MARX LANE &
MITTENDORF LLC**
180 Park Avenue
Florham Park, NJ 07932
(973) 966-3200

.

1

# EXHIBIT 26
# REDACTED IN ITS ENTIRETY