## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br>v.<br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br>**(CONSOLIDATED)**<br>**JURY TRIAL DEMANDED**<br><br>██████████████ |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br>v.<br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH<br>**(CONSOLIDATED)**<br>**JURY TRIAL DEMANDED**<br><br>██████████████ |

### REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF DAMAGES

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH KATZENSTEIN & JENKINS LLP
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Attorneys for Defendants
*Slayback Pharma LLC*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

Dated: July 20, 2026

## TABLE OF AUTHORITIES

**Cases**

*Del. Dep't of Nat. Res. & Env't Control v. U.S. Env't Prot. Agency*,
   746 F. App'x 131 (3d Cir. 2018) ..................................................................................1

*LeBoon v. Lancaster Jewish Cmty. Ctr. Ass'n*,
   503 F.3d 217 (3d Cir. 2007)...........................................................................................1

*USA Video Tech. Corp. v. Movielink LLC*,
   354 F. Supp. 2d 507 (D. Del. 2005).............................................................................1

**Rules**

D. Del. LR 7.1.2(a) ...........................................................................................................1

Eagle "is not opposing Defendants' motion" for partial summary judgment on Eagle's legally improper damages theories and does not contest any supporting facts. (Pls.' Resp., D.I. 398, at 1, 2 n.1.) Yet Eagle asks this Court to deny the motion as "moot" and to "preclude Defendants from presenting" evidence pertaining to ███████████████████. (*Id.* at 3.) Both requests are procedurally improper and substantively meritless.

Unopposed motions are typically granted—especially where the non-movant affirmatively waives response. *See LeBoon v. Lancaster Jewish Cmty. Ctr. Ass'n*, 503 F.3d 217, 225 (3d Cir. 2007). The motion is not moot on Eagle's say-so. Eagle must carry a "heavy burden" to establish the motion is moot, but has failed to do so. *Del. Dep't of Nat. Res. & Env't Control v. U.S. Env't Prot. Agency,* 746 F. App'x 131, 133 (3d Cir. 2018). Eagle's unsworn representation is not a judgment. *Cf. USA Video Tech. Corp. v. Movielink LLC*, 354 F. Supp. 2d 507, 509 (D. Del. 2005). Defendants moved on the basis that Eagle cannot recover millions of dollars in alleged damages under *any* theory. (Defs.' Opening Br., D.I. 368, at 14–15.) Absent an opposition and in view of the uncontested facts, Defendants are entitled to a judgment as a matter of law.

Eagle's request to preclude arguments and evidence related to its financial woes should also be denied. *First*, Eagle cannot seek affirmative relief through a statement of non-opposition. D. Del. LR 7.1.2(a). *Second*, Eagle is essentially advancing a motion in limine, which must be included in the proposed pretrial order and is limited to three requests per side. (D.I. 34 ¶ 20.) *Third*, Eagle's relevancy argument fails. ████████████████████████ ████████████████████ (*See* Defs.' Resp., D.I. 381.)

The Court should grant Defendants' Motion for Partial Summary Judgment of Damages in full and reject Eagle's request to convert its non-opposition into an improper pretrial evidentiary ruling.

1

Dated: July 20, 2026

OF Counsel:
Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Center
New York, NY 10020-1605
212.940.8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jitendra Malik
Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP 550
South Tryon Street, Suite 2900
Charlotte, NC 28202
704.444.2000
jitty.malik@katten.com
joe.janusz@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave., NW., Suite 800
Washington, DC 20006
202.625.3500
christopher.ferenc@katten.com

Rachel L. Schweers
Matthew T. Messina
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St.
Chicago, IL 60661
312.902.5200
rachel.schweers@katten.com
matthew.messina@katten.com

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

    */s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH KATZENSTEIN & JENKINS LLP
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants*
*Slayback Pharma LLC and*
*Azurity Pharmaceuticals, Inc.*

2