# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | REDACTED PUBLIC VERSION FILED AUGUST 7, 2026<br><br>C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED**<br><br>███████████████<br>███████████████<br>███████████████ |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED**<br><br>███████████████<br>███████████████<br>███████████████ |

**DECLARATION OF MANUELA BUREK IN SUPPORT OF PLAINTIFFS EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB 1 LLC'S OPPOSITION TO DEFENDANTS' JOINT *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF <u>PLAINTIFFS' TESTING EXPERT, DR. JEFFREY KITTENDORF</u>**

I, Manuela Burek, declare as follows:

1.      I am an attorney at the law firm of Latham & Watkins LLP and counsel for Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC ("Eagle") in the above-captioned case. I am admitted to practice before the Court *pro hac vice*.

2.      I make this declaration in support of Eagle's Opposition to Defendants' Joint *Daubert* Motion to Exclude the Opinions of Plaintiffs' Testing Expert, Dr. Jeffrey Kittendorf.

3.      I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify thereto.

4.      Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Jeffrey Kittendorf, Ph.D., C.A. No. 24-cv-64, dated February 5, 2026.

5.      Attached as **Exhibit 2** is a true and correct copy of the Expert Report of Jeffrey Kittendorf, Ph.D., C.A. No. 24-cv-65, dated February 5, 2026.

6.      Attached as **Exhibit 3** is a true and correct copy of excerpts of the Deposition Transcript of Jeffrey Kittendorf, Ph.D., C.A. No. 24-cv-65, dated April 28, 2026.

7.      Attached as **Exhibit 4** is a true and correct copy of High-Performance Liquid Chromatography (HPLC): Principles, Applications, Versatality, Efficiency, Innovation and Comparative Analysis in Modern Analytical Chemistry and In Pharmaceutical Sciences (EAGLEBEN-SA_00369902).

8.      Attached as **Exhibit 5** is a true and correct copy of the 2024 Annual Report for NDA #215033 Bendamustine Hydrochloride Injection, Section 1.13.5 Summary of Manufacturing Changes (APOBENDA64_053609).

9.      Attached as **Exhibit 6** is a true and correct copy of Slayback NDA Section 3.2.P.8.1 Stability Summary and Conclusion (SLAY-VIVMUS0009579).

1

10.     Attached as **Exhibit 7** is a true and correct copy of the 2023 Annual Report for NDA #212209 Bendamustine Hydrochloride Injection, with reporting period: December 7, 2022 through December 6, 2023 (SLAY-VIVMUS0010634).

11.     Attached as **Exhibit 8** is a true and correct copy of excerpts of the Reply Expert Report of Jeffrey Kittendorf, Ph.D., No. 24-cv-65, dated April 13, 2026.

12.     Attached as **Exhibit 9** is a true and correct copy of excerpts of the Rebuttal Expert Report of Brian Smith, Ph.D., No. 24-cv-65, dated March 15, 2026.

13.     Attached as **Exhibit 10** is a true and correct copy of excerpts of Practical HPLC Method Development, Second Edition (EAGLEBEN-SA_00373969).

14.     Attached as **Exhibit 11** is a true and correct copy of the MSN Laboratories Private Limited Long-Term Stability Study Report for Apotex's Bendamustine Hydrochloride Injection (APOBENDA64_053963).

15.     Attached as **Exhibit 12** is a true and correct copy of the MSN Laboratories Private Limited Long-Term Stability Study Report for Apotex's Bendamustine Hydrochloride Injection (APOBENDA64_053959).

16.     Attached as **Exhibit 13** is a true and correct copy of the MSN Laboratories Private Limited Long-Term Stability Study Report for Apotex's Bendamustine Hydrochloride Injection (APOBENDA64_053967).

17.     Attached as **Exhibit 14** is a true and correct copy of the MSN Laboratories Private Limited Finished Product Specification for Bendamustine Hydrochloride Injection, dated January 2023 (APOBENDA64_007958).

I declare under penalty of perjury that the foregoing is true and correct.

July 1, 2026

/s/ Manuela Burek_____

Manuela Burek

# EXHIBIT 1
# REDACTED IN ITS ENTIRETY

# EXHIBIT 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC., AND EAGLE SUB1 LLC<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

## EXPERT REPORT OF DR. JEFFREY D. KITTENDORF, PH.D.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

## TABLE OF CONTENTS

I.      Assignment .................................................................................................................1

II.     Qualifications.............................................................................................................2

III.    Statement of Opinions................................................................................................5

        A.      Background....................................................................................................6

        B.      Analysis of Slayback's Liquid Bendamustine Product...........................................8

                1.      Samples and Reference Standards ....................................................8

                2.      Analytical Method ...........................................................................9

                3.      Results.............................................................................................15

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

## I.    ASSIGNMENT

1.    I have been retained by Latham & Watkins LLP on behalf of Eagle Pharmaceuticals, Inc. and Eagle SUB1 LLC (collectively, "Plaintiffs" or "Eagle") as an expert in the fields of medicinal chemistry and analytical chemistry.  Specifically, I have been retained as an expert on high-performance liquid chromatography ("HPLC") testing and analysis, which is a technique in analytical chemistry used to separate, identify, and quantify different chemical compounds within a liquid sample.

2.    I understand this litigation is primarily related to Plaintiff's Belrapzo® drug product.  Specifically, I understand that Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively, "Slayback") filed a New Drug Application under the 505(b)(2) regulatory pathway ("505(b)(2) Application") with the U.S. Food and Drug Administration ("FDA") seeking approval for its proposed liquid bendamustine product, Vivimusta®, which relies on Belrapzo® as the listed drug ("LD").

3.    For this litigation, I was asked to use HPLC to test the composition of Slayback's liquid bendamustine product samples and identify the extent to which impurities were present.  I was specifically asked to provide my opinion as to whether samples of Slayback's liquid bendamustine product have "less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C," which I understand is a limitation relating to the amount of total impurities in certain asserted claims.  *See, e.g.*, U.S. Patent No. 12,138,248 cl. 1, 8; U.S. Patent No. 11,872,214 cl. 1, 6.

4.    I was also asked whether performing the HPLC measurements at different wavelengths, such as 223 nm ██████████ would have any material effect on the measured percentages of total impurities in Slayback's liquid bendamustine product samples.

1

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

5.    To conduct this testing, I received 10 vials of Slayback's liquid bendamustine product that I understand Slayback produced in this litigation.  I also obtained bendamustine hydrochloride ("BDM HCl") reference standards and bendamustine related compounds D and E from United States Pharmacopeia ("USP").

6.    The opinions in this report are based on my education, training, knowledge, understanding of basic texts and principles, and experience in the relevant scientific disciplines.  I also considered the materials referenced throughout this report and the HPLC analysis of Slayback's liquid bendamustine product.  The opinions in this report are based on the information that is currently available to me, and I reserve the right to supplement this report if additional information or research leads me to conclude that supplementation is necessary.

7.    If called to testify as an expert witness, my testimony may include the opinions and bases in this report (or any other report that I may issue in this litigation), along with responses to any facts, arguments, allegations, or references that Slayback or its experts raise in this litigation.

8.    In addition, I may rely on and present demonstratives to summarize my opinions and/or explain the terms and concepts related to my opinions.  While I have not yet decided what, if any, demonstratives that will include, I reserve the right to present such demonstratives at the time of my testimony.

## II.    QUALIFICATIONS

9.    While this section provides a summary of my qualifications, my Curriculum Vitae, which is attached as **Exhibit A**, more fully describes my background, including a comprehensive list of my publications.  Taken together, I have more than 30 years of research experience in interdisciplinary fields of biochemistry, molecular biology, enzymology, natural products chemistry, and analytical chemistry.  My research often includes obtaining data to determine the composition of various samples, including but not limited to the purity of samples and the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

identification and quantification of impurities.  One standard technique for doing so, which I have used throughout my research career, is HPLC.  I have conducted thousands of HPLC measurements over the course of my research career and analyzed the resulting data.  As such, I am highly skilled in HPLC separation and analysis of small molecules.

10.     In 1997, I received a Bachelor of Science in Biochemistry, cum laude, from Eastern Michigan University.  During my undergraduate studies, I was a Laboratory Assistant at the pharmaceutical company Parke-Davis/Warner Lambert (1996-1997), where I performed, among other laboratory tasks, HPLC analyses of drug samples to determine their purity and concentration in support of pathology, toxicology, and clinical pharmacy operations.  I also used HPLC analysis to isolate and assess the purity of degradation products derived from experimental drug formulations.  These isolated impurities were subsequently used as reference standards for drug stability testing.

11.     In 2004, I received a Doctor of Philosophy degree ("Ph.D.") in Medicinal Chemistry from the University of Michigan College of Pharmacy.

12.     Between 2004 and 2008, after earning my doctorate, I was a National Institutes of Health Postdoctoral Fellow at the University of Michigan Life Sciences Institute.  My research focused on natural product biosynthesis.  Several projects that I was involved with during this time-period required the application of HPLC to isolate and purify natural product compounds, such as pikromycin, methymycin, narbonolide, and 10-deoxymethynolide, that were derived from bacterial fermentation, and in a few cases, I was required to develop and apply HPLC and HPLC-mass spectrometry analyses in enzyme assays.

13.     In 2009, I completed the Master of Business Administration Essentials & Entrepreneurship Program at the University of Michigan Ross School of Business.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14.    Since 2009, I have worked at the University of Michigan Life Sciences Institute as a Research Investigator (2009-2013), a Research Assistant Scientist (2013-2015), and an Adjunct Research Assistant Scientist (2015-2019).  In these roles, I have pursued interdisciplinary research projects that have focused on natural product biosynthesis.  I have served as a guest lecturer in a variety of undergraduate and graduate level courses and have provided mentoring to graduate and undergraduate students relevant to their research projects and career ambitions.

15.    In 2009, I co-founded two companies, PharmaForensics Laboratories, LLC ("PharmaForensics Laboratories") and Alluvium Biosciences, Inc ("Alluvium Biosciences").  At PharmaForensics Laboratories, I serve as the Managing Partner and provide technical assistance and product evaluation in the areas of life sciences, pharmaceuticals, and biotechnology.  My responsibilities include performing chemical, biochemical, and pharmaceutical analyses, including the use of HPLC analysis and other techniques to characterize and quantify impurities in drug products and biological samples.  As an independent consultant, I provide my technical expertise and scientific knowledge based on my education and industrial experience in analytical and medicinal chemistry.

16.    Until 2020, I was the Vice President of Research at Alluvium Biosciences.  There, my responsibilities included directing contract research and drug discovery projects in the areas of anti-cancer and infectious diseases.  Many of these projects relied on HPLC to isolate and purify natural product lead compounds for biological testing and further chemical derivatization and development.

17.    Since 2019, I have worked at the University of Michigan College of Pharmacy as an Adjunct Associate Professor.  As of 2024, I am also a Mentor in Residence at the University of

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Michigan Innovation Partnerships. In that role, I provide my expertise to both students and faculty in their efforts to commercialize life science technologies and therapeutics.

18. In 2020, I co-founded the company TreeTown Analytical, LLC. Until 2023, I served as the Chief Executive Officer and performed chemical analyses for products in the regulated cannabis industry.

19. During my career, I have authored or co-authored at least 20 publications on topics relating to structural, mechanistic, and analytical study of enzyme catalysis and natural product biosynthesis.

20. I have also earned numerous honors, including a Regents Scholarship from Eastern Michigan University (1992-1996); a Pre-Doctoral Training Grant in the Pharmacological Sciences from the National Institutes of Health ("NIH") (2000-2002); an American Foundation for Pharmaceutical Education Pre-Doctoral Fellowship (2001-2004); the Horace H. Rackham Pre-Doctoral Fellowship from the University of Michigan (2002-2003); a Rho Chi Honor Society Membership (2004); and the Ruth L. Kirschstein National Research Service Award Postdoctoral Fellowship from the NIH (2006-2008).

21. Within the past five years, I testified by deposition in one case as an expert: *Chiesi USA, Inc., v. MSN Pharmas, Inc.*, C.A. 2:19-cv-18564, (D.N.J. Mar. 3, 2022).

22. ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████. My compensation is in no way contingent upon the outcome of my analysis or this litigation.

## III.    STATEMENT OF OPINIONS

23. The following sections contain the following analyses and opinions:

   a.    Section A provides a background on HPLC analysis.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

      b.      Section B describes the HPLC analysis of Slayback's liquid bendamustine product at wavelengths of 223 nm ██████████, including a description of the analytical method and results.

24.     As further explained below, it is my opinion that Slayback's liquid bendamustine product samples have "less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C." *See supra* ¶ 4.

25.     As further explained below, it is also my opinion that the HPLC measurements at different wavelengths (*i.e.*, 223 nm ████████) produce essentially the same results. Given that ███████████████████████████████████████████████████████ ████████████████████████████ any *de minimis* difference in nominal result would not change the ultimate determination that Slayback's liquid bendamustine product vials satisfy the foregoing stability requirement

### A.    Background

26.     HPLC analysis is a commonly employed analytical chemistry technique used to separate, identify, and quantify chemical components within complex mixtures, including drug products. In general, HPLC systems use high-pressure pumps to force one or more mobile phases containing a sample mixture into a column containing a stationary phase. Because of differences in chemical properties, different components in the mixture will move through the stationary phase at different rates, thus causing the mixture to separate into its constituent components over time. HPLC systems typically use ultra-violet light to detect the separated components, based on light absorbance, as they elute from the stationary phase within the column. Computer-controlled chromatography data systems collect and process the absorbance signals to generate an HPLC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

chromatogram. The chromatogram contains the information necessary to evaluate the presence and amounts of each chemical component in the mixture. *See, e.g.*, EAGLEBEN-SA_00361389 at -1391-07 (Fifield 2000).

27.    As a routine part of designing an HPLC analytical method, an analytical chemist will experimentally determine the HPLC method conditions and parameters appropriate to perform the desired separation and analysis. For example, the analytical chemist must determine the composition of the mobile and stationary phases, the volume of the sample mixture, the column and sample temperatures, and the run time. Rather than employing an isocratic, or fixed, mobile phase, the analytical chemist may employ a gradient, or mixture of mobile phases, which changes throughout the course of the experiment. Depending on the detection method, the analytical chemist may also employ a particular wavelength of light, for example, 223 nm, to detect the components of the mixture as they elute from the stationary phase. *See, e.g.*, **Exhibit B**(Snyder 1997).

28.    In determining the relevant HPLC analytical method conditions and parameters, the ultimate goal is to ensure that the experiment accurately resolves and detects the amounts of the components in the mixture. Multiple methods that differ in one or more parameters can achieve valid and accurate separation and measurement. If two different HPLC analytical methods have been demonstrated to be valid for the desired separation and quantitation, both methods will yield accurate measurements. In fact, all appropriate parameters that have been experimentally verified, will provide an accurate quantification of the separated components of a mixture and, accordingly, the percentages of various substances present. Thus, even if a different, appropriate set of parameters were chosen, and the components again separated, the resulting measurements will be the same or sufficiently similar.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

29.     To determine whether a given HPLC analytical method is valid, an analytical chemist will perform a series of routine analyses designed to ensure that the method possesses certain characteristics, including accuracy, linearity, precision, specificity, range, and robustness, among others.  Assuming the HPLC analytical method in question possesses these characteristics, the method is deemed valid for the given task.  *See, e.g.*, Ex. B, at 685-713.

30.     Accordingly, the FDA requires applicants to demonstrate that their HPLC analytical methods possess the above-mentioned characteristics before accepting their measurements as valid.  *See* EAGLEBEN-SA_00361338 (Analytical Procedures and Methods Validation for Drugs and Biologics (2015)); EAGLEBEN-SA_00361356 (Validation of Chromatographic Methods (1994)).  Specifically, the FDA requires each NDA applicant, such as Slayback, to "include the analytical procedures necessary to ensure the identity, strength, quality, purity, and potency of the drug substance and drug product" and to "submit the data used to establish that the analytical procedures used in testing meet proper standards of accuracy and reliability."  EAGLEBEN-SA_00361338 at -1342, -1348 (Analytical Procedures and Methods Validation for Drugs and Biologics (2015)).  "When an analytical procedure is approved/licensed as part of the NDA, ANDA, or BLA, it becomes the FDA-approved analytical procedure for the approved product."  *Id.* at -1343.  Thus, if the FDA has approved or tentatively approved an NDA or ANDA, the associated analytical methods are generally understood to be valid.

### B.     Analysis of Slayback's Liquid Bendamustine Product

#### 1.     Samples and Reference Standards

31.     As part of this litigation, I received 10 vials of Slayback's liquid bendamustine product (25 mg/mL) (Lot No. 4E08594) (Exp. 03/2027) on November 7, 2025 from Slayback.  The samples were shipped in controlled temperature packaging.  The shipping temperature was

8

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

monitored using an enclosed data logger.  The temperature data is attached as **Exhibit C**.  Upon

receipt, I opened the package containing the samples and stored them in a secure laboratory

refrigerator at about 4° C.  Receipt records are attached as **Exhibit D**.  Given that the Slayback

liquid bendamustine product has a shelf life of ███████  I understand that the foregoing samples

were tested at approximately ████████  after being packaged in the vials.

32.    I purchased BDM HCl reference standard (USP No. 1065221; Lot No. F070G0)

from USP.  The certificates of analysis for those reference standards are attached as **Exhibit E**.

33.    I also purchased bendamustine related compound D (USP No. 1065265; Lot No.

F070L0) and bendamustine related compound E (USP No. 1065276; Lot No. F070M0) from USP.

Records are attached as **Exhibit F**.

### 2.    Analytical Method

34.    For purposes of this experiment, I was asked to review and, if appropriate, ███

███████████████████████████████████████████████████

████████████

██  ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

██  ████████████████████████████████████████

████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

37. ██████████████████████████████████████████████

██████████████████████████████████████████████

███████

38.      Scans of the laboratory notebook pages relating to this experiment and the protocol followed are attached as **Exhibit G** and **Exhibit H**, respectively.  Related chromatograms are attached as **Exhibit I**.

**Table A1.  Slayback's Method Conditions and Parameters**



**Table A2.  Slayback's Gradient Program**



10

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

39.    Prior to beginning the analysis, ██████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████ Based on my

education, training, and experience, evaluation of these system suitability parameters suggested

that I could successfully transfer and employ Slayback's analytical method to analyze the impurity

profile of bendamustine-containing products, including Slayback's liquid bendamustine product,

using my laboratory's HPLC equipment.

40.    ███████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████

██    ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████

11

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



42. ███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████[1] ████████████████████

█   ███████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████

█   ███████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████████

█   ███████████████████████████

███████████████████████████████████

███████████████████████████████████

---

[1] Slayback's method includes ████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

12

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

███████████████████████████████████████████████

███████████████████████████████████████

██    ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████

51.    To quantify the amounts of the impurities, I calculated the normalized peak area response of each impurity, which I understand is the approach specified in the relevant asserted claims. *See supra*, ¶ 4.

52.    I also calculated the mass percentage of impurities. The following equation describes this approach.

$$\text{Mass Percentage} = \frac{AT}{AS} \times \frac{WS}{100} \times \frac{25}{WT} \times \frac{P}{100} \times \frac{100}{LC} \times \frac{1}{RRF} \times D$$

Where,

| | | |
|---|---|---|
| AT | = | Peak area of impurity in sample injection |
| AS | = | Peak area of bendamustine hydrochloride in standard injection |
| WS | = | Weight of working standard (mg) |
| WT | = | Weight of sample (g) |
| P | = | Percentage purity of working standard on an as is basis |
| LC | = | Label claim (mg/mL) |
| RRF | = | Relative Response Factor |
| D | = | Density of drug product (g/mL)[2] |

---

[2] ████████████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

### 3.    Results

53.    Tables B1-4 below set forth the mean normalized peak area responses and mass percentages[3] for each impurity detected at 223 nm ███████

**Table B1. Normalized Peak Area Responses (223 nm)**



**Table B2. Normalized Peak Area Responses** ███████



---

[3] For this experiment, the mass percentage calculations assume an RRF of 1.

[4] Peaks corresponding to BDM HCl are omitted because they do not contribute to the impurity measurements.

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Table B3. Mass Percentages (223 nm)**



**Table B4. Mass Percentages** ▮▮▮▮▮▮



54.    As reflected in Tables B1-4 above, the mean normalized peak response for total impurities in Slayback's liquid bendamustine product samples was measured to be ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ The mean mass percentage for total impurities in those samples was measured to be ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The results of this experiment show that, regardless of whether the mean normalized peak response or mean mass percentage was used, the total impurities in Slayback's liquid bendamustine product samples are ▮▮▮▮▮▮ Given

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



██████████████████████████████████████████████████████

██████████████████████████████████, it is my opinion that all vials of Slayback's liquid bendamustine product will satisfy the 15-month stability limitation when tested at both 223 nm

███████.

55. The results also show that the total impurities measured were essentially the same at 223 nm ████████. In my opinion, these results, ████████████████████

████████████████████████████████████████████████████

████████████████████████ show that the total amount of impurities measured in a bendamustine-containing sample does not meaningfully depend on the wavelength used for the HPLC analysis. As such, any differences between Slayback's HPLC analytical method and the method recited by the relevant claims, such as wavelength, are inconsequential for determining whether Slayback's liquid bendamustine product samples have "less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C." *See supra* ¶ 4.

56. As explained above, I understand that certain claim limitations relate to the amount of total impurities present after at least 15 months of storage. *See supra* ¶ 4. The product samples that Slayback supplied for this experiment included a lot number (pertaining to a broad group of products manufactured under similar conditions, which may include products from different batches) but no batch number (pertaining to a specific group of products manufactured under identical conditions in a single production). Without batch information, I was unable to identify certain information about the samples, such as the date when they were placed on stability.[5] As

---

[5] I understand from counsel that it took almost a year and a half from Eagle's initial request for product samples to receipt of those samples. *See* Eagle's First Set of Requests for Prod. (May 21,

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

such, I was required to estimate, based on my experience and the available documentation, the length of time that the samples were stored at the claimed temperature at the time of this experiment. The expiration date for the samples that I received was March 2027. *See* Ex. C, at 1. According to ████████████████████████████████████████████████

████████████████████████████    ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

57.     Additionally, ████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████    The testing that I conducted, along with ████████████████████████████████████████████, led me to conclude that all vials of the Slayback liquid bendamustine product that have been imported into the United States, offered for sale in the United States, and/or sold in the United States since the launch of the Slayback liquid bendamustine product satisfy the 15-month stability limitation.

58.     Thus, in my opinion, the requirement that all vials of Slayback's liquid bendamustine product have "less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C" is met.

---

2024); Ex. C (Nov. 7, 2025). Given the length of these negotiations and the upcoming discovery deadlines, counsel instructed me to conduct the analysis with the samples that Slayback provided.

Dated:   February 5, 2026

Dr. Jeffrey D. Kittendorf, Ph.D.

# EXHIBIT 3
# REDACTED IN ITS ENTIRETY

# EXHIBIT 4

Review



# High-Performance Liquid Chromatography (HPLC): Principles, Applications, Versatality, Efficiency, nnovation and Comparative Analysis in Modern Analytical Chemistry and In Pharmaceutical Sciences

## Abstract

High-Performance Liquid Chromatography (HPLC) is an advanced analytical technique employed to separate, identify, and quantify components in complex mixtures. The method operates based on the differential affinities of sam ple molecules for the mobile and stationary phases within a chr omatographic column. HPLC is recognized for its high resolution, accuracy, and efficiency, making t indispensable across various fields including pharmaceuticals, biotechnology, environmental analysis, and forensic science. The technique's adaptability to different detectors such as UV-visible, fluorescence, and mass spectrometry enhances its versatility and precision in analyzing a wide array of substances. Despite its advantages, HPLC presents challenges such as high operational costs, the need for specialized expertise, and susceptibility to contamination. Nonetheless, its role in modern analytical chemistry is pivotal, providing crucial insights and supporting developments in diverse scientific and industrial domains. This abstract encapsulates the core aspects of the article, highlighting the significance and applications of HPLC while also acknowledging its limitations.

Keywords: Detection methods • Analytical chemistry • Pharmaceutical sciences

Rashed Ahmed

Department of Pharmaceutical Sciences, Research Assistant North South University, Dhaka, Bangladesh

¹Author for correspondence: E-mail: rashed.ahmed@northsouth.edu

Received: 15-Sept-2024, Manuscript No. fmci-24-148086; Editor assigned: 17-Sept-2024, PreQC No. fmci-24-148086(PQ); Reviewed: 18-Sept-2024, QC No. fmci-24-148086(Q); Revised: 26-Sept-2024, Manuscript No. fmci-24-148086(R); Published: 29-Sept-2024

## Introduction

High-Performance Liquid Chromatography (HPLC) is a form of chromatography used to separate, identify and quantify compounds that are dissolved in solution. Chromatography is the separation of mixtures into their individual components. HPLC is an upgraded version of liquid chromatography based on the same principle of separating mixtures of chemicals. HPLC is used as a powerful tool in chemical and biological research and is also used by industry to separate and assay complex mixtures of substances. It is based on a simple mechanical separation process wherein mobile and stationary phases separate compounds inside a narrow capillary column. HPLC allows for detailed characterization of complex samples, including size, shape, hydrophobicity, hydrophilicity, charge, structure, and molecular weight. It is one of the most versatile techniques available for biophysical analysis.

HPLC involves a sample source, a form of mobile phase, a stationary phase, and a detector. The analyst selects the components of the HPLC to meet the sample's particular requirements and the analysis's objectives. The mobile phase consists of either a liquid, a gas, or a combination of the two and may be non-polar, slightly polar, or highly polar if being used to address a specific sample component. The stationary phase is usually a solid phase, such as silica, alumina, cellulose, or a combination of two or more. The stationary phase must be able to adsorb or bind the sample components present in the sample to prevent them from passing through the column without interacting with the stationary phase. The most commonly used detectors for HPLC are UV-visible, fluorescence, and electrochemical. All three detectors measure the presence of a sample component by measuring the sample's absorbance, fluorescence, or current. Other detectors, such as Mass Spectrometry (MS), can also be used but are

EAGLEBEN-SA_00369902

usually reserved for more complex analyses.

HPLC is used in pharmaceuticals, biotechnology, forensic science, agrochemicals, and environmental analysis industries. It is used to detect contaminants in food, ascertain the active ingredients in pharmaceuticals, and detect biological molecules such as DNA, antigens, and antibodies. In the pharmaceutical industry, HPLC is used to develop new drugs or drug formulations, quantify compounds in biological samples, and process-scale purification of compounds. In the biotechnology industry, HPLC is used in the development of biopharmaceuticals, in the enhancement and characterization of bio-catalysts, and the identification and purification of proteins. In forensic science, HPLC is used for the identification of substances found at crime scenes and in the analysis of biological samples. In the agrochemical industry, HPLC is widely used to analyze pesticide residues on crops, water samples, and food products. In environmental analysis, HPLC determines the presence of metals, pesticides, and other organic and inorganic contaminants in soil, water, and air samples. HPLC is often considered to be the gold standard in analytical technology due to its incredibly high resolution and accuracy. In addition, it is a rapid, low-cost, and relatively easy technique to perform. It offers high levels of efficiency, accuracy, and reproducibility. Its various features make HPLC an excellent tool for any analytical task.

### ■ Research objective

The primary objective of this research is to explore and elucidate the fundamental principles and applications of High-Performance Liquid Chromatography (HPLC) as a critical analytical technique. This study aims to provide a comprehensive overview of HPLC's operational mechanisms, including the separation processes based on differential affinities between mobile and stationary phases, and the various detectors utilized for compound identification and quantification. By examining the theory, instrumentation, and methodical advances in HPLC, the research seeks to highlight the technique's versatility, precision, and efficiency across multiple scientific theory.

Additionally, this research aims to assess the advantages and limitations of HPLC in practical applications, such as pharmaceuticals, biotechnology, environmental monitoring, and forensic analysis. The study will investigate the diverse roles of HPLC in detecting and quantifying different substances, from contaminants in food and environmental samples to active ingredients in pharmaceuticals. By achieving these objectives, the research intends to demonstrate the significance of HPLC in modern analytical practices, its potential for future developments, and its critical role in enhancing the accuracy and reliability of chemical analyses.

### ■ Research methodology

Three methodology has been used in this rearch :

- Literature review
- Case studies
- Comparative analysis

## Literature Review

The research methodology employed in the article on High-Performance Liquid Chromatography (HPLC) primarily revolves around a comprehensive literature review. This approach involves systematically collecting, analyzing, and synthesizing existing studies, articles, and textbooks relevant to HPLC to provide an in-depth understanding of its principles, instrumentation, applications, and advantages. The literature review draws on diverse sources, including peer-reviewed journals, academic books, and authoritative articles, to ensure a broad and thorough examination of the topic, which provide foundational knowledge and updated perspectives on HPLC methods and applications [1-3]. The literature review was conducted by identifying and evaluating relevant research articles and publications to extract essential information about the various aspects of HPLC. The review focused on understanding the theory behind HPLC, its instrumental components, and its use in various industries, such as pharmaceuticals, biotechnology, environmental sciences, and forensic science. The selected literature was critically analyzed to identify common themes, methodologies, findings, and gaps in the current knowledge. This analysis allowed for a comprehensive synthesis of existing research, highlighting the strengths and limitations of HPLC as an analytical tool and its evolution over time.

### ■ Case studies

In the article on High-Performance Liquid Chromatography (HPLC), the research methodology can be structured around multiple case studies that illustrate the diverse applications and effectiveness of HPLC across various fields. This approach would involve selecting specific examples or scenarios from the literature where HPLC has been successfully applied, providing a detailed analysis of each case to understand how the technique contributes to solving real-world problems.

EAGLEBEN-SA_00369903

High Performance Liquid Chromatography (HPLC): Practices, Applications, Versatility, Efficiency, Innovation and Comparative Analysis in Modern Analytical Chemistry and in Pharmaceutical Sciences

Review

- **Pharmaceutical industry case study:** A case study could focus on the use of HPLC in the pharmaceutical industry, specifically in drug development and quality control. This case would analyze how HPLC is employed to ensure the purity, potency, and stability of pharmaceutical compounds. For example, the study might detail the process of developing a new drug, where HPLC is used to separate and identify active ingredients and impurities. The methodology would describe how HPLC aids in optimizing formulations and maintaining quality standards throughout the production process, including the detection of contaminants and degradation products.

- **Environmental analysis case study:** Another case study could examine the application of HPLC in environmental science, such as monitoring pesticide residues in water or soil. The case would provide details on how HPLC is used to detect and quantify low concentrations of pollutants, showcasing its sensitivity and accuracy. The methodology would outline the steps involved, from sample collection and preparation to the selection of appropriate HPLC conditions (e.g., column type, mobile phase, and detector settings). It would also cover the interpretation of chromatograms to identify contaminants and assess their levels against regulatory standards.

- **Biotechnology and clinical research case study:** A third case study could focus on HPLC's role in biotechnology and clinical research, particularly in the separation and quantification of biomolecules like proteins, nucleic acids, or metabolites. This study would illustrate how HPLC is utilized to purify proteins for therapeutic use or to analyze complex biological samples for diagnostic purposes. The methodology would detail the process of sample preparation, the choice of stationary and mobile phases suitable for different biomolecules, and the use of detectors (e.g., UV-Vis, fluorescence) to measure the presence and concentration of target molecules.

- **Forensic science case study:** The article could also present a case study from forensic science, where HPLC is used to analyze biological samples (like blood or urine) to detect and quantify drugs, toxins, or other substances of forensic interest. The methodology would describe the procedures for sample collection, preservation, and preparation, as well as the specific HPLC conditions employed to achieve high sensitivity and specificity in detecting minute quantities of substances. This case would highlight HPLC's role in legal investigations and its ability to provide reliable, reproducible data that can withstand scrutiny in court [4].

**■ Each case study would involve the following steps:-**

Examples that demonstrate the use of HPLC in the chosen field. Selection criteria would include the relevance, significance, and detail provided about the HPLC methods and outcomes.

**Data collection and analysis:** Gather detailed information about the HPLC methods used in each case, including the type of samples analyzed, the specific HPLC equipment and settings, and the results obtained. This would involve extracting data from scientific publications, technical reports, and industry case studies

**Interpretation and synthesis:** Analyze the data collected to identify common patterns, strengths, challenges, and limitations associated with using HPLC in different contexts. Synthesize the findings to illustrate how HPLC contributes to advancing knowledge and solving specific problems in each field.

**Reporting and evaluation:** Present the findings from each case study in a structured format, highlighting key insights, practical applications, and the impact of HPLC on the respective industry or field. Evaluate the effectiveness of HPLC based on the outcomes observed in each case.

By using case studies as a research methodology, the article provides a deeper, more practical understanding of HPLC's capabilities and limitations, demonstrating its relevance and adaptability to diverse scientific and industrial applications.

**■ Comparative analysis**

In the context of the article on High-Performance Liquid Chromatography (HPLC), a comparative analysis research methodology could be used to evaluate HPLC against other chromatographic techniques and analytical methods. The goal of this comparative analysis would be to highlight the unique strengths and limitations of HPLC, as well

EAGLEBEN-SA_00369904

Review                    Ahmed H

as to assess its performance in relation to other methods, such as Gas Chromatography (GC), Thin Layer Chromatography (TLC), and Ultra-High-Performance Liquid Chromatography (UHPLC).

**• Approach to comparative analysis**

**Comparison with other chromatographic Techniques:** The comparative analysis could involve evaluating HPLC against other commonly used chromatographic techniques like Gas Chromatography (GC) and Thin Layer Chromatography (TLC). The methodology would focus on various parameters, such as sensitivity, resolution, speed, cost, and suitability for different types of samples (e.g., volatile vs. non-volatile, polar vs. non-polar).

**Gas Chromatography (GC):** This comparison would analyze the differences between HPLC and GC, particularly their suitability for different sample types. GC is generally more appropriate for volatile compounds, while HPLC is more versatile and can handle both volatile and non-volatile samples, including large biomolecules. The comparative analysis would consider aspects like the types of detectors used, the level of sensitivity achieved, the resolution of the separation, and the practical limitations (e.g., sample preparation, required equipment, and running costs).

**Thin Layer Chromatography (TLC):** The comparison with TLC would examine the fundamental differences between a simple, low-cost technique like TLC and the more sophisticated HPLC. TLC is useful for quick, qualitative analysis, but lacks the precision, resolution, and quantitative capabilities of HPLC. This analysis would highlight how HPLC's automated and highly sensitive system offers significant advantages over TLC, especially in terms of reproducibility, accuracy, and the ability to analyze complex mixtures.

**Comparison with Ultra-High-Performance Liquid Chromatography (UHPLC):** Another aspect of the comparative analysis could be to compare HPLC with its more advanced variant, UHPLC. UHPLC operates at higher pressures than traditional HPLC, leading to faster analysis times and better resolution. The comparative analysis would examine the benefits and drawbacks of each technique, including considerations of cost (UHPLC systems are typically more expensive), speed (UHPLC is faster), sensitivity, and the types of analyses for which each technique is most suitable.

The analysis could explore scenarios where UHPLC's speed and resolution are advantageous, such as in high-throughput screening or when dealing with highly complex samples, versus situations where traditional HPLC remains sufficient and more cost-effective [5].

**• How this comparative analysis would be conducted**

- **Define criteria for comparison:** Establish specific parameters for comparison, such as sensitivity, resolution, speed, cost, sample type compatibility, ease of use, and the level of required expertise. Each parameter would be evaluated for HPLC and the other analytical methods to determine their relative strengths and weaknesses.

- **Literature review and data collection:** Conduct a thorough review of the scientific literature, including peer-reviewed journals, textbooks, and technical reports, to collect data on the performance of HPLC and the comparative techniques. This review would include studies that directly compare these methods in similar contexts or applications.

- **Data analysis:** Analyze the collected data to identify trends, patterns, and differences in the performance of HPLC relative to other methods. This could involve quantitative comparisons (e.g., sensitivity levels, analysis times) as well as qualitative assessments (e.g., ease of use, cost considerations).

- **Interpretation of results:** Interpret the findings to draw conclusions about the conditions under which HPLC is most advantageous and when alternative methods might be preferable. This would include considering the specific needs of different industries (e.g., pharmaceuticals, environmental science, forensic analysis) and the types of samples commonly encountered.

- **Reporting:** Present the comparative analysis results in a structured format, such as a table or matrix, summarizing the key points of comparison. The report would highlight HPLC's strengths and limitations relative to other techniques, providing a clear overview of its role and potential in various analytical contexts.

By using a comparative analysis methodology, the article offers a more nuanced perspective on HPLC, demonstrating its value in relation to other analytical

EAGLEBEN-SA_00369905

High Performance Liquid Chromatography (HPLC): Principles, Applications, Versatility, Efficiency, Innovation, and Comparative Analysis in Modern Analytical Chemistry and In Pharmaceutical Sciences

Review

techniques and helping readers understand the best contexts in which to utilize HPLC effectively.

## Theory

High-Performance Liquid Chromatography (HPLC) is an invaluable analytical technique used in separating, identifying, and quantifying compounds in a mixture. HPLC is a powerful biochemical, pharmaceutical, and environmental analytical chemistry tool. It has features such as excellent efficiency, accuracy, and reproducibility, and it produces data useful in various fields. The method of HPLC can be used for quantifying a particular compound in a sample. Since each compound has its particular retention time, its presence in the sample can be established by comparing its retention time to a known, standard compound of the same type. Based on the comparison, estimating the compound concentration in the sample is possible.

HPLC works by passing a sample mixture of different compounds through a column filled with a solid adsorbent material. As the compound mixture passes through the column, the individual components interact differently with the absorbent material due to their chemical structures, size, and hydrophobicity differences. This allows for the separation of the sample components and the identification of each compound based on its unique retention time, which is the amount of time it takes the compound to traverse the column. [6].

### ■ Principles of HPLC

HPLC is a type of partition chromatography that utilizes the partitioning of substances between the stationary and mobile phases. The mobile phase consists of a solvent, or a mixture of solvents that moves through the column carrying the sample when a pump exerts pressure. The stationary phase is a solid material, such as silica, packed in a column or cartridge. When the sample passes through the column, the stationary phase adsorbs the components of the sample with different affinities, resulting in a separation of the components (Figure 1).



**Figure 1:** High performance liquid chromatography.

The basis of HPLC is that molecules will move through the stationary phase at different speeds, depending on their relative affinity for the stationary phase. Different compounds travel at different speeds, which results in the separation of the compounds. The rate of movement of the components is determined by the relative affinities of the analyte molecules for the mobile and stationary phases. Compounds with a high affinity for the stationary phase will travel slower and separate more

EAGLEBEN-SA_00369906

than less strongly adsorbed molecules.

The principle behind HPLC is based on the ideas of partition equilibria and retention times. Partition equilibrium states that compounds will distribute themselves between two immiscible phases. For HPLC, this means that compounds will be attracted to the column's stationary phase (in this case, the adsorbent material) and the opposite mobile phase. At the same time, the retention time of a particular substance measures the time it takes the sample to move through the column and reach the detector. The HPLC process works by passing a sample

comprised of a mixture of compounds through a chromatographic column. This column contains a packing material, such as particles of silica, that are coated with an adsorbent or absorbent material. Different components in the sample will interact differently with the coating, causing them to move through the column at different rates. Separated components will emerge from the column in separate time slices, traveling through a detector and onto a recording device in an ordered manner (Figure 2).



**Figure 2:** Instrumentation.

HPLC instrumentation is a highly complex system. The combination of pumps, solvents, valves, filters, injectors, detectors, and a data-collection and processing unit makes HPLC a powerful analytical technique. The main components of an HPLC system include the solvent delivery system, the column, the detector, the recorder, and the data system. The solvent delivery system comprises a pump that can provide a steady pressure to the mobile phase. This column oven moderates the column temperature and flow meters to monitor the flow. The sample is injected into the system using various methods, such as manual injection, syringes, or autosamplers.

The column contains the stationary phase and consists of materials such as silica gel, silica-based packing materials, or polymeric materials. The packed column must be replaced when it is saturated with analyte molecules. The detector measures the compounds as they elute from the column. The most

common detectors are the ultraviolet-visible (UV-Vis) and the fluorescence detector.

High-Performance Liquid Chromatography (HPLC) is an analytical technique used to separate components of a mixture for further analysis. It is heavily used in the pharmaceutical industry and is considered a state-of-the-art technique for many types of biochemistry and organic chemistry analyses. HPLC is highly automated and utilizes sophisticated hardware and software in its implementation.

HPLC instrumentation includes many components, such as a high-pressure pump, solvent tanks with associated valves, filters, connectors, injectors, detectors, and a data collection and processing unit. Each of these components could be considered a sub-system of an HPLC system (Figure 3).

EAGLEBEN-SA_00369907

High Performance Liquid Chromatography (HPLC): Principles, Applications, Versatility, Efficiency, Innovation, and Comparative Analysis in Modern Analytical Chemistry and in Pharmaceutical Sciences

Review



**Figure 3:** Flow diagram of High Performance Liquid Chromatograph (HPCL).

The pump is used to ensure the correct pressure is present in the system to ensure the separation of the solutes. Control of the pressure is relatively simple, thanks to the feedback loop interactions between the pump and the valves. Pressure in the system is generally between 400 psi and 600 psi.

Solvent reservoirs are also utilized to store and provide solutions to the HPLC system. High-precision liquid flow control valves must be employed to ensure that the desired flow rates of solvents and mixtures can be provided. Filters are often employed to ensure that particles present in the solutions are not transported.

HPLC injectors are necessary for introducing the sample solution into the system. The best samples are usually those injected directly and free of bubbles. The components in the sample are then separated and analyzed for further processing.

Detectors are utilized to detect the analyte concentrations. UV/visible light detectors are the most commonly used and are extremely sensitive. They measure the absorbance of light from particle components present in the sample.

The last sub-system of an HPLC instrumentation is the data collection and processing unit. This unit is responsible for storing data related to the experiment. It can also be used for data processing and visualization.

### ■ Advantages

HPLC is a widely used analytical technique with many advantages over other methods. It offers high accuracy and sensitivity and can separate and detect even small amounts of substances. It is a reproducible technique that can screen and detect a wide range of compounds. It is also a relatively low-cost technique, and the equipment needed is reasonably inexpensive. Furthermore, HPLC systems are compact and can easily be interfaced with other systems.

High-Performance Liquid Chromatography (HPLC) is a powerful laboratory method used to separate

EAGLEBEN-SA_00369908

molecules in a mixture according to their chemical and physical properties. HPLC is highly versatile and can be used for a wide variety of analyses, including analysis of proteins, pharmaceuticals, biopharmaceuticals, and other biomolecules. HPLC offers the advantages of speed of analysis, accuracy, reproducibility, and cost-effectiveness.

Speed of analysis is one of the primary advantages of HPLC. It is much faster than other conventional chromatography methods. HPLC uses much more sophisticated technology, allowing it to separate a complex sample in a matter of minutes.

HPLC is also highly accurate and reproducible. Due to the speed of analysis, HPLC can give results much shorter than other chromatography methods, reducing the chances of sampling error and providing a more consistent result.

Furthermore, HPLC is a cost effective method for analysis. As it is faster than conventional chromatography methods, HPLC can analyze a large sample in a shorter time, reducing labor costs associated with conducting the analysis. In addition, the cost of the equipment used for HPLC is lower than that of conventional chromatography methods.

HPLC is also a very versatile method used in many fields, including food analysis, environmental analysis, and pharmaceutical analysis. As HPLC technology has advanced, it has become available for use in many different areas, from quality control to clinical research.

Finally, HPLC is a safe and reliable method of analysis. As the sample is separated without the use of heat or solvents, there is no danger of contamination from these compounds. Additionally, with HPLC, there is no need to purify the sample before analysis, making it easier and more cost-effective.

HPLC offers many advantages that make it the preferred method for many types of analyses. It is faster, more accurate, reproducible, and cost-effective, and is also very versatile. Furthermore, it is a safe and reliable method without contamination from heat or solvents. As a result, HPLC is increasingly being used for complex analyses in many different areas. It can separate and detect minimal amounts of compounds in a sample. It is cost effective, efficient, and easy to use with the right equipment, software, and training. HPLC has the capability to quantify and characterize samples of varying complexity. This makes HPLC an excellent tool for almost any chemical analysis task.

## ■ Disadvantages

High-Performance Liquid Chromatography (HPLC) is an analytical technique that is widely used in the pharmaceutical, environmental, food, and healthcare industries. HPLC is fast, reliable, and accurate, but it is not without its disadvantages.

HPLC has some limitations as well. Since the process is based on the adsorption of the analytes, it is not easy to separate compounds with similar adsorption properties. Furthermore, some compounds can degrade if exposed to too high a temperature or pressure in the system. In addition, the columns used in the process can become saturated with analytes, making it necessary to change the column periodically.

One major disadvantage of the HPLC technique is its cost. HPLC requires expensive instrumentation, specialized materials, and set-up fees, making it more expensive than other analytical techniques. Additionally, HPLC requires specialized staff with expertise in the instrumentation and understanding of the separation and detection processes.

In addition to the cost, HPLC also has an extended analysis time. Because separating a sample's components takes time, HPLC can take several hours to complete a complex analysis. This can be a significant disadvantage when fast results are needed or if there is limited time to dedicate to the experiment.

Another disadvantage of the HPLC technique is its susceptibility to contamination. It is easy for HPLC to become contaminated with organic compounds such as proteins, lipids, or surfactants. Contamination can lead to inaccurate results, lower resolution of peaks, and lower signal-to-noise ratio. Additional steps, such as membrane filtration or solid phase extraction, need to be taken to ensure that the sample is free from contamination.

Lastly, HPLC is also limited to analyzing small samples. Smaller sample sizes are needed to accurately capture the peaks of the compounds of interest. Larger sample sizes tend to require excessively long analysis times, so they are typically not viable.

HPLC technique is a powerful analytical technique that can provide fast, accurate, and reliable results. However, it has some significant disadvantages, including a high cost, long analysis times, susceptibility to contamination, and limited sample sizes. Nevertheless, it remains a valuable technique in many industries where fast results and accurate data are needed.

## Applications

EAGLEBEN-SA_00369909

High Performance Liquid Chromatography (HPLC): Principles, Applications, Versatility, Efficiency, Innovation, and Comparative Analysis in Modern Analytical Chemistry and in Pharmaceutical Sciences    Review

High Performance Liquid Chromatography (HPLC) is a powerful analytical technique used to separate and analyze components present in a sample. This technique has been widely used in various fields of knowledge, such as medicine, food science, microbiology, pharmaceuticals, and environmental research, for nearly four decades.

HPLC is used extensively to analyze various kinds of samples, from pharmaceuticals to food and environmental samples. It is used in quality control in the pharmaceutical industry to identify and quantify compounds in complex mixtures. It can also be used to detect contaminants and impurities in food, drugs, and environmental samples. HPLC is also used in bioscience and biotechnology to detect and quantify DNA, antibodies, antigens, and small molecules. Finally, HPLC is used in the research and development of new drugs and in forensic analysis.

In medicine, HPLC is generally used to identify and quantify drugs, hormones, and other active components in blood and urine samples. In the field of food science, HPLC is used to identify nutritional components such as carbohydrates, proteins, fats, vitamins, and minerals. HPLC is also used to monitor the quality of food products, determine the types of fatty acids in foodstuffs, and identify undesirable compounds such as pesticides.

HPLC is also widely used by pharmaceutical companies to determine the purity and potency of drugs. It is also used to characterize drug molecules to ensure they are safe for human use. HPLC effectively detects active components in various dosage forms, including tablets, capsules, syrups, and injections.

In the field of microbiology, HPLC is used to identify bacteria by detecting their chemical markers, such as proteins and enzymes. In environmental research, this technique can identify and quantify various pollutants in water and soil.

HPLC is a versatile and sensitive analytical technique that has a broad range of applications. It is an essential tool for scientists, pharmacists, food manufacturers, and environmental researchers. Its utility in many fields speaks to its value and impact on the scientific community.

## Analytical discussion

The article on High Performance Liquid Chromatography (HPLC) provides a comprehensive overview of this analytical technique, focusing on its principles, applications, advantages, limitations, and comparison with other chromatographic methods. HPLC is recognized for its ability to separate, identify,

and quantify components in complex mixtures, making it a versatile tool in diverse fields such as pharmaceuticals, biotechnology, environmental science, and forensic analysis.

## Key strengths and applications

HPLC's primary strength lies in its high resolution, accuracy, and efficiency, which allow for detailed characterization of complex samples based on their size, shape, hydrophobicity, hydrophilicity, charge, structure, and molecular weight. The technique is instrumental in pharmaceuticals for developing new drugs, ensuring quality control, and analyzing biological samples. In biotechnology, HPLC is utilized for the enhancement and characterization of biocatalysts, and the purification of proteins. Environmental sciences benefit from HPLC's ability to detect and quantify pollutants, while forensic science employs it for identifying substances found at crime scenes.

The article emphasizes HPLC's adaptability to different detectors (UV-visible, fluorescence, mass spectrometry), enhancing its versatility in analyzing a wide range of substances. This adaptability, combined with its rapid, cost-effective, and relatively easy execution, makes HPLC a preferred method in various scientific and industrial contexts. The case studies presented in the article covering pharmaceuticals, environmental science, biotechnology, and forensic analysis—demonstrate the technique's effectiveness in solving real-world problems and highlight its relevance across multiple disciplines.

## Comparative analysis and limitations

The article provides a comparative analysis of HPLC with other chromatographic techniques such as Gas Chromatography (GC), Thin Layer Chromatography (TLC), and Ultra-High-Performance Liquid Chromatography (UHPLC). While GC is more suitable for volatile compounds, HPLC is versatile for both volatile and non-volatile substances, including large biomolecules. The analysis illustrates that HPLC offers higher precision, resolution, and quantitative capabilities than TLC, which is primarily used for quick qualitative analysis. Compared to UHPLC, HPLC is less expensive but slower, with UHPLC providing faster analysis times and better resolution.

Despite its advantages, the article acknowledges several limitations of HPLC. These include high operational costs due to expensive instrumentation and specialized materials, the need for trained personnel, and susceptibility to contamination. Additionally, HPLC can struggle with separating

532

EAGLEBEN-SA_00369910

compounds with similar adsorption properties and may require frequent replacement of saturated columns. Extended analysis times for complex samples can be a disadvantage when fast results are needed.

Overall, the article presents HPLC as a highly reliable and powerful analytical technique with numerous applications. It effectively demonstrates HPLC's significance in modern analytical chemistry by providing critical insights and supporting scientific and industrial advancements. However, the discussion also highlights areas for improvement, such as reducing costs, enhancing speed, and minimizing contamination risks. By comparing HPLC with other methods, the article provides a nuanced perspective on the technique's unique advantages and areas where alternative methods might be more appropriate. This balanced approach helps readers understand the best contexts for utilizing HPLC effectively.

### ■ Uses

**High-Performance Liquid Chromatography (HPLC):** High-Performance Liquid Chromatography (HPLC) is a critical analytical technique across various sectors. Here's an overview of its uses, current applications, and potential future developments.

### ■ Uses of HPLC in pharmaceutical sectors

**Drug development and quality control:** HPLC is extensively used in drug development to ensure the purity and composition of new pharmaceutical compounds. During the development phase, it helps in characterizing drug substances and excipients, and during quality control, it is essential for verifying that the final product meets required specifications. It detects impurities and degradation products, ensuring the safety and efficacy of the drugs.

**Pharmacokinetics and pharmacodynamics:** In the study of pharmacokinetics (how the body affects a drug) and pharmacodynamics (how the drug affects the body), HPLC is used to measure drug levels in biological samples, such as blood and urine. This helps in understanding the absorption, distribution, metabolism, and excretion of drugs, leading to better dosing regimens and therapeutic outcomes.

**Clinical trials:** HPLC is employed to monitor the stability of drugs during clinical trials. It ensures that the drugs administered to participants are of the correct concentration and free from contaminants, thus maintaining the integrity of clinical trial data.

**Regulatory compliance:** Pharmaceutical companies use HPLC to comply with regulatory standards set by organizations like the FDA and EMA. It is instrumental in the validation and verification of analytical methods, and in generating data required for regulatory submissions.

**Forensic analysis:** In forensic pharmaceutical analysis, HPLC helps in the identification and quantification of drugs and their metabolites in samples related to criminal investigations or drug abuse cases.

### ■ Current use

Currently, HPLC is integral to pharmaceutical manufacturing processes, ensuring that products are consistent and meet the high standards required by the industry. Advances in HPLC technology, such as the development of faster and more efficient columns and detectors, have improved its resolution and sensitivity. These advancements allow for the analysis of complex mixtures and lower detection limits, enhancing the ability to detect minute quantities of impurities.

## Future Developments

The future of HPLC in the pharmaceutical sector looks promising with several anticipated advancements:

**Integration with other techniques:** Combining HPLC with techniques like mass spectrometry (LC-MS) or nuclear magnetic resonance (LC-NMR) will continue to enhance its analytical capabilities. These integrations can provide more detailed information about molecular structures and interactions.

**Miniaturization and automation:** Advances in miniaturization and automation are likely to make HPLC more efficient and cost-effective. Micro-HPLC systems and automated sample handling can increase throughput and reduce manual labor, making the technique more accessible for routine analyses.

**Advanced columns and materials:** Development of new stationary phases and column materials will improve separation efficiency and speed. Innovations such as monolithic columns and superficially porous particles promise to enhance performance and reduce analysis times.

**Increased sensitivity and selectivity:** Future HPLC systems will likely offer even greater sensitivity and selectivity, allowing for the detection of lower concentrations of analytes and a wider range of compounds, including complex biomolecules and nanoparticles.

**Green chemistry:** There is a growing emphasis on

EAGLEBEN-SA_00369911

High Performance Liquid Chromatography (HPLC): Principles, Applications, Versatility, Efficiency, Innovation and Comparative Analysis in Modern Analytical Chemistry and in Pharmaceutical Sciences

Review

sustainability, and future developments in HPLC will focus on reducing solvent consumption and waste, aligning with the principles of green chemistry.

Overall, HPLC will continue to be a cornerstone of pharmaceutical analysis, evolving with technological advancements to meet the ever-increasing demands of the industry.

### ■ Uses of HPLC in other sectors

**Environmental analysis:** In environmental analysis, High Performance Liquid Chromatography (HPLC) is essential for detecting and quantifying pollutants in various matrices such as water, soil, and air.

**Current use:** It is used to monitor contaminants, including pesticides, industrial chemicals, and natural toxins, ensuring compliance with environmental regulations and protecting ecosystems.

**Future prospects:** Advances in HPLC technology, including greater sensitivity and real time analysis capabilities, are expected to enhance environmental monitoring, allowing for more precise and timely detection of pollutants.

### ■ Food and beverage industry

HPLC plays a significant role in the food and beverage industry for quality control and safety testing.

**Current use:** It is utilized to analyze food ingredients, additives, preservatives, and contaminants, ensuring products meet safety standards and labeling requirements.

**Future prospects:** Continued advancements in HPLC methods, including faster analysis times and higher resolution, will likely improve the accuracy of food testing and support the detection of new and emerging contaminants.

### ■ Clinical research

In clinical research, HPLC is used to analyze biological samples, such as blood and urine, to support drug development and clinical trials.

**Current use:** It helps measure drug concentrations and biomarkers, which is crucial for pharmacokinetic studies and evaluating therapeutic efficacy and safety.

**Future prospects:** Enhanced HPLC technologies, combined with automation and integration with other analytical techniques, are expected to provide more precise and comprehensive data, advancing personalized medicine and improving clinical research outcomes.

### ■ Forensic science

HPLC is valuable in forensic science for analyzing samples in criminal investigations.

**Current use:** It is employed to detect and quantify substances such as drugs, explosives, and toxins in evidence samples.

**Future prospects:** Innovations in HPLC could lead to more rapid and detailed forensic analysis, improving the accuracy of investigations and supporting justice.

### ■ Cosmetic industry

In the cosmetic industry, HPLC is used for quality control and safety testing of cosmetic products.

**Current use:** It helps ensure that formulations contain the correct concentrations of active ingredients and are free from harmful contaminants.

**Future prospects:** Advances in HPLC will likely enhance the ability to analyze complex cosmetic formulations and ensure compliance with regulatory standards.

Overall, HPLC's versatility makes it an invaluable tool across various sectors, with ongoing advancements set to broaden its applications and improve analytical precision

## Conclusion

HPLC is an essential tool for both qualitative and quantitative analysis. HPLC can be used to analyze and identify chiral compounds, to confirm the structure, and to detect minor differences in complex samples. With its high accuracy, sensitivity, and reproducibility, it is used widely in many research and analytical fields. HPLC can be used to analyze a wide range of compounds, from pharmaceuticals to environmental samples. It has clear advantages over other analytical techniques, making it an ideal tool for scientific and industrial applications. As a result of the precise and reproducible separation the technique provides, HPLC has been used to screen for impurities in product purity tests, to identify unknowns in drug discovery and development, and to characterize protein structure and function. With the increasing sensitivity and efficiency of the systems, it is possible to detect differences in chemical composition, size, shape, charge, and many other differences due to the various chromatographic conditions used. It is a highly reliable, efficient, and powerful technique with numerous applications.

EAGLEBEN-SA_00369912

Review                          Ahmed R.

## References

1. Singh R. HPLC method development and validation an overview. *J Pharm Educ Res.* 4(2013)

2. Kazakevich Y, Lobrutto R. HPLC for Pharmaceutical Scientists

3. Dong MW. HPLC and UHPLC for Practicing Scientists. *John Wiley Sons* (2019).

4. Sahu PK, Ramisetti NR, Cecchi T, et al. An overview of experimental designs in HPLC method development and validation. *J Pharm Biomed Anal.* 147:590-611 (2018)

5. Patil MP. HPLC Method Development–A Review. *J Pharm Res Educ.* 1:243-260 (2017)

6. Vidushi Y, Meenakshi B, Bharkatiya M. A review on HPLC method development and validation. *Res J Life Sci Bioinform Pharm Chem Sci.* 3:178(2017)

EAGLEBEN-SA_00369913

EXHIBIT 5
REDACTED IN ITS ENTIRETY

# EX. 6
# FILED UNDER SEAL

# EX. 7
# FILED UNDER SEAL

# EXHIBIT 8

HIGHLY CONFIDENTIAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., AND EAGLE SUB1 LLC<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED**<br><br>**HIGHLY CONFIDENTIAL** |

## REPLY EXPERT REPORT OF DR. JEFFREY D. KITTENDORF, PH.D.

**HIGHLY CONFIDENTIAL**

Dr. Smith's "corrected" RRF value calculations are improper and do not refute my conclusion that the requirement that all vials of Slayback's liquid bendamustine product have "less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C" is met. *See* Kittendorf Op. Rep. ¶ 58.

15.    As explained below, it is also my opinion that Dr. Smith is incorrect that using a peak area response method to quantify the impurities renders the method "different" from Slayback's method, at least because Slayback's ████████████████████████ ████████████████████████████████████

16.    As explained below, it is also my opinion that the level of rigor that Dr. Smith argues is necessary for validation is not required to reliably conduct the analysis in this case.

17.    As explained below, it is also my opinion that Dr. Smith's failure to perform any independent HPLC analysis of Slayback's liquid bendamustine product renders his opinion regarding infringement unfounded and incorrect.

18.    Finally, as explained below, it is also my opinion that the experiments conducted in the prior *Hospira* litigation are reliable, and Dr. Smith's duplicative criticisms are incorrect for the same reasons that his criticisms regarding the experiments in this case are incorrect.

**A.    Testing at 223 nm Does Not Render the Method "Novel"**

19.    Dr. Smith argues that because ████████████████████████████ ████ testing at 223 nm renders the method "novel" and in need of "full validation." Smith Rebuttal Rep. ¶¶ 70, 73. Specifically, Dr. Smith argues testing at 223 nm requires a new method validation per USP 621 because "the absorptivity (response factor) of molecules varies with wavelength." *Id.* ¶¶ 70-71. Dr. Smith's conclusion is overstated for at least three reasons.

20.    First, USP 621 "applies only to monograph methods published in the USP," which "means that it does not apply to methods that [have been] developed and validated in [one's]

3

**HIGHLY CONFIDENTIAL**

laboratory, obtained from the scientific literature, or inherited from somewhere else." *See* ⟨621⟩ Chromatography, USP at 1 (2022); *see also* John W. Dolan, *Method Adjustment the USP Way*, LCGC (June 12, 2017), available at https://www.chromatographyonline.com/view/method-adjustment-usp-way#:~:text=First,%20let%20me%20address%20a,many%20other%20types%20of%20methods. The method used to conduct the experiments in my Opening Report is not a USP method. Instead, it is a method that Slayback developed and validated itself. *See* SLAY-VIVMUS0010983. Therefore, USP 621 is not a binding standard.

21.    Second, while absorptivity may, in general, vary between wavelengths, a POSA would not expect significant change in absorptivity in this case. Known related compounds share a benzimidazole core, which contributes most significantly to compound absorbance. Given this similar structure, it is reasonable to expect that the impurities would behave similarly to bendamustine, which contains the same benzimidazole core structure.

22.    While changing the wavelength may change the intensity of the results, it does not change the chemical composition or elution profile of the compounds in the sample being tested. In other words, changes during the HPLC analysis itself (*e.g.*, wavelength) will not have a material effect. On the other hand, changing column size, column type, flow rate, column temperature, or mobile phase composition, for example, may affect the elution profile of the sample compounds because they all affect how and when the components of the sample exit the HPLC column. *See* ⟨621⟩ Chromatography, USP at 16 (2022), available at https://www.usp.org/sites/default/files/usp/document/harmonization/gen-chapter/harmonization-november-2021-m99380.pdf. A sound mixer with bass and treble sliders provides a good example. Boosting the bass makes the drums and low-end instruments sound louder, while

4

HIGHLY CONFIDENTIAL

boosting the treble emphasizes the cymbals and vocals. However, in either case, adjusting those sliders does not change the song itself; the notes are played in the same order, by the same instruments, at the same tempo. The difference is the choice in frequencies which may change what is "heard" more prominently, but all components are still present. Similarly, here, regardless of wavelength, the peaks that exist are picked up. As such, changing the wavelength from ▮▮▮▮ to 223 nm is not a significant change that would undermine the results for purposes of this analysis.

23.    Indeed, during the analysis, I collected data at multiple wavelengths and could identify the same impurity peaks at the same retention times. The results in my Opening Report demonstrate that total impurities measured at 223 nm and ▮▮▮▮ are essentially the same: ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮    Kittendorf Op. Rep. ¶ 54. These near-identical results confirm that the wavelength difference does not meaningfully affect the total impurity amount.

24.    Third, the Asserted Claims require impurity measurement "as determined by HPLC at a wavelength of 223 nm." U.S. Patent No. 12,138,248 at cl. 1, 8; U.S. Patent No. 11,872,214 at cl. 1, 6. As explained in my Opening Report, my assignment required me to assess whether samples of Slayback's liquid bendamustine product have "less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C." Kittendorf Op. Rep. ¶ 3. Indeed, Dr. Smith acknowledges that using a different wavelength, namely ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ Smith Rebuttal Rep. ¶ 70 FN 3.

5

**HIGHLY CONFIDENTIAL**

*See id.* ¶ 99; Kittendorf Op. Rep. Tables B1, B3.

30.     Dr. Smith claims the remaining nine impurities *could* also be underestimated and *may* push total impurities above 5%.  Smith Rebuttal Rep. ¶¶ 100-01.  This is speculation.  Dr. Smith admits he has no data to support this speculative assertion and that the impurity amounts may actually be less.  *Id.*  As further discussed below, Dr. Smith did not conduct independent testing, even though there is no reason that he could not have performed such testing.

31.     Moreover, as explained in my Opening Report, ██████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

### C.     Dr. Smith's Criticism Of Using Peak Area Response Is Incorrect And Inconsistent with Slayback's Testing Method

32.     Dr. Smith argues that because I use a peak area response method to quantify the impurities, this renders the method "different" from Slayback's method, which he claims uses ██ ████████████   Smith Rebuttal Rep. ¶ 72.  I disagree for at least two reasons.

33.     ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████ ██

████████████████████████████████████████

8

**HIGHLY CONFIDENTIAL**



34.     Second, the Asserted Claims require that the impurity measurement "is less than about 5% peak area response."  U.S. Patent No. 12,138,248 at cl. 1, 8; U.S. Patent No. 11,872,214 at cl. 1, 6.  As explained in my Opening Report, I was asked to analyze whether samples of Slayback's liquid bendamustine product have "less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C."  Kittendorf Op. Rep. ¶ 3.  Indeed, Dr. Smith acknowledges that using "a technique other than 'peak area response' to determine the total impurities . . . is of no relevance to [the Asserted Claims]."  Smith Rebuttal Rep. ¶ 25.  Therefore, Dr. Smith's criticism ignores the context in which the experiments were carried out and are unfounded.

HIGHLY CONFIDENTIAL

D.      **Dr. Smith's Criticisms Regarding Validation Are Overstated**

1.      **The Level Of Validation Required Depends On The Purpose Of The Analysis**

35.     Dr. Smith bases his critique on the full rigor of USP "Chapter 1225 Validation of Compendial Procedures." *Id.* ¶ 74. This critique is based on a flawed premise because this level of rigor is not required to reliably conduct my analysis in this case.

36.     The USP Chapter 1225 validation framework is designed for the development and approval of novel compendial methods. *See* ⟨1225⟩ Validation of Compendial Procedures, USP (2017), available at https://doi.usp.org/USPNF/USPNF_M99945_04_01.html. It is not designed for the transfer of an already-validated, FDA-approved method to the context of testing within litigation, as I performed here. My testing was not intended to support the development of a new method for regulatory submission or commercial manufacturing. Rather, the purpose of the experiment was to perform the specific analytical test called for by Slayback's method in the context of this litigation, using established chromatographic principles and the conditions required by the Asserted Claims. *See* SLAY-VIVMUS0010983; U.S. Patent No. 12,138,248 at cl. 1, 8; U.S. Patent No. 11,872,214 at cl. 1, 6. Here, the appropriate standard is whether the method is fit for purpose, not whether it satisfies every element of a full compendial validation protocol.

37.     As discussed, my assignment was, in part, to determine whether performing the HPLC analysis at 223 nm and ▮▮▮▮ would have any material effect on the measured percentages of total impurities in Slayback's liquid bendamustine product samples. Kittendorf Op. Rep. ¶ 4. It does not. As demonstrated, the total impurities measured at 223 nm and ▮▮▮▮ are essentially the same: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See supra* ¶ 23; *see also* Kittendorf Op. Rep. ¶ 54.

**HIGHLY CONFIDENTIAL**

38.    Dr. Smith acknowledges that similar results at the two wavelengths "would confirm their precision relative to each other."  Smith Rebuttal Rep. ¶ 71.  Indeed, Dr. Smith is satisfied that my measurements meet the precision requirement.  *Id.* ¶ 76.  To the extent Dr. Smith argues that the results are not accurate, he is calling into question the accuracy of Slayback's own method.[2]

### 2.    System Suitability Was Demonstrated

39.    Dr. Smith argues that I cannot "rely on Slayback's validation" because it uses a different wavelength, *see supra* Section III.A, and different method to calculate the total impurities, *see supra* Section III.C.  For the reasons explained in those corresponding sections, I disagree.

40.    Further, as demonstrated in my Opening Report, system suitability parameters were met when transferring the chromatographic conditions to my laboratory equipment, confirming the HPLC system was performing properly and the method could be successfully employed.  *See* Kittendorf Op. Rep. ¶ 39.

### E.    Dr. Smith Offers No Competing Data Or Independent Testing

41.    A fundamental flaw in Dr. Smith's analysis is he fails to perform any independent HPLC analysis of Slayback's liquid bendamustine product to counter the results presented in my Opening Report.  Instead, Dr. Smith's opinions are based entirely on criticisms, which as discussed in the sections above, are incorrect, inappropriate, unsupported, or based on improper, back-of-the-envelope calculations using my data.  Dr. Smith offers no competing impurity measurements

---

[2] Dr. Smith argues that the testing at ███████████████████████████—is ████████████████ ██████████████████████████████████████████████████████  Smith Rebuttal Rep. ¶ 25.  I disagree for the reasons in Section III.C.

**HIGHLY CONFIDENTIAL**

Dated: April 13, 2026

Dr. Jeffrey D. Kittendorf, Ph.D.

# EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>              Plaintiffs,<br><br>     v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>              Defendants. | C.A. No. 24-65-JLH |

## EXPERT REPORT OF DR. BRIAN C. SMITH
### REGARDING THE TESTING OF DR. KITTENDORF

## HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

analytical method to analyze the impurity profile of bendamustine-containing products, using my laboratory's HPLC equipment."

70.    Dr. Kittendorf's assumption that he can rely on Slayback's validation is not justified because he is not using the same method as Slayback.  One important difference between Dr. Kittendorf's method and Slayback's method is that the relevant testing that he does is at 223 nm and that is not the same as ███████████████████████████████[3] USP 621 clearly states on pages 16 and 18 (Exh. 16), "Detector Wavelength: No adjustment permitted."  This restriction exists because the absorptivity (response factor) of molecules varies with wavelength (see above).  The change in detection wavelength between Slayback's method and Dr. Kittendorf's method testing at 223 nm means that his method and Slayback's method are not the same, and that he needs to validate his method at 223 nm to claim equivalency between the two methods.

71.    I note that in Dr. Trout's Opening Report, at paragraph 395, he says, ██████████ ████████████████████████████████████████████████████████ ██████████████████████████████████████████"  Dr. Trout appears to be saying that if the results at 223 nm are similar to those ████████, then that confirms their accuracy.  At best, it would confirm their precision relative to each other.  But without a proper linearity and range study for each analyte, accuracy has not been shown.  That is why USP 621 does not allow a change of wavelength without a new validation.  Further, an analysis ████████



---

[3]  As noted above, I am aware that Dr. Kittendorf also does testing ████████.  However, this testing is: (a) irrelevant to the patent claims that require testing at 223 nm, and (b) ████████ ██████████████████████████████████████████████ ██████

Dated: March 16, 2026

_____

# EXHIBIT 10

# PRACTICAL HPLC METHOD DEVELOPMENT

15592014, fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118592014.fmatter, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

TEVABENDDRL00210565

EAGLEBEN-SA_00373969

10829781118592014.fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118592014.fmatter, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

# PRACTICAL HPLC METHOD DEVELOPMENT

## Second Edition

**LLOYD R. SNYDER**
LC Resources, Inc.
Walnut Creek, California

**JOSEPH J. KIRKLAND**
Rockland Technologies, Inc.
Newport, Delaware

**JOSEPH L. GLAJCH**
DuPont Merck Pharmaceutical Company
North Billerica, Massachusetts



A Wiley-Interscience Publication
**JOHN WILEY & SONS, INC.**

TEVABENDDRL00210566

EAGLEBEN-SA_00373970

10829781118592014,fmatter, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118592014.fmatter, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

This text is printed on acid-free paper.

Copyright © 1997 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4470. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008. E-Mail: PERMREQ@WILEY.COM.

To order books or for customer service please, call 1(800)-CALL-WILEY (225-5945).

*Library of Congress Cataloging in Publication Data:*

Snyder, Lloyd R.
    Practical HPLC method development / Lloyd R. Snyder, Joseph J. Kirkland, Joseph L. Glajch.—2nd ed.
        p.   cm.
    Includes index.
    ISBN 0-471-00703-X (cloth : alk. paper)
    1. High performance liquid chromatography—Methodology.
I. Kirkland, J. J. (Joseph Jack), 1925–       II. Glajch, Joseph L.
III. Title.
QP519.9.H53S69   1997
543'.0894—dc20                                                    96-34296

Printed in the United States of America

18  17  16  15  14

TEVABENDDRL00210567

EAGLEBEN-SA_00373971

654             QUANTITATION (INCLUDING TRACE ANALYSIS)

**TABLE 14.2  Effect of Chromatographic Parameters on Precision of Quantitative Analysis in LC Using Concentration-Dependent Detector**

| | Approximate Effect on Quantitation Method | |
|---|---|---|
| Changing Parameter | Peak Height, $h'$ | Peak Area, $A$ |
| $k$ | $\dfrac{1}{1+k}$ | No change |
| $N$ | $N^{1/2}$ | No change |
| $u$ | $\leq u^{-0.2}$ | $\dfrac{1}{u}$ |

of the compound of interest. To accomplish this, some type of calibration must be performed, whether within the same chromatographic run or a different one. The four primary techniques for quantitation are normalized peak area, and three using calibration: external standard, internal standard, and the method of standard addition.

### 14.3.1  Normalized Peak Area

After completion of a run and the integration of all significant peaks in the chromatogram, the total peak area can then be calculated. The area percent of any individual peak is referred to as the normalized peak area. An example of this is shown in Fig. 14.6, where one main peak has 96% of the total area, and four other minor components contribute peak areas of from 0.6 to 1.4% of the total. The technique of normalized peak area is actually not a calibration



**FIGURE 14.6**  Normalized peak area for main component and four minor components.

TEVABENDDRL00210602

EAGLEBEN-SA_00374006

14.3  QUANTITATION METHODS                                          **655**

method per se, since there is no comparison to known amounts for any peak in the chromatogram. However, this technique is widely used to estimate the relative amounts of small impurities or degradation compounds in a purified material.

The proper use of a normalized-peak-area technique assumes that the response factor for each component is identical (i.e., that the responses per unit of concentration of peaks 2 to 5 are the same as the response for the main peak 1 in Fig. 14.6). This is rarely true in UV detection, where even closely related compounds can have different molar absorptivities. However, the technique of normalized peak area is especially useful in early method-development studies, when characterized standards of all components are not available. Despite the probable inequality of response factors, it is expedient to use normalized peak areas for these analyses.

While different compounds rarely have the same UV absorbance, bulk-property detectors, such as refractive index (RI) or evaporative light scattering (ELS) do exhibit similar responses for many unrelated compounds. Their use with normalized peak areas is more reliable; further discussion of these detectors is found in Section 3.3.1. Unfortunately, bulk property detectors usually are much less sensitive than UV detection of strongly absorbing compounds.

### 14.3.2  External Standard Calibration

The most general method for determining the concentration of an unknown sample is to construct a calibration plot using external standards, as shown in Fig. 14.7. Standard solutions (sometimes called calibrators) are prepared at known concentrations (1.0, 2.0, and 3.0 mg/mL in this case). A fixed volume



**FIGURE 14.7**  Calibration plot for external standard method.

15406978, 2014, ch14, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/9781118592014.ch14 by Reprints Desk Inc, Wiley Online Library on [15/02/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

TEVABENDDRL00210603

EAGLEBEN-SA_00374007

EXHIBIT 11
REDACTED IN ITS ENTIRETY

EXHIBIT 12
REDACTED IN ITS ENTIRETY

# EXHIBIT 13
# REDACTED IN ITS ENTIRETY

EXHIBIT 14
REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing documents were caused to be served on July 1, 2026, on the following counsel in the manner indicated:

**VIA EMAIL:**
Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
kdorsney@morrisjames.com
chitch@morrisjames.com

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Center
New York, NY 10020-1605
Deepro.mukerjee@katten.com
Lance.soderstrom@katten.com

Jitendra Malik
Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tyron Street, Suite 2900
Charlotte, NC 28202
Jitty.malik@katten.com
Joe.janusz@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Avenue, NW Suite 800
Washington, DC 20006
Christopher.ferenc@katten.com

Rachel L. Schweers
Matthew T. Messina
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
Rachel.schweers@katten.com
Matthew.messina@katten.com

*Attorneys for Defendants Apotex, Inc. and Apotex Corp.*

ME1\61693533.v1

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Jason A. Lief
Alan H. Pollack
Audrey R. Sparschu
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
jlief@windelsmarx.com
apollack@windelsmarx.com
asparschu@windelsmarx.com

Andrew Miller
Ajay Kayal
Robyn Ast-Gmoser
Kiersten Fowler
Daniel Forchheimer
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
rast-gmoser@windelsmarx.com
kfowler@windelsmarx.com
dforchheimer@windelsmarx.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

*/s/ Alexandra M. Joyce*
Alexandra M. Joyce (#6423)

ME1\61693533.v1