**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. AND APOTEX CORP., <br><br> Defendants. | REDACTED PUBLIC VERSION FILED AUGUST 7, 2026 <br> C.A. No. 24-64-JLH (CONSOLIDATED) <br><br> **JURY TRIAL DEMANDED** <br><br>  |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC, <br><br> Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED) <br><br> **JURY TRIAL DEMANDED** <br><br>  |

**PLAINTIFFS EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC'S
CONCISE COUNTERSTATEMENT OF FACTS IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT REGARDING NON-INFRINGEMENT**

Eagle submits this concise counterstatement of material facts in opposition to Defendants' motions for summary judgment of non-infringement.  No. 24-64, D.I. 360; No. 24-65, D.I. 344. All exhibits cited herein are to the record or attached to the concurrently-filed opposition.

1.      During the *Markman* Hearing, the Court acknowledged that the "pharmaceutically acceptable fluid" limitation as a whole is directed to solvents.  *See* No. 24-64, D.I. 342, Ex. 10 at 67:23-25 (*Markman* Tr.) ("there can't be another **solvent system** that's not on the list of pharmaceutically acceptable fluids.").  The Court was unwilling to exclude non-solvent excipients from the claim scope.  *Id.* at 67:18-22 (declining to find that "liquid Vitamin E as an antioxidant" would take a product outside the claims "because it's a liquid").

2.      Sodium hydroxide is not a solvent.  Defendants' FDA filings describe ████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████; 21 CFR § 184.1763 (FDA regulation classifying sodium hydroxide as a "pH control agent").   Dr. Dyar confirmed that ████████

████████████████████████████ No. 24-64, D.I. 342, Ex. 7 at 191:21-196:7.  Slayback's expert conceded ████████████████████

████████████████████████████████████████████

████████████████████████████ Ex. 3 at 59:10-13; 103:21-104:17; 112:6-14.

3.

Sodium hydroxide is a solid at the temperatures recited in the Asserted Claims. ██████████████████████████████████████████████████ . Ex. 1 at -719; No. 24-65, D.I. 378-1, Ex. 29 at 84; Ex. 7 at -483 (NaOH Spec.); ████████████████████████ ; Ex. 8 (same); ████████████████████ ; Ex. 10 (Slayback NaOH Spec.) (same).

4. The claims list five possible "pharmaceutically acceptable fluids": polyethylene glycol, propylene glycol, ethanol, benzyl alcohol, and glycofurol, all of which are solvents. No. 24-64, D.I. 342, Ex. 7 at 156:11-17 (the claims require a "pharmaceutically acceptable fluid consisting of polyethylene glycol and optionally one or more of" the other solvents"); Ex. 3 at 64:13-17 (the claims "list PEG and then optionally a choice of other solvents").

5. In every experimental example in the Asserted Patents, the "pharmaceutically acceptable fluid" is the medium in which bendamustine is "dissolved" to a stated concentration. No. 24-64, D.I. 363, Ex. 1 at Exs. 1-8. The specification identifies "preferred pharmaceutically acceptable fluids" exclusively as solvents: "PG, PEG or ethanol." *Id.* at 4:59-60. And the preferred embodiments describe the "pharmaceutically acceptable fluid" as mixtures of solvents in amounts totalling 100%, mirroring how solvent systems are conventionally expressed. *Id.* at 3:43-61.

6. The "consisting of" limitation was added during prosecution of the '214 Patent specifically to exclude the polar aprotic solvents disclosed in Drager, after which the Examiner

2

withdrew the rejection.  No. 24-65, D.I. 366-1, Ex. 12 at -1173, -1272, -1274-76; No. 24-65, D.I. 367-1, Ex. 12 at -1899-90.  This narrowing amendment was directed solely to excluding the polar aprotic solvents disclosed in Drager, not to excluding non-solvent components like pH adjusters. No. 24-65, D.I. 366-1, Ex. 12 at -1173, -1274-76. Because sodium hydroxide is not a solvent of any kind, its presence in a formulation is tangential to the purpose of that amendment.

7.    U.S. Patent Application No. 13/767,672 (the "'672 Application") is an abandoned patent application that published as U.S. Patent Pub. No. 2013/0210879 (the "'879 Publication"). *See* No. 24-65, D.I. 372-1, Ex. 18. The '672 Application is not related to the Asserted Patents.  It claims a different invention, with an additional inventor, Dr. Srikanth Sundaram, and does not claim priority to the same provisional applications for the Asserted Patents.

8.



Defendants acknowledge that

No. 24-65, D.I. 373-1, Ex. 25 at ¶¶ 251-52; No. 24-64, D.I. 342, Ex. 2 at -033; No. 24-65, D.I. 387, Ex. 2 at -924; No. 24-65, D.I. 365-1, Ex. 5 at ¶¶ 71, 74-75; No. 24-64, D.I. 363, Ex. 6 at ¶¶ 170-71, 180.  Defendants and their experts

Ex. 39 at -522; Ex. 2 at ¶ 144.



9. ███████████████████████████████████████████████

████████████████████████████████████████████████

███████████ *See supra* ¶ 2; Ex. 3 at 29:23-30:1; No. 24-64, D.I. 342, Ex. 7 at 191:19-22. ██

████████████████████████████████████████████████

████████████████████████ No. 24-64, D.I. 373-1, Ex. 25 at ¶¶ 236, 240-242.

10. ███████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████  ██████████████████████████████

███████████████████████████████████████████████.

11. ███████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████.

12. ███████████████████████████████████████████████

████████████████████████████████████████████████

No. 24-65, D.I. 372-1, Ex. 15 at -472 (same).

13. ███████████████████████████████████████████████

███████████ Trout Appendix B ¶ 149; Ex. 3 at 59:10-13.

4

Dated: July 1, 2026

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*

OF COUNSEL:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
michelle.chin@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
kelly.welsh@lw.com

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

5

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing

documents were caused to be served on July 1, 2026, on the following counsel in the manner

indicated:

**VIA EMAIL:**
Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
kdorsney@morrisjames.com
chitch@morrisjames.com

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Center
New York, NY 10020-1605
Deepro.mukerjee@katten.com
Lance.soderstrom@katten.com

Jitendra Malik
Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tyron Street, Suite 2900
Charlotte, NC 28202
Jitty.malik@katten.com
Joe.janusz@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Avenue, NW Suite 800
Washington, DC 20006
Christopher.ferenc@katten.com

Rachel L. Schweers
Matthew T. Messina
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
Rachel.schweers@katten.com
Matthew.messina@katten.com

*Attorneys for Defendants Apotex, Inc. and Apotex Corp.*

ME1\61693533.v1

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Jason A. Lief
Alan H. Pollack
Audrey R. Sparschu
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
jlief@windelsmarx.com
apollack@windelsmarx.com
asparschu@windelsmarx.com

Andrew Miller
Ajay Kayal
Robyn Ast-Gmoser
Kiersten Fowler
Daniel Forchheimer
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
rast-gmoser@windelsmarx.com
kfowler@windelsmarx.com
dforchheimer@windelsmarx.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

*/s/ Alexandra M. Joyce*
Alexandra M. Joyce (#6423)

ME1\61693533.v1