**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-64-JLH |
| APOTEX INC. and APOTEX CORP., | **UNREDACTED PUBLIC VERSION** |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-65-JLH |
| SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., | **UNREDACTED PUBLIC VERSION** |
| Defendants. | |

**DECLARATION OF JASON A. LIEF IN SUPPORT OF DEFENDANTS
SLAYBACK AND APOTEX'S OPENING BIREF IN SUPPORT OF THEIR JOINT
MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTING OF DR.
JEFFREY D. KITTENDORF**

I, Jason Lief, Esq., hereby declare and state as follows:

I am a Partner at Windels Marx Lane & Mittendorf, LLP, licensed to practice law in the

State of New York, and admitted *pro hac vice* here, and counsel for Defendants Slayback Pharma

LLC and Azurity Pharmaceuticals, Inc. (collectively, "Slayback") in connection with the above-

captioned matter. I submit this Declaration in support of Slayback's *Daubert* Motion to exclude

the testing and opinions of Dr. Kittendorf.

I certify that:

1. **Exhibit 1** to Slayback's Motion to Exclude Dr. Kittendorf ("MEK") is a true and correct copy of U.S. Patent No. 11,872,214.

2. **Exhibit 2** to MEK is a true and correct copy of U.S. Patent No. 12,138,248.

3. **Exhibit 3** to MEK is a true and correct copy of the Expert Report of Dr. Jeffrey D. Kittendorf, Ph.D. (Opening), dated 2/5/26.

4. **Exhibit 4** to MEK is a true and correct copy of the Expert Report of Dr. Brian C. Smith Regarding the Testing of Dr. Kittendorf, dated 3/16/26.

5. **Exhibit 5** to MEK is a true and correct copy of USP 621.

6. **Exhibit 6** to MEK is a true and correct copy of FDA Document No. ORA-LAB.5.4.5.

7. **Exhibit 7** to MEK is a true and correct copy of the Expert Report of Dr. Sinko Regarding Non-Infringement, dated 3/16/26.

8. **Exhibit 8** to MEK is a true and correct copy of the Deposition Transcript of Jeffrey Kittendorf, Ph.D., dated 4/28/26.

9. **Exhibit 9** to MEK is a true and correct copy of the Deposition Transcript of Philip Buxton, dated 8/22/25.

10. **Exhibit 10** to MEK is a true and correct copy of excerpts from Snyder, Practical HPLC Method Development (1997).

11. **Exhibit 11** to MEK is a true and correct copy of USP 1225.

12. **Exhibit 12** to MEK is a true and correct copy of excerpts from Snyder and Kirkland, 2nd Edition, 2010.

13. **Exhibit 13** to MEK is a true and correct copy of Exhibit H to the Kittendorf Opening Report.

14. **Exhibit 14** to MEK is a true and correct copy of an excerpt fromExhibit I to the Kittendorf Opening Report that Dr. Smith used in his Report.

15. **Exhibit 15** to MEK is a true and correct copy of a redacted version of the court opinion in *Shire Development v. Cadila Healthcare*, C.A. No. 10-581-KAJ, D.I. 453 (D. Del. Sep. 16, 2016).

16. **Exhibit 16** to MEK is a true and correct copy of the Expert Report of Dr. Jeffrey D. Kittendorf, Ph.D., in *Eagle Pharmaceuticals, Inc., Teva Pharmaceuticals International GmbH, and Cephalon, Inc. v. Hospira, Inc.*, dated 6/16/21.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 5, 2026

/s/ Jason A. Lief
Jason Lief, Esq.
jlief@windelsmarx.com
**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
22nd Floor
New York, NY 10019
(212) 237-1000