**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-64-JLH |
| APOTEX INC. and APOTEX CORP., | **UNREDACTED PUBLIC VERSION** |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-65-JLH |
| SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., | **UNREDACTED PUBLIC VERSION** |
| Defendants. | |

**DECLARATION OF MATTHEW T. MESSINA IN SUPPORT OF DEFENDANTS SLAYBACK AND APOTEX'S OPENING BRIEF IN SUPPORT OF THEIR JOINT MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTING OF DR. JEFFREY D. KITTENDORF**

I, Matthew T. Messina, declare as follows:

1. I am an attorney with the law firm Katten Muchin Rosenman LLP and counsel to Defendants Apotex Inc. and Apotex Corp. (together, "Apotex") in the above-captioned matter. I make this declaration in support of Defendants Slayback and Apotex's Joint Motion to Exclude the Expert opinions and testing of Dr. Jeffery D. Kittendorf.

2. Attached as **Exhibit 17** is a true and correct copy of excerpts from the Expert Report of Dr. Jeffrey D. Kittendorf, Ph.D.

3. Attached as **Exhibit 18** is a true and correct copy of excerpts from the Supplemental

Rebuttal Expert Report of Dr. S. Craig Dyar, Ph.D.


Dated: June 5, 2026

_____/s/ Matthew T. Messina_____
Matthew T. Messina