IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **UNREDACTED PUBLIC VERSION** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH <br><br> **UNREDACTED PUBLIC VERSION** |

**DECLARATION OF JASON A. LIEF IN SUPPORT OF DEFENDANTS SLAYBACK AND APOTEX'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DR. KITTENDORF**

I, Jason Lief, Esq., hereby declare and state as follows:

I am a Partner at Windels Marx Lane & Mittendorf, LLP, licensed to practice law in the State of New York, and admitted *pro hac vice* here, and counsel for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively, "Slayback") in connection with the above-captioned matter. I submit this Declaration in support of Slayback's Reply to Plaintiffs' Opposition to Defendants' *Daubert* Motion to exclude the testing and opinions of Dr. Kittendorf.

I certify that:

1. Exhibit 17 to Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Dr. Kittendorf ("ROMEK") is a true and correct copy of excerpts from the Reply Expert Report of Dr. Crowley Regarding Invalidity, dated 4/13/26.

2. Exhibit 18 to ROMEK is a true and correct copy of McGinity, J.W.; Patel, T.R.; Naqvi, A.H.; Hill, J.A. Implications of Peroxide Formation in Lotion and Ointment Dosage Forms Containing Polyethylene Glycols. Drug Development Communications 1976, 2 (6), 505-519.

3. Exhibit 19 to ROMEK is a true and correct copy of McGinity, J.W.; Hill, J.A.; La Via, Anthony L. Influence of Peroxide Impurities in Polyethylene Glycols on Drug Stability. J. Pharmaceutical Sci. 1975, 64 (2), 356-57.

4. Exhibit 20 to ROMEK is a true and correct copy of Mary-Anne del Barrio et al., "Simultaneous determination of formic acid and formaldehyde in pharmaceutical excipients using headspace GC/MS", Journal of Pharmaceutical and Biomedical Analysis, Volume 41, Issue 3, 7 June 2006, Pages 738-743.

5. Exhibit 21 to ROMEK is a true and correct copy of Jeffrey N. Hemenway *et al.*, "Reactive Impurities in PEG: A Case Study," In: *Excipient Applications in Formulation Design and Drug Delivery, Ed*s. Ajit S. Narang, Sai HS. Boddu, Springer International Publishing AG Switzerland, 2015, 67-91.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: July 20, 2026                    /s/ Jason Lief
                                        Jason Lief, Esq.
                                        jlief@windelsmarx.com
                                        Windels Marx Lane & Mittendorf, LLP
                                        156 West 56th Street
                                        22nd Floor
                                        New York, NY 10019
                                        (212) 237-1000