**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES FOR SEPTEMBER 11, 2026 HEARING AND DISCOVERY CONFERENCE**

Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Plaintiffs") move for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Plaintiffs state as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, that visitors place



ME1\62678506.v1

personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A Dispositive and Daubert Motions hearing and a discovery conference are currently scheduled for September 11, 2026, at 10:00 a.m. ET before Judge Hall.

3. Ramya Sri Vallabhaneni of Latham & Watkins LLP is counsel for Plaintiffs who has been admitted *pro hac vice* in C.A. Nos. 24-64-JLH and 24-65-JLH. She will attend the Motion Hearing and the discovery conference on behalf of Plaintiffs, and she requests access to her electronic devices in connection with the discovery conference. However, she does not possess a hard-copy Bar ID card or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

4. Brett M. Sanford of Latham & Watkins LLP is counsel for Plaintiffs who has been admitted *pro hac vice* in C.A. Nos. 24-64-JLH and 24-65-JLH. He will attend the Motion Hearing and the discovery conference on behalf of Plaintiffs, and he requests access to his electronic devices in connection with the discovery conference. However, he does not possess a hard-copy Bar ID card or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

WHEREFORE, Plaintiffs respectfully request that the Court issue an order granting this motion to exempt these individuals from the May 17, 2024 Standing Order for the April 30, 2026 discovery conference.

Dated: September 4, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Amy R. Harriman (#7602)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
aharriman@mccarter.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 9411
(415) 391-0600

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com