**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES FOR SEPTEMBER 11, 2026 HEARING AND DISCOVERY CONFERENCE**

The Court having considered the Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this 8th day of September, 2026 that:

1. The Motion is GRANTED.

2. For purposes of the September 11, 2026 motions hearing and discovery conference in the above-captioned case, the following persons are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their electronic devices:

- Ramya Sri Vallabhaneni - admitted pro hac vice
- Brett M. Sanford - admitted pro hac vice



ME1\62678506.v1

3. The persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

____________________________________
THE HONORABLE JENNIFER L. HALL
UNITED STATES DISTRICT JUDGE



ME1\62678506.v1