**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No.: 24-64 (JLH) (Consolidated)<br>C.A. No.: 25-74 (JLH) |
| APOTEX INC., and APOTEX CORP., | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

By virtue of a settlement agreement between the parties, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Plaintiffs") and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") hereby stipulate and agree that Plaintiffs' claims against Apotex are hereby dismissed with prejudice. All parties shall bear their own costs and attorneys' fees. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the settlement agreement.

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
Nathan Fuller
Manuela Burek
Hanna Bondarowicz
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
michelle.chin@lw.com
nathan.fuller@lw.com
manuela.burek@lw.com
hanna.bondarowicz@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Center
New York, NY 10020-1605
212.940.8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jitendra Malik
Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202
704.444.2000
jitty.malik@katten.com
joe.janusz@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave., NW., Suite 800
Washington, DC 20006
202.625.3500
christopher.ferenc@katten.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
kelly.welsh@lw.com

Cecilia Bain
LATHAM & WATKINS LLP
801 Jefferson Avenue, Suite 300
Redwood City, CA 94063
(650) 328-4600
cecilia.bain@lw.com

*Attorneys for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC*

Rachel L. Schweers
Matthew T. Messina
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St.
Chicago, IL 60661
312.902.5200
rachel.schweers@katten.com
matthew.messina@katten.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Dated: October 21, 2026

IT IS SO ORDERED this _____ day of ____________________, 2026

______________________________________
The Honorable Jennifer L. Hall
United States District Judge